UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

### NOTICE OF APPEARANCE OF MICHAEL C. FEE

Kindly enter the appearance of Michael C. Fee, of the firm of Fee, Rosse & Lanz, P.C., as counsel to defendants Nuri Otus and Maureen Cunningham in the above-referenced matter.

NURI OTUS and MAUREN CUNNINGHAM,
By their attorneys,

*/s/ Michael C. Fee*

FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO #552796)
321 Boston Post Rd.
Sudbury, MA 01776
T: (978) 440-7000
F: (978) 440-7650
www.feelaw.com

Dated: November 4, 2004

CERTIFICATE OF SERVICE

I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by hand delivery, directed to Timothy J. Perry, Esq., Perry, Krumsiek & Wayland, P.A., Suite 200, 114 State Street, Boston, MA 02109 this 4th day of November, 2004.

_____
Michael C. Fee