

# State of California

## SECRETARY OF STATE

### CERTIFICATE OF STATUS
### DOMESTIC CORPORATION

*I, BILL JONES, Secretary of State of the State of California, hereby certify:*

*That on the* __27th__ *day of* __August__ *, 19* __99__ *,*

## AUCTIONET.COM, INC.

*became incorporated under the laws of the State of California by filing its Articles of Incorporation in this office; and*

*That no record exists in this office of a certificate of dissolution of said corporation nor of a court order declaring dissolution thereof, nor of a merger or consolidation which terminated its existence; and*

*That said corporation's corporate powers, rights and privileges are not suspended on the records of this office; and*

*That according to the records of this office, the said corporation is authorized to exercise all its corporate powers, rights and privileges and is in good legal standing in the State of California; and*

*That no information is available in this office on the financial condition, business activity or practices of this corporation.*

*IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of*

__August 4, 2000__



*Secretary of State*

SECFSTATE FORM CE-112 (REV. 9/95)

OSP 99 20049

TOTAL P.02

We declare under penalty of perjury under the laws of the State of California that the matters

set forth in this certificate are true and correct of our own knowledge. Executed at Palo Alto,

California on July 17 , 2000.

R. Nuri Otus, President

Randy Niemeyer, Secretary

