# State of California



## SECRETARY OF STATE

I, *BILL JONES*, Secretary of State of the State of California, hereby certify:

That the attached transcript of _15_ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

JUL 2 8 2000



Secretary of State

Sec. State Form CE 107 (rev. 9-96)

OSP 98 13524

(b) <u>Automatic Conversion</u>. Each share of Preferred Stock shall automatically be converted into shares of Common Stock at its then effective Conversion Rate (i) immediately upon the closing of a firm commitment underwritten public offering pursuant to an effective registration statement under the Securities Act of 1933, as amended, covering the offer and sale of Common Stock in which (a) the public offering price equaled or exceeded $1.72 per share (the "Qualified IPO"), and (b) the aggregate proceeds raised, equaled or exceeded $20,000,000 or (ii) the date specified by written consent or agreement of the holders of at least 66 2/3% of the then outstanding holders of Preferred Stock.

(c) <u>Mechanics of Conversion</u>. Before any holder of Preferred Stock shall be entitled to convert the same into shares of Common Stock, he shall surrender the certificate(s) therefor, duly endorsed, at the office of the corporation or of any transfer agent for the Preferred Stock and shall give written notice to the corporation at such office that he elects to convert the same (except that no such written notice of election to convert shall be necessary in the event of an automatic conversion pursuant to Section 4(b) hereof). The corporation shall, as soon as practicable thereafter, issue and deliver at such office to such holder of Preferred Stock certificate(s) for the number of shares of Common Stock to which such holder shall be entitled as aforesaid. Such conversion shall be deemed to have been made immediately prior to the close of business on the date of such surrender of the shares of Preferred Stock to be converted (except that in the case of an automatic conversion pursuant to Section 4(b) hereof such conversion shall be deemed to have been made immediately prior to the closing of the offering referred to in Section 4(b)) and the person or persons entitled to receive the shares of Common Stock issuable upon such conversion shall be treated for all purposes as the record holder or holders of such shares of Common Stock on such date.

(d) <u>Fractional Shares</u>. In lieu of any fractional shares to which the holder of Preferred Stock would otherwise be entitled, the corporation shall pay cash equal to such fraction multiplied by the fair market value of one share of such series of Preferred Stock as determined by the Board of Directors of the corporation. Whether or not fractional shares are issuable upon such conversion shall be determined on the basis of the total number of shares of Preferred Stock of each holder at the time converting into Common Stock and the number of shares of Common Stock issuable upon such aggregate conversion.

(e) <u>Adjustment of Conversion Price</u>. The Conversion Price of the Preferred Stock shall be subject to adjustment from time to time as follows:

(i) If the corporation shall issue any Common Stock other than "Excluded Stock", as defined below, for a consideration per share less than the Conversion Price in effect immediately prior to the issuance of such Common Stock (excluding Stock dividends, subdivisions, split-ups, combinations, dividends or recapitalizations which are covered by Section 4(e)(iii), (iv), (v) and (vi)), the Conversion Price in effect immediately after each such issuance shall forthwith (except as provided in this Section 4(e)) be adjusted to a price equal to the quotient obtained by dividing:

(A) an amount equal to the sum of

(x) the total number of shares of Common Stock outstanding (including any shares of Common Stock issuable upon conversion of the Preferred Stock, or deemed to have been issued pursuant to subdivision (3) of this clause (i) and to clause (ii) below) immediately prior to such issuance multiplied by the Conversion Price in effect immediately prior to such issuance, plus

(y) the consideration received by the corporation upon such issuance, by

(B) the total number of shares of Common Stock outstanding (including any shares of Common Stock issuable upon conversion of the Preferred Stock or deemed to have been issued pursuant to subdivision (3) of this clause (i) and to clause (ii) below) immediately prior to such issuance plus the additional shares of Common Stock issued in such issuance (but not including any additional shares of Common Stock deemed to be issued as a result of any adjustment in the Conversion Price resulting from such issuance).

For purposes of any adjustment of the Conversion Price pursuant to this clause (i), the following provisions shall be applicable:

(1) In the case of the issuance of Common Stock for cash, the consideration shall be deemed to be the amount of cash paid therefor after deducting any discounts or commissions paid or incurred by the corporation in connection with the issuance and sale thereof.

(2) In the case of the issuance of Common Stock for a consideration in whole or in part other than cash, the consideration other than cash shall be deemed to be the fair market value thereof as determined by the Board of Directors of the corporation, in accordance with generally accepted accounting treatment; provided, however, that if, at the time of such determination, the corporation's Common Stock is traded in the over-the-counter market or on a national or regional securities exchange, such fair market value as determined by the Board of Directors of the corporation shall not exceed the aggregate "Current Market Price" (as defined below) of the shares of Common Stock being issued.

(3) In the case of the issuance of (i) options to purchase or rights to subscribe for Common Stock (other than Excluded Stock), (ii) securities by their terms convertible into or exchangeable for Common Stock (other than Excluded Stock), or (iii) options to purchase or rights to subscribe for such convertible or exchangeable securities:

(C) the aggregate maximum number of shares of Common Stock deliverable upon exercise of such options to purchase or rights to subscribe for Common Stock shall be deemed to have been issued at the time such options or rights were issued and for a consideration equal to the consideration (determined in the manner provided in subdivisions (1) and

(2) above), if any, received by the corporation upon the issuance of such options or rights plus the minimum purchase price provided in such options or rights for the Common Stock covered thereby;

(D) the aggregate maximum number of shares of Common Stock deliverable upon conversion of or in exchange for any such convertible or exchangeable securities or upon the exercise of options to purchase or rights to subscribe for such convertible or exchangeable securities and subsequent conversion or exchange thereof, shall be deemed to have been issued at the time such securities were issued or such options or rights were issued and for a consideration equal to the consideration received by the corporation for any such securities and related options or rights (excluding any cash received on account of accrued interest or accrued dividends), plus the minimum additional consideration, if any, to be received by the corporation upon the conversion or exchange of such securities or the exercise of any related options or rights (the consideration in each case to be determined in the manner provided in subdivisions (1) and (2) above);

(E) on any change in the number of shares of Common Stock deliverable upon exercise of any such options or rights or conversion of or exchange for such convertible or exchangeable securities, or on any change in the minimum purchase price of such options, rights or securities, other than a change resulting from the antidilution provisions of such options, rights or securities, the Conversion Price shall forthwith be readjusted to such Conversion Price as would have obtained had the adjustment made upon (x) the issuance of such options, rights or securities not exercised, converted or exchanged prior to such change, as the case may be, been made upon the basis of such change or (y) the options or rights related to such securities not converted or exchanged prior to such change, as the case may be, been made upon the basis of such change; and

(F) on the expiration of any such options or rights, the termination of any such rights to convert or exchange or the expiration of any options or rights related to such convertible or exchangeable securities, the Conversion Price shall forthwith be readjusted to such Conversion Price as would have obtained had the adjustment made upon the issuance of such options, rights, convertible or exchangeable securities or options or rights related to such convertible or exchangeable securities, as the case may be, been made upon the basis of the issuance of only the number of shares of Common Stock actually issued upon the exercise of such options or rights, upon the conversion or exchange of such convertible or exchangeable securities or upon the exercise of the options or rights related to such convertible or exchangeable securities, as the case may be.

(ii) "Excluded Stock" shall mean all share of Common Stock issued by the corporation:

(A) upon conversion of shares of Preferred Stock;

(B) to employees, consultants or directors pursuant to stock option, stock grant, stock purchase or similar plans or arrangements approved by the Board of Directors, including without limitation upon the exercise of Options thereunder;

(C) to equipment lessors, banks, financial institutions or similar entities in transactions approved by the Board of Directors, the principle purpose of which is other than the raising of equity;

(D) as a dividend or other distribution in connection with which an adjustment to the Conversion Price is made pursuant to Section 4(e)(i), (ii) or (iii);

(E) in a merger or acquisition that is approved by the Board of Directors;

(F) pursuant to any transactions approved by the Board of Directors primarily for the purpose of (A) joint ventures, technology licensing or research and development activities that are primarily for purposes other than raising equity, (B) distribution or manufacture of the corporation's products or services that are primarily for purposes other than raising equity, or (C) any other transactions involving corporate partners that are primarily for purposes other than raising equity;

(G) as securities offered pursuant to a registration statement filed under the Securities Act; or

(H) if the holders of a majority of the then outstanding shares of each series of Preferred Stock agree in writing that such shares shall not constitute Additional Shares of Common Stock.

All outstanding shares of Excluded Stock (including any shares issuable upon conversion of the Preferred Stock) shall be deemed to be outstanding for all purposes of the computations of Section 4(e)(i) above.

(iii) If the number of shares of Common Stock outstanding at any time after the date hereof is increased by a stock dividend payable in shares of Common Stock or by a subdivision or split-up of shares of Common Stock, then, on the date such payment is made or such change is effective, the Conversion Price of each series of Preferred Stock shall be appropriately decreased so that the number of shares of Common Stock issuable on conversion of any shares of such series of Preferred Stock shall be increased in proportion to such increase of outstanding shares.

(iv) If the number of shares of Common Stock outstanding at any time after the date hereof is decreased by a combination of the outstanding shares of Common Stock, then, on the effective date of such combination, the Conversion Price of each series of Preferred Stock shall be appropriately increased so that the number of shares of Common Stock issuable on conversion of any shares of such series of Preferred Stock shall be decreased in proportion to such decrease in outstanding shares.

(v) In case the corporation shall declare a cash dividend upon its Common Stock payable otherwise than out of retained earnings or shall distribute to holders of its

The corporation shall, upon written request at any time of any holder of Preferred Stock, furnish or cause to be furnished to such holder a like certificate setting forth (i) such adjustments and readjustments, (ii) the Conversion Rate of such series at the time in effect, and (iii) the number of shares of Common Stock and the amount, if any, of other property which at the time would be received upon the conversions of such holder's shares of Preferred Stock.

(i) <u>Notices of Record Date</u>. In the event of any taking by the corporation of a record of the holders of any class of securities for the purpose of determining the holders thereof who are entitled to receive any dividend (other than a cash dividend) or other distribution, any right to subscribe for, purchase or otherwise acquire any shares of stock of any class or any other securities or property or to receive any other right, the corporation shall mail to each holder of Preferred Stock at least ten (10) days prior to such record date, a notice specifying the date on which any such record is to be taken for the purpose of such dividend or distribution or right, and the amount and character of such dividend, distribution or right.

(j) <u>Reservation of Stock Issuable Upon Conversion</u>. The corporation shall at all times reserve and keep available out of its authorized but unissued shares of Common Stock solely for the purpose of effecting the conversion of the shares of Preferred Stock such number of its shares of Common Stock as shall from time to time be sufficient to effect the conversion of all outstanding shares of Preferred Stock; and if at any time the number of authorized but unissued shares of Common Stock shall not be sufficient to effect the conversion of all the then outstanding shares of Preferred Stock, the corporation will take such corporate action as may, in the opinion of its counsel, be necessary to increase its authorized but unissued shares of Common Stock to such number of shares as shall be sufficient for such purpose.

(k) <u>Notices</u>. Any notice required by the provisions of this Section 4 to be given to the holder of shares of Preferred Stock shall be deemed given if deposited in the United States mail, postage prepaid, and addressed to each holder of record at his address appearing on the books of the corporation.

(l) <u>Reissuance of Converted Shares</u>. No shares of Preferred Stock which have been converted into Common Stock after the original issuance thereof shall ever again be reissued and all such shares so converted shall upon such conversion cease to be a part of the authorized shares of the corporation.

5. <u>Protective Provisions</u>. In addition to any other rights provided by law, so long as at least 750,000 shares of Preferred Stock shall be outstanding, this corporation shall not without first obtaining the approval (by vote or written consent, as provided by law) of the holders of at least a majority of the then outstanding shares of Preferred Stock:

(a) Sell, convey or otherwise dispose of all or substantially all of its property or business, merge, consolidate or reorganize with any other corporation (other than a wholly owned subsidiary corporation) in which the shareholders of this corporation immediately prior to the transaction possess less than 50% of the voting power of the surviving entity (or its parent) immediately after the transaction;

  (b) Pledge all or substantially all of the corporation's assets;

  (c) Pay or declare a dividend or other distribution on any shares of Common Stock or Preferred Stock;

  (d) Amend the Articles of Incorporation or Bylaws of the corporation;

  (e) Issue any form of debt in excess of $500,000;

  (f) Increase the size of the 1999 Stock Plan or any other option plan to a number greater than 3,423,864;

  (g) Increase the salaries (monetary, equity or any benefits) of executives, vice-president and higher; provided, however, that this restriction shall not apply if such increase is approved a majority of the Board of Directors;

  (h) Redeem, purchase or otherwise acquire for value (or pay into or set aside for a sinking fund for such purpose) any share or shares of Preferred Stock, other than by redemption as set forth in Section 6 below; or

  (i) Redeem, purchase or otherwise acquire for value (or pay into or set aside for a sinking fund for such purpose) any share or shares of Common Stock; provided, however, that this restriction shall not apply to the repurchase of shares of Common Stock from employees, officers, directors, or other persons performing services for the corporation or any subsidiary pursuant to agreements under which the corporation has the option to repurchase such shares at cost or cost plus interest at a rate not to exceed ten percent (10%) per annum upon the occurrence of certain events, such as termination of employment; or

  (j) Any action which authorizes or issues or obligates the corporation to issue any equity security (except for option grants pursuant to the corporation's 1999 Stock Plan [and except for Board of Directors approved issuances of equity for purposes other than raising equity in connection with leases, licenses, technology transfers and other transactions involving corporate partners entered into in the ordinary course of business).

 6. <u>Redemption Rights of the Series B Preferred Stock</u>.

  (a) <u>Redemption</u>. On or after July 15, 2005 and upon receipt of written notice of a majority of the then outstanding shares of Series B Preferred Stock of a demand for redemption, the corporation shall, on the date which is 45 days from the date such notice is received ("Redemption Date") and to the <u>extent legally permitted</u>, redeem, in accordance with this Section 6, the total number of shares of Series B Preferred Stock outstanding as of the date of such demand ("Redemption Amount"). Each holder shall surrender for redemption, in accordance with this Section 6, his, her or its, pro rata portion of such Redemption Amount as determined as of the Redemption Date.

(b) <u>Redemption Price</u>. The Redemption Price for Series B Preferred Stock shall be $0.83 per share (appropriately adjusted for stock splits, stock dividends, recapitalizations and similar events).

(c) <u>Redemption Procedure</u>. At least 20 days prior to the Redemption Date, written notice (the "Redemption Notice") shall be mailed first class, postage prepaid, to each holder or record (at the close of business on the business day next preceding the day on which notice is given) of the Series B Preferred Stock, at the address last shown on the records of the corporation for such holder or given by the holder to the corporation for the purpose of notice or if no such address appears or is given, at the place where the principal executive office of the corporation is located, notifying such holder of the redemption to be effected, specifying the amount to be redeemed by such holder, the Redemption Date, the Redemption Price, the place at which payment may be obtained and the date on which such holder's right to convert Series B Preferred Stock into Common Stock as to such shares terminates and calling upon such holder to surrender to the corporation, in the manner and at the place designated, its certificate or certificates representing the shares to be redeemed. Except as provided in paragraph 6(iv), on or after the Redemption Date, each holder of Series B Preferred Stock to be redeemed shall surrender to the corporation the certificate or certificates representing such shares, in the manner and at the place designated in the Redemption Notice, and thereupon, the aggregate Redemption Price of such shares shall be payable to the order of the person whose name appears on such certificate or certificates as the owner thereof and each surrendered certificate shall be canceled.

(d) <u>Effect of Redemption</u>. From and after the Redemption Date, unless there shall have been a default in payment of the Redemption Price, all rights of the holders of such redeemed shares as holders of the Series B Preferred Stock (except the right to receive their respective Redemption Price without interest upon surrender of their certificate of certificates) shall cease with respect to such shares, and such shares shall not thereafter be transferred on the books of the corporation or be deemed to be outstanding for any purpose whatsoever. If the funds of the corporation legally available for redemption of shares of the Series B Preferred Stock on any Redemption Date are insufficient to redeem the total number of shares of the Series B Preferred Stock to be redeemed on such date, those funds which are legally available will be used to redeem the maximum possible number of such shares on a pro rata basis among the holders of the Series B Preferred Stock. The shares of Series B Preferred Stock not redeemed shall remain outstanding and be entitled to all the rights and preferences provided herein. At any time thereafter when additional funds of the corporation are legally available for the redemption of shares of Series B Preferred Stock, such finds will immediately be set aside for the redemption of the balance of the shares which the corporation was obligated to redeem on any Redemption Date but which it has not redeemed; provided that the holders of such Series B Preferred Stock shall receive at least 10 days notice of such redemption.

(e) <u>Redemption Funding</u>. On or prior to the Redemption Date, the corporation shall deposit the Redemption Price of all shares of Series B Preferred Stock designated for redemption in the Redemption Notice, with a bank or trust company located in the State of California having aggregate capital and surplus in excess of $50,000,000 as a trust fund for the

benefit of the respective holders of the shares designated for redemption and not yet redeemed. Simultaneously, the corporation shall deposit irrevocable instructions and authority to such bank or trust company to pay, on and after the date fixed for redemption or prior thereto, the Redemption Price of the Series B Preferred Stock to the holders thereof, respectively, upon surrender of their certificates. Any money or notes deposited by the corporation pursuant to this paragraph 6(v) for the redemption of shares which are thereafter converted into shares of Common Stock pursuant to paragraph 5(iii) hereof no later than the close of business on the last business day prior to the Redemption Date shall be returned to the corporation forthwith upon such conversion. The balance of any money or notes deposited by the corporation pursuant to this subsection remaining unclaimed at the expiration of six months following the Redemption Date shall thereafter be returned to the corporation, provided that the shareholder to which such money would be payable hereunder shall be entitled, upon proof of its ownership of the Preferred Stock and payment of any bond requested by the corporation, to receive such monies but without interest from the Redemption Date.

(f) <u>Termination of Redemption on Demand</u>. The right of the holders of Series B Preferred Stock to demand redemption pursuant to this Section 5 shall terminate upon the earlier to occur of: (i) July 15, 2006 or (ii) the consummation of the Qualified IPO.

V.

1. <u>Limitation of Directors' Liability</u>. The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

2. <u>Indemnification of Corporate Agents</u>. This corporation is authorized to indemnify its agents to the fullest extent permissible under California law. For purposes of this provision the term "agent" has the meaning set forth in Section 317 of the California Corporations Code.

3. <u>Repeal or Modification</u>. Any repeal or modification of the foregoing provisions of this Article V shall not adversely affect any right of indemnification or limitation of liability of an agent of this corporation relating to acts or omissions occurring prior to such repeal or modification.

THREE: The foregoing Amendment and Restatement of the Articles of Incorporation has been approved by the Board of Directors.

FOUR: The foregoing Amendment and Restatement of the Articles of Incorporation has been duly approved by the required vote of the shareholders in accordance with Sections 902 and 903 of the California General Corporation Law. The total number of outstanding shares entitled to vote with respect to the amendment is 6,505,250 shares of Common Stock and 3,300,000 shares of Series A Preferred Stock. The number of shares voting in favor of the amendment equaled or

exceeded the vote required. The percentage vote required was a majority of the outstanding shares of Common Stock and a majority of the outstanding shares of Preferred Stock, each voting separately.