AuctioNet.com, Inc.
Common Stock Outstanding
as of
June 30, 2001

| Certificate Number | Shareholder Name | Shares Held | Money Contributed |
|---|---|---:|---:|
| | Jan L. Coughlin | 81,250 | $ 81.25 |
| | Rob Frediani | 150,000 | $ 150.00 |
| | Kerim Otus | 600,000 | $ 600.00 |
| | Joseph M. Ganoza | 833 | $ 0.83 |
| | Ralph Earlywine | 10,000 | $ 10.00 |
| | Renee Pyle | 4,000 | $ 4.00 |
| | Roderick B. Herring | 125,000 | $ 125.00 |
| | Curtis R. Yagi | 156,250 | $ 156.25 |
| | R. Nuri Otus | 1,890,000 | $ 1,890.00 |
| | Maureen Cunningham | 2,310,000 | $ 2,310.00 |
| | Mark Alifano | 500,000 | $ 500.00 |
| | Arthur N. Sparling | 100,000 | $ 100.00 |
| | Robert McK. Hamner | 25,000 | $ 25.00 |
| | Michael Putterman | 25,000 | $ 25.00 |
| | Arsenio R. Santos | 300,000 | $ 300.00 |
| | Janmes Stafford | 300,000 | $ 300.00 |
| | | 6,577,333 | $ 6,577.33 |

Prepared 1/31/2002