# AuctioNet.com, Inc
## Board of Directors Meeting
### May 10, 2001, 5:00 PM – 7:00 PM
### Agenda

**Attendees:**

**AuctioNet.com:** Nuri Otus, Maureen Cunningham, Arsenio Santos, Randall Niemeyer

**Board:** Michela O'Connor Abrams, Bruce Lange, Chong-Moon Lee, Samuel Lee

**Wilson, Sonsini, Goodrich & Rosati:** Elton Satusky

**Location:** 1204 Middlefield Road, Second Floor
Redwood City, CA 9406

1) Approval of Minutes from February 8, 2001 Board Meeting

2) Technology Update – AOL and PurchasePro Implementation

3) Review of Financial Results

4) Financing Strategy Discussion

5) Corporate Marketing Strategy Update

6) Approval of New Stock Option Grants

7) Business Development Update

# AuctioNet.com, Inc
## Board of Directors Meeting
## February 8, 2001, 5:00 PM – 7:00 PM
## Agenda

**Attendees:**

**AuctioNet.com:**  Nuri Otus, Maureen Cunningham, Arsenio Santos
Randall Niemeyer

**Board:**  Michela O'Connor Abrams, Bruce Lange,
Chong- Moon Lee, Samuel Lee
Rick Houlihan

**Wilson, Sonsini, Goodrich & Rosati:**     Elton Satusky

**Location:**     1204 Middlefield Road, Suite 300
Redwood City, CA 9406

1) Introduction and Formal Election of New Board Members
    Establish Board Committees
        Audit
        Compensation

2) Review Purchase Pro/AOL Agreements and Strategy

3) Technology Update

4) Review of Financial Projections

5) Financing Strategy

6) Corporate Marketing Strategy

7) Financial Statement Review

8) Stock Option Grants

9) Office Lease

10) Business Development And Product Update