# California Business Portal
Secretary of State Kevin Shelley

**DISCLAIMER:** The information displayed here is current as of OCT 29, 2004 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| REALM CONNECT CORPORATION |
| **Number:** C2174306  **Date Filed:** 8/27/1999  **Status:** active |
| **Jurisdiction:** California |

| Address |
|---|
| 1204 MIDDLEFIELD ROAD #C |
| REDWOOD CITY, CA 94063 |

| Agent for Service of Process |
|---|
| R. NURI OTUS |
| 1204 MIDDLEFIELD ROAD #C |
| REDWOOD CITY, CA 94063 |

For information about certification of corporate records or for additional corporate information, please refer to Corporate Records. If you are unable to locate a corporate record, you may submit a request to this office for a more extensive search. Fees and instructions for requesting this search are included on the Corporate Records Order Form.

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.