Realm Connect Corporation
Percentage of Stock Ownership by Class
as of
June 30, 2001

| Description of Stock Outstanding | Total Share Outstanding @ June 30, 2001 | Owned by Nuri & Maureen | Percentage Owned by Nuri & Maureen |
|---|---|---|---|
| Common Stock | 6,577,333 | 4,200,000 | 63.9% |
| A Series Preferred | 3,300,000 | 3,300,000 | 100% |
| B Series Preferred | 7,009,979 | - | 0 |
| | 16,887,312 | 7,500,000 | 44% |

**Largest B Class Shareholders**
Chong-Moon Lee    1,204,819
Global Virtual Accelerator, LLC.    903,614

Prepared 1/31/2002

Realm Connect Corporation dba AuctioNet.com
Series B Preferred Stock Outstanding Options
as of
March 6, 2002

| Certificate Number | Shareholder Name | Shares Held | B Round Money Contributed | Note Conversion | Other Contribution | Total per Books as of March 5, 2002 | 4% Note payable by 12/31/2002 | 4% Note payable by 12/31/2003 | Options 4% Note payable by 12/31/2004 |
|---|---|---|---|---|---|---|---|---|---|
| B-1 | Empire Ventures, LLC | 301,204 | $ 250,000.00 | $ - | $ - | $ 250,000.00 | $ 3,012.04 | $ 15,060.20 | $ 75,301.00 |
| B-3 | Greenstein & Co. | 36,144 | $ 30,000.00 | $ - | $ - | $ 30,000.00 | $ 361.44 | $ 1,807.20 | $ 9,036.00 |
| B-4 | K.E.C. Holdings, LLC | 301,204 | $ 250,000.00 | $ - | $ - | $ 250,000.00 | $ 3,012.04 | $ 15,060.20 | $ 75,301.00 |
| B-5 | AP Venture Partners I | 90,361 | $ - | $ 75,000.00 | $ - | $ 75,000.00 | $ 903.61 | $ 4,518.05 | $ 22,590.25 |
| B-6 | Ginkgo Enterprise LP - (Investment Returned, Certificate Cancelled?) Andy Hok Fan Sze Revocable Trust Dated 05/30/1996 - (Investment Returned, Certificate Cancelled?) | 80,240 | $ 50,000.00 | $ - | $ - | $ 50,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-7 | Lazarus Family Investments, LLC | 60,240 | $ 50,000.00 | $ - | $ - | $ 50,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-8 | Grosvenor Street Partners IV, LLC | 60,240 | $ 50,000.00 | $ - | $ - | $ 50,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-9 | | 301,204 | $ 250,000.00 | $ - | $ - | $ 250,000.00 | $ 3,012.04 | $ 15,060.20 | $ 75,301.00 |
| B-10 | Thomas L. Marcus | 30,120 | $ 25,000.00 | $ - | $ - | $ 25,000.00 | $ 301.20 | $ 1,506.00 | $ 7,530.00 |
| B-11 | Garage.com | 240,964 | $ 200,000.00 | $ - | $ - | $ 200,000.12 | $ 2,409.84 | $ 12,048.20 | $ 60,241.00 |
| B-12 | Scott Murray | 60,240 | $ 50,000.00 | $ - | $ - | $ 50,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-13 | 8 Cubed Ventures, LLC | 96,385 | $ 80,000.00 | $ - | $ - | $ 80,000.00 | $ 963.85 | $ 4,819.25 | $ 24,096.25 |
| B-14 | Kenneth A. Ash | 15,060 | $ 12,500.00 | $ - | $ - | $ 12,500.00 | $ 150.60 | $ 753.00 | $ 3,765.00 |
| B-16 | Chang-Moon Lee | 1,204,819 | $ 1,000,000.00 | $ - | $ - | $ 1,000,000.00 | $ 12,048.19 | $ 60,240.95 | $ 301,204.75 |
| B-16 | Oracle | 602,409 | $ - | $ - | $ 500,000.00 | $ 500,000.00 | $ 6,024.09 | $ 30,120.45 | $ 150,602.25 |
| B-17 | Angel (Q) Investors (361,445 Cancelled) | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| B-18 | Glen McLaughlin | 90,361 | $ - | $ 75,000.00 | $ - | $ 75,000.00 | $ 903.61 | $ 4,518.05 | $ 22,590.25 |
| B-19 | William Kirsch | 90,361 | $ - | $ 75,000.00 | $ - | $ 75,000.00 | $ 903.61 | $ 4,518.05 | $ 22,590.25 |
| B-20 | The Jess and Debra Marzak Family Trust | 60,240 | $ - | $ 50,000.00 | $ - | $ 50,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-21 | Louis C. Bock | 12,048 | $ - | $ 10,000.00 | $ - | $ 10,000.00 | $ 120.48 | $ 602.40 | $ 3,012.00 |
| B-22 | AP Venture Partners I | 90,361 | $ 75,000.00 | $ - | $ - | $ 75,000.00 | $ 903.61 | $ 4,518.05 | $ 22,590.25 |
| B-23 | Jeff Klarnen | 18,072 | $ - | $ 15,000.00 | $ - | $ 15,000.00 | $ 180.72 | $ 903.60 | $ 4,518.00 |
| B-24 | Carl D. Agers, II | 15,060 | $ - | $ 12,500.00 | $ - | $ 12,600.00 | $ 150.60 | $ 753.00 | $ 3,765.00 |
| B-25 | Garage.com | 180,722 | $ - | $ 150,000.00 | $ - | $ 150,000.00 | $ 1,807.22 | $ 9,036.10 | $ 45,180.50 |
| B-26 | Global Virtual Accelerator, LLC | 903,614 | $ - | $ 750,000.00 | $ - | $ 750,000.00 | $ 9,036.14 | $ 45,180.70 | $ 225,903.50 |
| B-27 | Thomas L. Marcus | 12,048 | $ - | $ 10,000.00 | $ - | $ 10,000.00 | $ 120.48 | $ 602.40 | $ 3,012.00 |
| B-28 | Glen McLaughlin | 60,240 | $ - | $ 50,000.00 | $ - | $ 60,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-29 | William Kirsch | 60,240 | $ - | $ 50,000.00 | $ - | $ 50,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-30 | David R. Koehler | 12,048 | $ - | $ 10,000.00 | $ - | $ 10,000.00 | $ 120.48 | $ 602.40 | $ 3,012.00 |
| B-31 | Norm'rs, Inc. (90,120 Cancelled) | - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| B-32 | Russell Knudsen | 78,313 | $ - | $ 65,000.00 | $ - | $ 65,000.00 | $ 783.13 | $ 3,915.65 | $ 19,578.25 |
| B-33 | Jim Stafford | 60,240 | $ - | $ 50,000.00 | $ - | $ 50,000.00 | $ 602.40 | $ 3,012.00 | $ 15,060.00 |
| B-34 | Mark T. Curtis | 30,120 | $ - | $ 25,000.00 | $ - | $ 25,000.00 | $ 301.20 | $ 1,506.00 | $ 7,530.00 |
| B-35 | Milad I. Hanna | 24,096 | $ - | $ 20,000.00 | $ - | $ 20,000.00 | $ 240.96 | $ 1,204.80 | $ 6,024.00 |
| B-36 | James M. Young | 12,048 | $ - | $ 10,000.00 | $ - | $ 10,000.00 | $ 120.48 | $ 602.40 | $ 3,012.00 |
| B-37 | Joyce M. Jones | 6,024 | $ - | $ 5,000.00 | $ - | $ 5,000.00 | $ 60.24 | $ 301.20 | $ 1,506.00 |
| B-38 | Bruce Toledo | 12,048 | $ - | $ 10,000.00 | $ - | $ 10,000.00 | $ 120.48 | $ 602.40 | $ 3,012.00 |
| B-39 | Edwin D. Walker (Andre Chapman) | 18,072 | $ - | $ 15,000.00 | $ - | $ 15,000.00 | $ 180.72 | $ 903.60 | $ 4,518.00 |
| B-40 | Roger S. Sanford | 12,048 | $ - | $ 10,000.00 | $ - | $ 10,000.00 | $ 120.48 | $ 602.40 | $ 3,012.00 |
| B-41 | David Room | 24,096 | $ - | $ 20,000.00 | $ - | $ 20,000.00 | $ 240.96 | $ 1,204.80 | $ 6,024.00 |
| B-42 | Margaret L. Taylor | 120,481 | $ - | $ 100,000.00 | $ - | $ 100,000.00 | $ 1,204.81 | $ 6,024.05 | $ 30,120.25 |
| B-43 | Angel (Q) Investors II, L.P. | 319,807 | $ - | $ 265,440.00 | $ - | $ 265,440.00 | $ 3,188.07 | $ 15,980.36 | $ 79,951.75 |
| B-44 | Angel Investors II, L.P. | 41,838 | $ - | $ 34,560.00 | $ - | $ 34,560.00 | $ 418.38 | $ 2,081.90 | $ 10,408.50 |

Realm Connect Corporation dba AuctioNet.com
Series B Preferred Stock Outstanding Options
as of
March 5, 2002

| Certificate Number | Shareholder Name | Shares Held | B Round Money Contributed | Note Conversion | Other Contribution | Total per books as of March 5, 2002 | 4% Note payable by 12/31/2002 | 4% Note payable by 12/31/2003 | Options 4% Note payable by 12/31/2004 |
|---|---|---|---|---|---|---|---|---|---|
| B-45 | B Cubed Ventures, LLC | 24,096 | $ 20,000.00 | $ - | $ - | $ 20,000.00 | $ 240.96 | $ 1,204.80 | $ 6,024.00 |
| B-46 | Stephen Sirianni | 30,120 | $ 25,000.00 | $ - | $ - | $ 25,000.00 | $ 301.20 | $ 1,506.00 | $ 7,530.00 |
| B-47 | Stephen Sirianni | 30,120 | $ 25,000.00 | $ - | $ - | $ 25,000.00 | $ 301.20 | $ 1,506.00 | $ 7,530.00 |
| B-50 | Mark T. Curtis | 30,120 | $ 25,000.00 | $ - | $ - | $ 25,000.00 | $ 301.20 | $ 1,506.00 | $ 7,530.00 |
| B-49 | B Cubed Ventures, LLC | 33,132 | $ 27,500.00 | $ - | $ - | $ 27,500.00 | $ 331.32 | $ 1,656.60 | $ 8,283.00 |
| B-48 | Empire Ventures, LLC | 180,722 | $ 150,000.00 | $ - | $ - | $ 150,000.00 | $ 1,807.22 | $ 9,036.10 | $ 45,180.60 |
| B-52 | B Cubed Ventures, LLC | 30,120 | $ 25,000.00 | $ - | $ - | $ 25,000.00 | $ 301.20 | $ 1,506.00 | $ 7,530.00 |
| B-51 | William Delzell | 30,120 | $ 25,000.00 | $ - | $ - | $ 25,000.00 | $ 301.20 | $ 1,506.00 | $ 7,530.00 |
| (B-5) | Ginkgo Enterprise LP - Return Investment | -60,240 | $ (50,000.00) | $ - | $ - | $ (50,000.00) | $ (802.40) | $ (3,012.00) | $ (15,060.00) |
| (B-7) | Andy Hok Fan Sze Revocable Trust Dated 05/30/1998 - Return Investment | -60,240 | $ (50,000.00) | $ - | $ - | $ (50,000.00) | $ (802.40) | $ (3,012.00) | $ (15,060.00) |
| ? | Global Virtual Accelerator, LLC | 13,012 | $ 10,800.01 | $ - | $ - | $ 10,800.01 | $ 130.12 | $ 650.81 | $ 3,253.01 |
| ? | ZDNet, Inc. | 802,409 | $ 901.89 | $ - | $ 500,000.00 | $ 500,901.89 | $ 6,024.09 | $ 30,120.45 | $ 150,602.25 |
| | Totals | 6,708,771 | $ 3,358,402.02 | $ 1,212,500.00 | $ 1,000,000.00 | $ 5,569,902.02 | $ 67,067.71 | $ 335,438.55 | $ 1,677,192.75 |
| | Additional Transactions to be Recognized: | | | | | | | | |
| ? | GVA (to be issued) | 301,205 | $ 250,000.00 | $ - | $ - | $ 250,000.00 | $ 15,060.25 | $ 30,120.50 | $ 90,361.50 |
| | Totals | 7,009,976 | $ 3,608,402.02 | $ 1,212,500.00 | $ 1,000,000.00 | $ 5,819,902.02 | $ 82,147.96 | $ 365,559.05 | $ 1,767,554.25 |

Prepared 3/5/2002

Realm Connect Corporation dba AuctioNet.com
Series B Preferred Stock Outstanding Options
as of
March 5, 2002

| 4% Note payable by 12/31/2005 |
|---|
| $ 150,602.00 |
| $ 18,072.00 |
| $ 150,602.00 |
| $ 45,180.50 |
| $ 30,120.00 |
| $ 30,120.00 |
| $ 30,120.00 |
| $ 150,602.00 |
| $ 15,060.00 |
| $ 120,482.00 |
| $ 30,120.00 |
| $ 48,192.50 |
| $ 7,530.00 |
| $ 602,409.50 |
| $ 301,204.50 |
| $ 45,180.50 |
| $ 45,180.50 |
| $ 30,120.00 |
| $ 6,024.00 |
| $ 45,180.50 |
| $ 9,036.00 |
| $ 7,530.00 |
| $ 60,361.00 |
| $ 451,807.00 |
| $ 6,024.00 |
| $ 30,120.00 |
| $ 30,120.00 |
| $ 6,024.00 |
| $ 39,156.50 |
| $ 30,120.00 |
| $ 15,060.00 |
| $ 12,048.00 |
| $ 6,024.00 |
| $ 3,012.00 |
| $ 6,024.00 |
| $ 9,036.00 |
| $ 6,024.00 |
| $ 12,048.00 |
| $ 60,240.50 |
| $ 159,903.50 |
| $ 29,819.00 |

Prepared 3/5/2002

Realm Connect Corporation dba AudioNet.com.
Series B Preferred Stock Outstanding Options
as of
March 5, 2002

| | 4% Note payable by 12/31/2003 |
|---|---|
| $ | 12,048.00 |
| $ | 15,060.00 |
| $ | 15,060.00 |
| $ | 15,060.00 |
| $ | 16,566.00 |
| $ | 90,361.00 |
| $ | 15,060.00 |
| $ | (30,120.00) |
| $ | (30,120.00) |
| $ | 6,506.00 |
| $ | 301,204.50 |
| $ | 3,354,985.50 |
| | |
| $ | 150,602.50 |
| $ | 3,504,988.00 |