# MINUTES OF THE MEETING OF
# THE BOARD OF DIRECTORS OF
# REALM CONNECT CORPORATION

### February 3, 2003
### 1:30 p.m.
### Via Teleconference

The following are the minutes of the meeting of the Board of Directors of Realm Connect Corporation, a California corporation (the "Company"), held at the above time pursuant to notice duly given to all members of the Company's Board of Directors (the "Board"). Present at the meeting was directors Nuri Otus, Sam Lee, and Chong-Moon Lee.

Nuri Otus, CEO and President of the Company, called the meeting to order and kept the minutes of the meeting.

The Board first discussed Nuri Otus' motion to approve the minutes from the November 13, 2002 board meeting and Chong-Moon Lee, Director, seconded the motion. The motion passed and the November minutes were approved.

The Board then requested an update and detailed information on the financial, legal and human resource matters at the company from Mr. Otus. Mr. Otus informed the board that the litigation between the company, Sand Hill Capital, Heritage Beverage and 1800wineshop has settled without any further cost to the company.

**RESOLVED**: The board reviewed the detailed information on the financial, legal and human resource matters at the company asked for frequent updates.

There being no further business, the meeting was thereupon duly adjourned.

Nuri Otus,
Secretary of the Meeting

# MINUTES OF THE MEETING OF

# THE BOARD OF DIRECTORS OF

# REALM CONNECT CORPORATION

April 10, 2002
4:30 p.m.
Via Teleconference

The following are the minutes of the meeting of the Board of Directors of Realm Connect Corporation, a California corporation (the "Company"), held at the above time pursuant to notice duly given to all members of the Company's Board of Directors (the "Board"). Present at the meeting was directors Nuri Otus, Sam Lee, and Chong-Moon Lee. Also present by invitation of the Board were Maureen Cunningham and Michela O'Connor Abrams, and David Greenseid, the Company's outside counsel.

Nuri Otus, CEO and President of the Company, called the meeting to order and asked Maureen Cunningham to keep the minutes of the meeting.

The Board first discussed Nuri Otus' motion to approve the minutes from the October 22, 2001 board meeting and Chong-Moon Lee, Director, seconded the motion. The motion passed and the April minutes were approved.

The Board then requested that David Greenseid, the Company's outside counsel provide all attendees with a synopsis of the current litigation between the company, Sand Hill Capital, Heritage Beverage and 1800wineshop. The board requested that Nuri Otus prepare a complete synopsis of the events leading to the litigation.

**RESOLVED**: The board will await the synopsis from Mr. Otus prior to any decisions being made.

The Board next discussed allowing Randy Niemeyer to assume ownership of the key man life insurance policy that the company purchased. After discussion by the Board, it was requested that Nuri Otus research the costs/effect to the company.

**RESOLVED**: The board will await Mr. Otus' response in writing to the Board.

There being no further business, the meeting was thereupon duly adjourned.

---

Maureen Cunningham,
Secretary of the Meeting

# MINUTES OF THE MEETING OF
# THE BOARD OF DIRECTORS OF
# REALM CONNECT CORPORATION

**November 13, 2002**
**1:00 p.m.**
**Via Teleconference**

The following are the minutes of the meeting of the Board of Directors of Realm Connect Corporation, a California corporation (the "Company"), held at the above time pursuant to notice duly given to all members of the Company's Board of Directors (the "Board"). Present at the meeting was directors Nuri Otus, Sam Lee, and Chong-Moon Lee.

Nuri Otus, CEO and President of the Company, called the meeting to order and kept the minutes of the meeting.

The Board first discussed Nuri Otus' motion to approve the minutes from the August 7, 2002 board meeting and Chong-Moon Lee, Director, seconded the motion. The motion passed and the August minutes were approved.

The Board then discussed adding a signatory from Kestrel Solutions, debtor in possession, as an authorized signor on the Company's Trust account at Cupertino National Bank & Trust. All monies to be deposited into this account are the property of Kestrel Solutions with the exception of the $100.00 that is always in the account.

**RESOLVED:** The board has empowered to the company to add Paula Larson (CFO at Kestrel Solutions) as an authorized signor on the Company's Trust account at Cupertino National Bank & Trust. All monies to be deposited into this account are the property of Kestrel Solutions with the exception of the $100.00 that is always in the account.

There being no further business, the meeting was thereupon duly adjourned.

_____
Nuri Otus,
Secretary of the Meeting