

The Internet Auction-

August 3, 2004

ACCT # 0868000000379040*26*

To Whom It May Concern:

Re: Realm Connect Corporation, dba AuctioNet

TO ALL CREDITORS AND EQUITYHOLDERS OF REALM CONNECT CORPORATION AND OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that effective June 30, 2004 Realm Connect Corporation, dba AuctioNet has ceased operations. All employees have been discharged.

The assets of the company will most likely be repossessed by the secured creditor.

Accordingly, it is unlikely that there will be any distribution to Creditors and Equityholders.

We are sorry to be the bearer of this unfortunate news. Please do not hesitate to contact me at the address listed below if you have any further questions.

Very Truly Yours,

Realm Connect Corporation, dba AuctioNet

Nur Otus
President

1325 Howard Avenue
Post Mail Box 245
Burlingame, CA 94010