

# State of Delaware
### The Official Website for the First State

Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & L

State Directory | Help | Search Delaware                Citizen Services | Business Services | \

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Registered Agents
Get Corporate Status
Submitting a Request

Frequently Asked Questions   View Search Results

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 3823924 | Incorporation Date / Formation Date: | 07/01/2004 (mm/dd/yyyy) |
| Entity Name: | ASSET MANAGEMENT ASSOCIATES GROUP LTD. | | |
| Entity Kind: | CORPORATION | Entity Type: | CLOSED CORP |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | DELAWARE INTERCORP, INC. | | |
| Address: | 113 BARKSDALE PROFESSIONAL CENTER | | |
| City: | NEWARK | County: | NEW CASTLE |
| State: | DE | Postal Code: | 197113258 |
| Phone: | (302)266-9367 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like    Status    Status, Tax & History Information    Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

https://sos-res.state.de.us/tin/controller                                    11/3/2004

Frequently Asked Questions   View Search Results   Summary of Charges   Logout

## Entity Details

| | | | |
|---|---|---|---|
| File Number: | 3823924 | Incorporation Date / Formation Date: | 07/01/2004 (mm/dd/yyyy) |
| Entity Name: | ASSET MANAGEMENT ASSOCIATES GROUP LTD. | | |
| Entity Kind: | CORPORATION | Entity Type: | CLOSED CORP |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | | |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | NO REPORTS ON FILE | | |
| Annual Tax Assessment: | $ 0.00 | Tax Due: | $ 0.00 |
| Tax Status: | CURRENT | Total Authorized Shares: | 100 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | DELAWARE INTERCORP, INC. | | |
| Address: | 113 BARKSDALE PROFESSIONAL CENTER | | |
| City: | NEWARK | County: | NEW CASTLE |
| State: | DE | Postal Code: | 197113258 |
| Phone: | (302)266-9367 | | |

**FILING HISTORY (Last 5 Filings)**

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0102S | Incorp Delaware Stock Co. | 1 | 07/01/2004 | 14:58 | 07/01/2004 |

To contact a Delaware Online Agent click here.