# CUPERTINO NATIONAL BANK

------A Member of the Greater Bay Bancorp Family

Home | Contact   1-408-725-4400

**Online Banking Demonstration**

Click here for Personal demo ▶▶
Click here for Small Business demo ▶▶
Click here for Corporate demo ▶▶

Shortcut to online banking:
Select One



ABOUT US
INVESTOR INFO
BANKING SERVICES
EMPLOYMENT

### One of the original Super-Community Banks.

Since 1985, Cupertino National Bank has fueled the Silicon Valley economy with SBA, construction and real estate loans. We've helped businesses grow with payroll and cash management services. And we've provided personal banking products with outstanding service to keep busy Bay Area residents going strong.

In 1996, Cupertino National Bancorp teamed with Mid-Peninsula Bancorp to form Greater Bay Bancorp. Together, we developed the "Super-Community Banking" strategy that enables smaller community banks to be more competitive without losing their individual qualities.

So, if you're looking for a full-service bank that caters to your business and personal banking needs, one that has financial products of a big, impersonal bank and the responsive, dedicated service of a small community bank, you've come to the right website. If you have any questions, please contact us directly.

Website Agreement

©2004 GREATER BAY BANK N.A., Member FDIC

http://www.cupnb.com/   11/3/2004

# CUPERTINO NATIONAL BANK

-------A Member of the Greater Bay Bancorp Family

**Bank Locations**

Home | Contact

1-408-725-4400
Shortcut to online banking:
Select One



- President's Message
- Bank Locations
- Foundation Contributions

INVESTOR INFO

BANKING SERVICES

EMPLOYMENT

| ADDRESS | PHONE | HOURS |
|---|---|---|
| 20230 Stevens Creek Boulevard*<br>Cupertino, CA 95014 | 408-996-1144 | M - F 9:30-4:30 |
| **Divisions of Cupertino National Bank:** | | |
| Greater Bay Bank San Jose<br>60 South Market Street, #100<br>San Jose, CA 95113 | 408-286-1595 | M - F 9:00-4:30 |
| Greater Bay Bank SBA Lending Group<br>60 South Market Street, #150<br>San Jose, CA 95113 | 408-975-6924 | M - F 9:00-4:30 |
| Greater Bay Private Capital Banking<br>400 Emerson Street*<br>Palo Alto, CA 94301 | 650-614-5700 | M - F 9:00-4:30 |
| Greater Bay Trust Company<br>400 Emerson Street*<br>Palo Alto, CA 94301 | 650-614-5711 | M - F 8:30-5:00 |
| Venture Banking Group<br>Three Palo Alto Square, #150<br>Palo Alto, CA 94306 | 650-813-3800 | M - F 9:00-4:30 |

* ATM Location

Website Agreement

©2004 GREATER BAY BANK N.A., Member FDIC