UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICRO SIGNAL RESEARCH, INC.,
              Plaintiff

            v.                         CIVIL ACTION NO.:
                                              04-12300-EFH

NURI OTUS and MAUREEN CUNNINGHAM,
              Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

November 4, 2004

HARRINGTON, S.D.J.

      The Court grants Plaintiff's Motion for Preliminary Injunction, Trustee Process Attachment and Real Estate Attachment because defendants do not contest the existence of the Two Hundred Ten Thousand ($210,000) Dollar debt owed to plaintiff, and they have repeatedly acknowledged their obligation to repay same. Having conducted a hearing at which counsel appeared for both plaintiff and defendants, the Court enters a preliminary injunction ordering defendants to pay to the Court all funds, up to Two Hundred Ten Thousand ($210,000) Dollars, that defendants are presently earning from their new business entity, Asset Management Associates (amalimited.com). These payments shall include, without limitation, all funds received from the October 28, 2004 auction. The Court shall maintain these payments during the pendency

of this case. In addition, the Court enters a trustee process attachment of all funds, up to Two Hundred Ten Thousand ($210,000) Dollars, held in the name of either defendant by Trustee Process Defendant, Cupertino National Bank and Trust. Finally, the Court attaches all real property, up to Two Hundred Ten Thousand ($210,000) Dollars, that is held in the names of either defendant and is located in California or Massachusetts.

    SO ORDERED.

                        /s/ Edward F. Harrington
                        EDWARD F. HARRINGTON
                        United States Senior District Judge