UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

Case # 1:04-CV-12300-EFH

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff - Appellee, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants - Appellants, | ) |

### DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that defendants Nuri Otus and Maureen Cunningham in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from an Order of the United States District Court for the District of Massachusetts (Eastern Division) granting plaintiff Micro Signal Research, Inc.'s Motion for Temporary Restraining Order, Trustee Process Attachment and Real Estate Attachment entered in this action on November 4, 2004.

NURI OTUS and MAUREEN CUNNINGHAM,
By their attorneys,

/s/ Michael C. Fee
FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO #552796)
321 Boston Post Rd.
Sudbury, MA 01776
T:  (978) 440-7000
F:  (978) 440-7650

Dated:  November 9, 2004      www.feelaw.com

2

CERTIFICATE OF SERVICE

    I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by electronic and first class mail, directed to Timothy J. Perry, Esq., Perry, Krumsiek & Wayland, P.A., Suite 200, 114 State Street, Boston, MA 02109 this 9th day of November, 2004.

                                                  /s/ Michael C. Fee
                                                  Michael C. Fee