UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO. 04-12300-EFH |
| NURI OTUS and MAUREEN CUNNINGHAM, ) | |
| Defendants, ) | |
| CUPERTINO NATIONAL BANK & TRUST, ) | |
| Trustee Process Defendant. ) | |

## WRIT OF ATTACHMENT

After a hearing on the merits on Plaintiff Micro Signal Research, Inc.'s motion for real estate attachment at which counsel for both plaintiff and defendants were present, the Court hereby orders that all property held in the name of Nuri Otus and/or Maureen Cunningham up to the amount of $210,000 located in California (including property located at 1872 Black Mountain Road, Hillsborough, California 94010) and Massachusetts is hereby attached.

So Ordered.

Harrington, S.D.J.

11-16-04