921 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

# FEE, ROSSE & LANZ, P.C.
*Attorneys at Law*

MICHAEL C. FEE *(mfee@feelaw.com)*

December 3, 2004

United States District Court for
the District of Massachusetts
Attn: Sandra Holahan, Clerk
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:  Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham
United States Court of Appeals, First Circuit, Case # 1:04-CV-12300-EFH

Dear Ms. Holahan:

I write in connection with Judge Harrington's Order dated November 4, 2004 requiring my clients to pay to the Court funds earned from Asset Management Associates.

I have contacted opposing counsel and suggested that a more efficient way to manage this obligation would be to establish an escrow account jointly controlled by counsel for the parties. Mr. Perry and I were unable to reach an agreement in this regard, and therefore I must inquire regarding the Court's procedure with respect to such payments. I currently hold in my IOLTA account sums for deposit in accordance with Judge Harrington's Order. Please advise at your earliest convenience how you would like me to handle the mechanics of this transfer.

Very truly yours,

Michael C. Fee

MCF/spl
cc:  Timothy J. Perry, Esq.
     Ms. Maureen Cunningham
     Mr. Nuri Otus
Fee:usdc004.doc