AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _MASSACHUSETTS_

MICRO SIGNAL RESEARCH, INC.

**SUMMONS IN A CIVIL ACTION**

V.

NURI OTUS and
MAUREEN CUNNINGHAM

CASE NUMBER:

_CV 12 3_

TO: (Name and address of Defendant)    NURI OTUS

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY J. PERRY
PERRY, KRUMSIEK & WAYLAND LLP
114 STATE STREET
BOSTON, MA 02109

an answer to the complaint which is served on you with this summons, within ____30____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_12-29-04_

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-23-04 |

| NAME OF SERVER (PRINT) Timothy Perry | TITLE Attorney |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Defendants' counsel accepted service on behalf of clients and has appeared in this matter on Defendants' behalf.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12-23-04
              _____        _____
                     Date                      Signature of Server

              114 State Street, Boston MA 02109
              _____
                     Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.