UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**                                                                                  Case No.  04-12300-EFH

           Micro Signal Research Inc.                     , Plaintiff(s)

                                          V.

           Nuri Otis & Maureen Cunningham
           d/b/a AuctioNet, Inc. (auctionet.com)     , Defendant(s)

           Cupertino National Bank & Trust            , Trustee

## SUMMONS TO TRUSTEE

To the above-named Trustee:

    You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant(s)  Nuri Otis and Maureen Cunningham  d/b/a AuctioNet, Inc. (auctionet.com)         of   1872 Black Mountain Road, Hillsborough, California  94010, with offices at 1204 Middlefield Road, Suite 2C, Redwood City, CA 94063 and P.O. Box 631, Burlingame, CA 94011  are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff,  Micro Signal Research, Inc. , of  50 Oakdale Avenue, Weston, Massachusetts 02493   , whose attorney is  Timothy J. Perry , of  Perry, Krumsiek & Wayland, 114 State Street, Suite 200, Boston, Massachusetts 02109         may recover in an action brought against the said defendant in this Court to the value of $ 210,000   (the amount authorized).  Such goods, effects or credits are hereby attached.  If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

    The complaint in this case was filed on   10/28/04   .  This attachment was approved on   11/4/04          by the Honorable Edward F. Harrington, United States Senior District Judge  , in the amount of $   210,000          .

    If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

    If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof).  No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  5th  day of  November, 2004         .

                                                                          TONY ANASTAS
                                                                          CLERK OF COURT

By: _____
                                                                    Craig J. Nicewicz, Deputy Clerk

| Attorney or Party without Attorney: <br> Perry, Krumsiek & Wayland, LLP <br> 114 State Street <br> Suite 200 <br> Boston, MA 02109 <br> Telephone No: 617-742-9012    FAX No: 617-742-9013 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> In the United States District Court, Massachusetts | | | | |
| Plaintiff: Micro Signal Research | | | | |
| Defendant: Nuri Otis, et al | | | | |
| **AFFIDAVIT OF SERVICE** <br> **Summons to Trustee** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 04-12300-EFH |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons to Trustee

3. a. Party served:         Cupertino National Bank & Trust, Trustee
   b. Person served:        Dave Hood, President

4. Address where the party was served:     20230 Stevens Creek Blvd
                                           Cupertino, CA 95014

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Nov. 18, 2004 (2) at: 11:45AM

7. Person Who Served Papers:
   a. V. Tim Keene
   b. Bender's Legal Service, RPS #740
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Fee for Service:    $52.00
I Declare under penalty of perjury under the laws of the State of Massachusetts that the foregoing is true and correct.

_____
(Date)



State of California
County of Santa Clara

8. **SUBSCRIBED AND SWORN to me, a Notary Public in and for said County.**

   My Commission Expires _____
                              (Date)

_____ (Notary Public))    perrykru.121205

Judicial Council form POS-010          AFFIDAVIT OF SERVICE
Rule 982.9.(a)&(b) Rev July 1, 2004       Summons to Trustee