# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) 04-12300-EFH |
| Defendants, | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Process Defendant. | ) |

## PLAINTIFF'S MOTION FOR CONTEMPT OF PRELIMINARY INJUNCTION ORDER OR, ALTERNATIVELY, FOR AN ACCOUNTING

Plaintiff Micro Signal Research, Inc. ("Plaintiff") hereby moves for a contempt of the preliminary injunction issued by this Court on November 4, 2004. As reasons therefore, Plaintiff states as follows:

1. A motion for contempt will be granted if the complainant can offer clear and convincing evidence that a lucid and unambiguous consent order has been violated. Project B.A.S.I.C. v. Kemp, 947 F.2d 11, 16 (1st Cir. 1991).

2. On November 4, 2004 this Court ordered defendants to "pay to the Court all funds, up to Two Hundred Ten Thousand ($210,000) Dollars, that defendants are presently earning from their new business entity, Asset Management Associates (amalimited.com). These payments shall include, without limitation, *all funds received from the October 28, 2004 auction.*" (emphasis added).

3. Defendants clearly understand their obligations under the November 4 Order. Indeed, Defendants stated that the "Order requires defendants to pay to the Court all proceeds from an auction conducted by Mr. Otus…for Asset Management Associates Group, Ltd. ("AMA"). See Defendant's Motion to Stay Litigation and Injunction Order Pending Appeal.

4. It is clear that defendants are in contempt of the November 4 Order. The 856 items to be auctioned on October 28, 2004 by defendants appear to be worth well in excess of $150,000. A true copy of the e-mail from defendants setting forth an inventory for the auction is attached to the accompanying affidavit as Exhibit 1.

5. Conversely, undersigned counsel has been advised that defendants had only made available approximately $20,000 to be paid into Court pursuant to the Order.

6. In any event, if defendants contend that they have obeyed the Order, there should be a full accounting to support such a contention.

7. On December 29, 2004, counsel for Plaintiff sent a facsimile to Defendants' counsel requesting an accounting in regards to the above and informed counsel of the intent to file this motion if there was a failure to account. Counsel for Defendants responded the same day, stating that lead counsel would not be in the office until January 3, 2005 and, therefore, had no response to these issues at the time. Based upon this representation, counsel for Plaintiff refrained from filing this motion during the week of December 27, 2004. Nonetheless, counsel for Defendants has failed to respond to the issues to date.

WHEREFORE, Plaintiff requests that this Honorable Court enter an Order of Contempt against Defendants or, alternatively, order Defendants to make a full accounting of their activities since the October 28, 2004 auction.

Respectfully submitted,

**MICRO SIGNAL RESEARCH, INC.,**

By its attorney,

_____
Timothy J. Perry (BBO #651397)
PERRY, KRUMSIEK & WAYLAND LLP
114 State Street
Boston, MA 02109
(617) 742-9012
fax (617) 742-9013

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he attempted to confer with defendants' counsel in a good faith attempt to resolve the issue presented in this motion by forwarding a letter setting forth the issues and indicating that a motion for contempt would be filed on December 29, 2004. Counsel for Defendants indicated that no response could be made until the return of lead counsel on January 3, 2005. Plaintiff refrained from filing the motion until today based upon that representation, but no response to these issues has been received to date.

Dated: January 4, 2005

_____
Timothy J. Perry

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by placing same addressed to said counsel in First Class U.S. Mail, pre-paid.

Dated: January 4, 2005

_____
Timothy J. Perry

3