## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants. | ) |

### AFFIDAVIT OF DANIEL EPSTEIN

I, Daniel Epstein, on oath do hereby depose and state as follows:

1.     I am the President of Plaintiff Micro Signal Research, Inc. ("Plaintiff" or "MSR"). MSR is a corporation registered to do business in the Commonwealth of Massachusetts with a principal place of business at 50 Oakdale Avenue, Weston, Massachusetts.

2.     On November 4, 2004 this Court ordered defendants to "pay to the Court all funds, up to Two Hundred Ten Thousand ($210,000) Dollars, that defendants are presently earning from their new business entity, Asset Management Associates (amalimited.com). These payments shall include, without limitation, *all funds received from the October 28, 2004 auction*." (emphasis added).

3.     It is my belief that defendants are in contempt of the November 4 Order. I base this belief on the fact that the 856 items to be auctioned on October 28, 2004 by defendants appear to be worth well in excess of $150,000. A true copy of the e-mail from defendants setting forth an inventory for the auction is attached hereto as Exhibit 1.

4.    Conversely, I understand that the defendants have only paid approximately
$20,000 into Court pursuant to the Order.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS** $23$ RD

**DAY OF DECEMBER 2004.**

Daniel Epstein
President, Micro Signal Research, Inc.