

World Leader in Live Interactive Auction Broadcasts



  

Name
BeamReach Networks
Where
Sunnyvale CA USA
When
Thursday, October 28th, 2004
Scheduled start time: 12:00 PM US Central
Selling Currency & Internet Fee/Buyer Premium
Currency: USD         IF/BP:15%
Contact
*Phone:* (650) 685-0200
*Email:* nuri.otus@amalimited.com
See all Asset Management Associates scheduled auction broadcasts!
**Packaging and Shipping**

Craters & Freighters

## What would you like to do?

Preview Inventory (856 items)!

Learn how to bid!

First time BidSpotter.com registration!

Register for this auction!(current BidSpotter.com registrants)

- ✔ Electronic Test and Measurement Equipment
  From Agilent, HP, Tektronix, Fluke, TopWard and many others!
- ✔ Lab and Facility Equipment
  Including Microscopes, Soldering Irons, Temptronic TPO4000A Thermo Stream System, Big Jow Electric Pallet Jack, Tenney Jr. Chamber, Polaroid Employee ID System, Tech Benches, Tech Stools
- ✔ Sun, Dell and Compaq Servers and RAIDs
- ✔ Spirent (SmartBits) Performance Analysis Systems
- ✔ National Instruments PXI's
- ✔ Cisco and HP Switches and Routers
- ✔ Laser Printers, Copiers and Fax Machines from HP, Konica, Canon and Zebra
- ✔

- Northern Telecom Phone System with over 200 Handsets and Voicemail
- ✔ HUGE IC Inventory
- ✔ Herman Miller Aeron Chairs and 100 Office Master Task Chairs
- ✔ Huge Quantity of Tool Boxes and Tools plus about a dozen Power Tools



**Print Terms & Conditions**

Following are the Terms and Conditions for Asset Management Associates (AMA) Auction on October 28, 2004\r\n\r\n1. All announcements made on auction day shall take precedence over previously distributed information.\r\n\r\n2. The Auctioneer will announce any deletions and/or additions to the catalog at the time of the auction sale. All bidders are advised to inspect each item prior to the auction.\r\n\r\n\r\n3. All persons seeking to register to bid to

If you agree to the terms and conditions above you may register for this event. Registering for this event means you agree to both the BidSpotter.com website terms and conditions and also Asset Management Associates terms and conditions for this auction.

**Still have a question? Ask our Live Auctions support staff via our Help Desk.**

Copyright © 2004 Bidspotter.com-Live Internet Auction Broadcasting All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the BidSpotter.com website Terms & Conditions.

Terms and conditions for Asset Management Associates BeamReach Networks on Thursday, October 28th, 2004

Print Terms & Conditions

Following are the Terms and Conditions for Asset Management Associates (AMA) Auction on October 28, 2004\r\n\r\n1. All announcements made on auction day shall take precedence over previously distributed information.\r\n\r\n2. The Auctioneer will announce any deletions and/or additions to the catalog at the time of the auction sale. All bidders are advised to inspect each item prior to the auction.\r\n\r\n\r\n3. All persons seeking to register to bid to participate at the live auction must present a valid driver's license or acceptable photo identification. In addition, the Auctioneer reserves the right to verify the validity of all cashier's checks or certified checks funds drawn from lending institutions.\r\n\r\n4. All persons seeking to bid online must register completely, and must make a monetary (and legally binding commitment) to honor all bids placed, in advance of the auction. Bidders must place a valid credit card number on file that can be authorized for at least $1,000.00, and authorize a deposit to AMA of $1,000.00. Furthermore, each successful bidder must pay a 25% deposit toward the purchase price immediately following the each successful bid and authorizes AMA to charge Buyer's credit card for the amount of each such deposit. If a bidder fails to make a timely deposit, the assets in question may be resold without notice. Bidders not wishing to provide a credit card number or authorize a deposit to said card must make deposit via wire transfer $5,000 or 10% of anticipated bids, whichever is more before they will be allowed to bid. Online bidders must also provide written proof of shipping arrangements for all won bids. Deposits, registrations, and shipping arrangements must be received by AMA by the close of business day, Tuesday, November 2, 2004. Any remaining, unspent deposits will be returned to the bidder immediately following the auction.\r\n\r\n\r\nIn the event that full payment is not received by 3:00PM PT, October 30th, 2004, the deposit of $1,000.00 charged to the credit card for the purpose of registration shall be retained by AMA as liquidated damages. A complete registration indicates your acceptance of all terms and conditions as listed for this sale.\r\n\r\n\Auction\r\n\r\n\nTo register to participate online you must print, fill out, and fax this form to (650) 685-0201. Please include a photocopy of the front and back of your credit card. Registrations must be completed in conjuction with a deposit. Any registrations not completely filled-out or accompanied by a deposit will not be approved to bid.\r\n\r\n5. Online bidders are solely responsible to provide any personnel, equipment or material needed to pick up purchases and shall assume all responsibility for the removal of any item of property purchased at the sale and any and all risks associated with such removal including, without limitations, the responsibility for providing licensed and bonded professionals to ensure proper water, gas and/or power disconnection, and full financial responsibility for any damage or liability to persons or property resulting from any negligent act for omission of buyer or any buyer's employees, agents and/or representatives during pick-up and removal. Online bidders are also subject to the insurance requirements outlined below in item 15.\r\n\r\nOnline bidders must make arrangements to remove all merchandise won through online bidding within two business days following the auction, and must provide written proof of such an arrangement. AMA provides no shipping services, and any merchandise remaining after two business days reverts to property of Seller and will be placed upon auction block at next auction. All merchandise in this auction must be picked up and shipped by 5:00PM PT, Tuesday, November 2nd. AMA recommends utilizing CTS\r\n\r\n\nCTS (www.moveit.com) is a full-service logistics and transportation of hi-tech equipment provider since 1979.\r\nHours: 7:30-6:30 CST\r\nWeb Site :http://www.moveit.com\r\nQuick Quote: http://www.moveit.com/bidspotter/\r\nE-mail: chad@moveit.com\r\nIf you have your own shipping or freight vendor, a simple letter from them indicating their awareness of these terms and conditions will suffice. If you intend to pick up your purchases in-person, a letter to that effect will also suffice.\r\n\r\n\r\n6. Any buyer, live or online, who purchases large, complicated machinery that may need to be disconnected, disassembled, staged and/or loaded will need to present a certificate of insurance with a minimum amount of $1,000,000.00, listing BeamReach, Inc. and AMA as Loss Payees.\r\n\r\n\r\n7. Only Cash, Cashiers Check and Wire Transfers made payable to Asset Management Associates will be accepted. A company check will be accepted only if accompanied by a letter from your bank guaranteeing its payment in full. ALL BANK LETTERS REQUIRE THE FOLLOWING:\r\n\r\nMust be typed on Bank Letterhead Stationary, and must be addressed to Asset Management Associates \r\n\r\nMust reference you or your company, Bank Account Number and Check Number used in the purchase.\r\n\r\nMust indicate the name or names of the check signors.\r\n\r\nMust guarantee payment to AMA up to a specified dollar amount, which amount must be equal to or greater than the total amount being purchased.\r\n\r\nMust specify the guarantee is good for 10 business days after the letter date to allow enough time for the check to clear the Banking System.\r\n\r\nMust state that the Bank will not honor a Stop Payment Order on the Guaranteed Check Number without written authorization from AMA.\r\n\r\nMust be signed by an officer of the Bank and include their Direct Dial Phone Number for

verification purposes, preferably on their own Stationary.\r\n\r\nLetters of Good Standing, Introduction, Reference or Good Credit will not be accepted.\r\n\r\n\r\n\r\n\r\n8. A 25% non-refundable deposit is required upon successful bid from all buyers. Balance and full payment is due prior to the removal of any merchandise.\r\n\r\n\r\n9. Applicable sales tax will be added to the purchase price of all taxable auction items. Dealers who purchase for resale must file their resale permit numbers in order to avoid paying sales tax. The resale certificate must be representative of the same industry as the items that are purchased.\r\n\r\n\r\n10. While descriptions are believed to be accurate, the Auctioneer and Seller make no warranties or guarantees, expressed or implied, as to the genuineness, authenticity of, or defect in any item(s) being auctioned and will not be held responsible for any advertising discrepancies or inaccuracies. Other than those items carrying a manufacturer's warranty, all items will be sold on an "As Is", "Where Is" basis. No warranties will be made as to the merchantability of any item(s) being auctioned or their fitness for any particular purpose. If products carry a manufacturer's warranty, the Auctioneer will announce this at the time of the sale.\r\n\r\n\r\n11. It is the Buyer's responsibility to secure all safety equipment to meet all applicable government safety standards in using or removing the item(s) purchased. Certain pieces of equipment may contain residual chemicals. The purchasers hereby indemnify and hold harmless the Auctioneers and Sellers from any and all damages, claims or liabilities from any injuries to persons or property of any type whatsoever caused during the sale or during the removal of item(s) purchased.\r\n\r\n\r\n12. If any shortages exist on estimated counts, an adjustment will be made only if claims are made at the time of the removal. No adjustment will be allowed after purchased item(s) are removed from the premises. The Seller and Auctioneer have no liability to the Buyer due to the non-delivery of any purchased item(s), other than the return of the Buyer's deposit.\r\n\r\n\r\n13. The removal (checkout) period will be announced at the time of the auction. The Auctioneer reserves the right to augment this auction with assets from additional sellers. These assets may be interspersed throughout the sale. The Auctioneer reserves the right to group one or more item(s) into one selling lots, and to/add to and/or delete lots and /or offer any selling lots as operating units prior to offer them individually, by the piece, at Auctioneer's sole discretion. The Auctioneer reserves the right to reject any bid, which is only a fractional advance over the preceding bid. (Where the owner is indebted to or has a monetary guarantee from the Auctioneer, the Auctioneer or the owner may bid for one or more lots through a representative or an agent to protect their interests.) Furthermore, any material handling equipment being sold at the auction will be used in the removal of auction item(s) during the removal (checkout) period. Purchasers acknowledge that this equipment will not be picked up until the final day of checkout. Arrangements for the removal and shipment of purchased item(s) will be the sole responsibility of the Buyer.\r\n\r\n\r\n14. The Auctioneer will not be responsible for items that are not removed within the time period allowed. In the event a Buyer fails to pay the entire purchase price within the time set forth by the Auctioneer and/or fails to comply with any of the terms and conditions of the sale; the Seller will retain the deposit as liquidated damages. The item(s) that are not paid for may be resold at public or private sale without any further notice. This auction is being conducted in accordance with Section 2328 of the Uniform Commercial Code and appropriate penal code sections, as well as any applicable state and local laws.\r\n\r\n\r\n15. Some inventory offered may be deemed Restricted Technology. It is the Buyer's sole responsibility to obtain all necessary licenses as required by law, for the shipment of Restricted Technology outside of the United States.\r\n\r\n\r\n16. In the event of a dispute among bidders, the Auctioneer shall make the sole and final decision to either accept what he deems as the final bid or to re-offer or resell the item(s) in the dispute.\r\n\r\n\r\n17. Due to the sophisticated nature of the equipment in this auction, some items are subject to prior sale.\r\n\r\nIf you have any questions, please mail us at info@amalimited.com\r\n\r\n

Still have a question? Ask our Live Auctions support staff via our Help Desk.

Copyright © 2004 Bidspotter.com-Live Internet Auction Broadcasting All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the BidSpotter.com website Terms & Conditions.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>NURI OTUS and MAUREEN CUNNINGHAM, )<br><br>Defendants. ) | CIVIL ACTION NO. |

### AFFIDAVIT OF DANIEL EPSTEIN

I, Daniel Epstein, on oath do hereby depose and state as follows:

1. I am the President of Plaintiff Micro Signal Research, Inc. ("Plaintiff" or "MSR"). MSR is a corporation registered to do business in the Commonwealth of Massachusetts with a principal place of business at 50 Oakdale Avenue, Weston, Massachusetts.

2. On November 4, 2004 this Court ordered defendants to "pay to the Court all funds, up to Two Hundred Ten Thousand ($210,000) Dollars, that defendants are presently earning from their new business entity, Asset Management Associates (amalimited.com). These payments shall include, without limitation, *all funds received from the October 28, 2004 auction.*" (emphasis added).

3. It is my belief that defendants are in contempt of the November 4 Order. I base this belief on the fact that the 856 items to be auctioned on October 28, 2004 by defendants appear to be worth well in excess of $150,000. A true copy of the e-mail from defendants setting forth an inventory for the auction is attached hereto as Exhibit 1.

4.  Conversely, I understand that the defendants have only paid approximately $20,000 into Court pursuant to the Order.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS** 23rd **DAY OF DECEMBER 2004.**

_____
Daniel Epstein
President, Micro Signal Research, Inc.

2



World Leader in Live Interactive Auction Broadcasts

  

http://www.amalimited.com

Name
BeamReach Networks
Where
Sunnyvale CA USA
When
Thursday, October 28th, 2004
Scheduled start time: 12:00 PM US Central
Selling Currency & Internet Fee/Buyer Premium
Currency: USD          IF/BP:15%
Contact
*Phone:* (650) 685-0200
*Email:* nuri.otus@amalimited.com
See all Asset Management Associates scheduled auction broadcasts!

**Packaging and Shipping**

Craters & Freighters

## What would you like to do?

Preview Inventory (856 items)!

Learn how to bid!

First time BidSpotter.com registration!

Register for this auction!(current BidSpotter.com registrants)

- ✔ Electronic Test and Measurement Equipment
  From Agilent, HP, Tektronix, Fluke, TopWard and many others!
- ✔ Lab and Facility Equipment
  Including Microscopes, Soldering Irons, Temptronic TPO4000A Thermo Stream System, Big Jow Electric Pallet Jack, Tenney Jr. Chamber, Polaroid Employee ID System, Tech Benches, Tech Stools
- ✔ Sun, Dell and Compaq Servers and RAIDs
- ✔ Spirent (SmartBits) Performance Analysis Systems
- ✔ National Instruments PXI's
- ✔ Cisco and HP Switches and Routers
- ✔ Laser Printers, Copiers and Fax Machines from HP, Konica, Canon and Zebra
- ✔

- Northern Telecom Phone System with over 200 Handsets and Voicemail
- ✓ HUGE IC Inventory
- ✓ Herman Miller Aeron Chairs and 100 Office Master Task Chairs
- ✓ Huge Quantity of Tool Boxes and Tools plus about a dozen Power Tools



**Terms & Conditions**

Print Terms & Conditions

Following are the Terms and Conditions for Asset Management Associates (AMA) Auction on October 28, 2004\r\n\r\n1. All announcements made on auction day shall take precedence over previously distributed information.\r\n\r\n2. The Auctioneer will announce any deletions and/or additions to the catalog at the time of the auction sale. All bidders are advised to inspect each item prior to the auction.\r\n\r\n\r\n3. All persons seeking to register to bid to

If you agree to the terms and conditions above you may register for this event. Registering for this event means you agree to both the BidSpotter.com website terms and conditions and also Asset Management Associates terms and conditions for this auction.

**Still have a question? Ask our Live Auctions support staff via our Help Desk.**

Copyright © 2004 Bidspotter.com-Live Internet Auction Broadcasting All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the BidSpotter.com website Terms & Conditions.

| Terms and conditions for Asset Management Associates BeamReach Networks on Thursday, October 28th, 2004 |
|---|
| Print Terms & Conditions |
| Following are the Terms and Conditions for Asset Management Associates (AMA) Auction on October 28, 2004\r\n\r\n1. All announcements made on auction day shall take precedence over previously distributed information.\r\n\r\n2. The Auctioneer will announce any deletions and/or additions to the catalog at the time of the auction sale. All bidders are advised to inspect each item prior to the auction.\r\n\r\n\r\n3. All persons seeking to register to bid to participate at the live auction must present a valid driver's license or acceptable photo identification. In addition, the Auctioneer reserves the right to verify the validity of all cashier's checks or certified checks funds drawn from lending institutions.\r\n\r\n4. All persons seeking to bid online must register completely, and must make a monetary (and legally binding commitment) to honor all bids placed, in advance of the auction. Bidders must place a valid credit card number on file that can be authorized for at least $1,000.00, and authorize a deposit to AMA of $1,000.00. Furthermore, each successful bidder must pay a 25% deposit toward the purchase price immediately following the each successful bid and authorizes AMA to charge Buyer's credit card for the amount of each such deposit. If a bidder fails to make a timely deposit, the assets in question may be resold without notice. Bidders not wishing to provide a credit card number or authorize a deposit to said card must make deposit via wire transfer $5,000 or 10% of anticipated bids, whichever is more before they will be allowed to bid. Online bidders must also provide written proof of shipping arrangements for all won bids. Deposits, registrations, and shipping arrangements must be received by AMA by the close of business day, Tuesday, November 2, 2004. Any remaining, unspent deposits will be returned to the bidder immediately following the auction.\r\n\r\n\r\nIn the event that full payment is not received by 3:00PM PT, October 30th, 2004, the deposit of $1,000.00 charged to the credit card for the purpose of registration shall be retained by AMA as liquidated damages. A complete registration indicates your acceptance of all terms and conditions as listed for this sale.\r\n\r\n\Auction\r\n\r\nTo register to participate online you must print, fill out, and fax this form to (650) 685-0201. Please include a photocopy of the front and back of your credit card. Registrations must be completed in conjuction with a deposit. Any registrations not completely filled-out or accompanied by a deposit will not be approved to bid.\r\n\r\n5. Online bidders are solely responsible to provide any personnel, equipment or material needed to pick up purchases and shall assume all responsibility for the removal of any item of property purchased at the sale and any and all risks associated with such removal including, without limitations, the responsibility for providing licensed and bonded professionals to ensure proper water, gas and/or power disconnection, and full financial responsibility for any damage or liability to persons or property resulting from any negligent act for omission of buyer or any buyer's employees, agents and/or representatives during pick-up and removal. Online bidders are also subject to the insurance requirements outlined below in item 15.\r\n\r\nOnline bidders must make arrangements to remove all merchandise won through online bidding within two business days following the auction, and must provide written proof of such an arrangement. AMA provides no shipping services, and any merchandise remaining after two business days reverts to property of Seller and will be placed upon auction block at next auction. All merchandise in this auction must be picked up and shipped by 5:00PM PT, Tuesday, November 2nd. AMA recommends utilizing CTS\r\n\r\nCTS (www.moveit.com) is a full-service logistics and transportation of hi-tech equipment provider since 1979.\rHours: 7:30-6:30 CST\rWeb Site :http://www.moveit.com\rQuick Quote: http://www.moveit.com/bidspotter/\rE-mail: chad@moveit.com\rIf you have your own shipping or freight vendor, a simple letter from them indicating their awareness of these terms and conditions will suffice. If you intend to pick up your purchases in-person, a letter to that effect will also suffice.\r\n\r\n\r\n6. Any buyer, live or online, who purchases large, complicated machinery that may need to be disconnected, disassembled, staged and/or loaded will need to present a certificate of insurance with a minimum amount of $1,000,000.00, listing BeamReach, Inc. and AMA as Loss Payees.\r\n\r\n\r\n7. Only Cash, Cashiers Check and Wire Transfers made payable to Asset Management Associates will be accepted. A company check will be accepted only if accompanied by a letter from your bank guaranteeing its payment in full. ALL BANK LETTERS REQUIRE THE FOLLOWING:\r\n\r\nMust be typed on Bank Letterhead Stationary, and must be addressed to Asset Management Associates.\r\n\r\nMust reference you or your company, Bank Account Number and Check Number used in the purchase.\r\n\r\nMust indicate the name or names of the check signors.\r\n\r\nMust guarantee payment to AMA up to a specified dollar amount, which amount must be equal to or greater than the total amount being purchased.\r\n\r\nMust specify the guarantee is good for 10 business days after the letter date to allow enough time for the check to clear the Banking System.\r\n\r\nMust state that the Bank will not honor a Stop Payment Order on the Guaranteed Check Number without written authorization from AMA.\r\n\r\nMust be signed by an officer of the Bank and include their Direct Dial Phone Number for |

verification purposes, preferably on their own Stationary.\r\n\r\nLetters of Good Standing, Introduction, Reference or Good Credit will not be accepted.\r\n\r\n\r\n\r\n\r\n8. A 25% non-refundable deposit is required upon successful bid from all buyers. Balance and full payment is due prior to the removal of any merchandise.\r\n\r\n\r\n9. Applicable sales tax will be added to the purchase price of all taxable auction items. Dealers who purchase for resale must file their resale permit numbers in order to avoid paying sales tax. The resale certificate must be representative of the same industry as the items that are purchased.\r\n\r\n\r\n10. While descriptions are believed to be accurate, the Auctioneer and Seller make no warranties or guarantees, expressed or implied, as to the genuineness, authenticity of, or defect in any item(s) being auctioned and will not be held responsible for any advertising discrepancies or inaccuracies. Other than those items carrying a manufacturer's warranty, all items will be sold on an "As Is", "Where Is" basis. No warranties will be made as to the merchantability of any item(s) being auctioned or their fitness for any particular purpose. If products carry a manufacturer's warranty, the Auctioneer will announce this at the time of the sale.\r\n\r\n\r\n11. It is the Buyer's responsibility to secure all safety equipment to meet all applicable government safety standards in using or removing the item(s) purchased. Certain pieces of equipment may contain residual chemicals. The purchasers hereby indemnify and hold harmless the Auctioneers and Sellers from any and all damages, claims or liabilities from any injuries to persons or property of any type whatsoever caused during the sale or during the removal of item(s) purchased.\r\n\r\n\r\n12. If any shortages exist on estimated counts, an adjustment will be made only if claims are made at the time of the removal. No adjustment will be allowed after purchased item(s) are removed from the premises. The Seller and Auctioneer have no liability to the Buyer due to the non-delivery of any purchased item(s), other than the return of the Buyer's deposit.\r\n\r\n\r\n13. The removal (checkout) period will be announced at the time of the auction. The Auctioneer reserves the right to augment this auction with assets from additional sellers. These assets may be interspersed throughout the sale. The Auctioneer reserves the right to group one or more item(s) into one selling lots, and to/add to and/or delete lots and /or offer any selling lots as operating units prior to offer them individually, by the piece, at Auctioneer's sole discretion. The Auctioneer reserves the right to reject any bid, which is only a fractional advance over the preceding bid. (Where the owner is indebted to or has a monetary guarantee from the Auctioneer, the Auctioneer or the owner may bid for one or more lots through a representative or an agent to protect their interests.) Furthermore, any material handling equipment being sold at the auction will be used in the removal of auction item(s) during the removal (checkout) period. Purchasers acknowledge that this equipment will not be picked up until the final day of checkout. Arrangements for the removal and shipment of purchased item(s) will be the sole responsibility of the Buyer.\r\n\r\n\r\n14. The Auctioneer will not be responsible for items that are not removed within the time period allowed. In the event a Buyer fails to pay the entire purchase price within the time set forth by the Auctioneer and/or fails to comply with any of the terms and conditions of the sale; the Seller will retain the deposit as liquidated damages. The item(s) that are not paid for may be resold at public or private sale without any further notice. This auction is being conducted in accordance with Section 2328 of the Uniform Commercial Code and appropriate penal code sections, as well as any applicable state and local laws.\r\n\r\n\r\n15. Some inventory offered may be deemed Restricted Technology. It is the Buyer's sole responsibility to obtain all necessary licenses as required by law, for the shipment of Restricted Technology outside of the United States.\r\n\r\n\r\n16. In the event of a dispute among bidders, the Auctioneer shall make the sole and final decision to either accept what he deems as the final bid or to re-offer or resell the item(s) in the dispute.\r\n\r\n\r\n17. Due to the sophisticated nature of the equipment in this auction, some items are subject to prior sale.\r\n\r\nIf you have any questions, please mail us at info@amalimited.com\r\n\r\n

Still have a question? Ask our Live Auctions support staff via our Help Desk .

Copyright © 2004 Bidspotter.com-Live Internet Auction Broadcasting All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the BidSpotter.com website Terms & Conditions.