# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

MICHAEL C. FEE (mfee@feelaw.com)

January 18, 2005

United States District Court for
the District of Massachusetts
Attn: Christine Karjel
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
United States District Court for the District of Massachusetts
Case No. 1:04CV12300-EFH

Dear Ms. Karjel:

In accordance with Judge Harrington's Order dated November 4, 2004, a copy of which I enclose for your convenient reference, please find this firm's IOLTA check in the amount of $7,377.53, which is to be held in a non-interest bearing account pending further order of the Court. Please feel free to call me if you have any questions regarding this matter.

Very truly yours,

Michael C. Fee

MCF/spl
Enclosures
cc:   Mr. Nuri Otus
      Ms. Maureen Cunningham
      Timothy J. Perry, Esq.
Fee:usdc009.doc



## Cunningham and Otus
### AMA November/October Earnings

| Date | Description | Cunningham | Otus |
|---|---|---|---|
| 11/23/2004 | 3rd Quarter Profits | 15,000.00 | |
| 12/13/04 | Commission from Beamreach Auction | 10,377.53 | |
| 12/13/2004 | Beamreach Earnings | 9,636.75 | 9,636.75 |
| 12/13/2004 | Monthly Draw | 1,000.00 | 1,000.00 |
| | **Totals** | **36,014.28** | **10,636.75** |
| | Payment to Court | G0043382852601 | |
| | Payment to Court | G0050123018601 | |
| | **Balance Due** | | |
| | Expenses | 3,000.00 | 5,622.47 |

| Total Earnings |
| ---: |
| 15,000.00 |
| 10,377.53 |
| 19,273.50 |
| 2,000.00 |
| 46,651.03 |

$ (19,273.50)
  ($20,000.00)

   7,377.53

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

MICHAEL C. FEE (mfee@feelaw.com)

January 14, 2005

United States District Court for
the District of Massachusetts
Attn: Christine Karjel
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

    Re:    *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
            United States District Court for the District of Massachusetts
            Case No. 1:04CV12300-EFH

Dear Ms. Karjel:

    In accordance with Judge Harrington's Order dated November 4, 2004, a copy of which I enclose for your convenient reference, please find this firm's IOLTA check in the amount of $20,000.00, which is to be held in a non-interest bearing account pending further order of the Court. Please feel free to call me if you have any questions regarding this matter.

                                Very truly yours,

                                Michael C. Fee

MCF/spl
Enclosures
cc:    Mr. Nuri Otus
        Ms. Maureen Cunningham
        Timothy J. Perry, Esq.
Fee:usdc008.doc



**PERRY, KRUMSIEK & WAYLAND, LLP**
Attorneys at Law
114 State Street, Suite 200
Boston, Massachusetts 02109
Tel (617) 742-9012
Fax (617) 742-9013

*Timothy J. Perry*
*tperry@perrylegal.com*

January 7, 2005

**VIA FACSIMILE**
Michael C. Fee, Esq.
Sabrina K. Lanz, Esq.
321 Boston Post Road
Sudbury, MA 01776

Re: <u>Micro Signal Research, Inc. v. Otus et al.</u>

Dear Mr. Fee and Ms. Lanz:

I respond to your letter of January 4, 2005. I disagree that your clients have abided the November 4, 2004 Court Order in this matter. The Court ordered defendants to "pay to the Court *all* funds, up to Two Hundred Ten Thousand ($210,000) Dollars, that defendants are presently earning from their new business entity, Asset Management Associates (amalimited.com). These payments shall include, without limitation, *all funds received from the October 28, 2004 auction.*" (emphasis added). Your client clearly understood that Order to compel him to register all funds received from the auction to the Court. Indeed, in pleadings in this matter, the defendants take the position that the "Order requires defendants to pay to the Court *all proceeds* from an auction conducted by Mr. Otus...for Asset Management Associates Group, Ltd. ("AMA"). <u>See</u> Defendant's Motion to Stay Litigation and Injunction Order Pending Appeal. As such, and since your clients now admit that they did not do so, I believe that the motion for contempt must proceed.

Finally, your suggestion that it is MSR's responsibility to seek clarification of the Order is misplaced. To the extent that your clients had uncertainties about the Order (which I think is a stretch given their representations in the Motion to Stay), it is their responsibility to seek clarification prior to taking actions that might constitute contempt. <u>See DeMoulas v. DeMoulas</u>, 424 Mass. 501, 569 (1997) ("Where an injunction is in effect, the party bound by the order is responsible for ascertaining whether any proposed actions are among the proscribed activities. Thus, if the defendant saw the decree as ambiguous on the point in question, he [should seek] clarification from the Court before [engaging] in the questionable conduct.").

- 2 -                                                           January 7, 2005

    Please call me with any questions. I thank you in advance for your anticipated cooperation.

Very truly yours,

*Timothy J. Perry*

cc:  Daniel Epstein

# FEE, ROSSE & LANZ, P.C.
*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

MICHAEL C. FEE (mfee@feelaw.com)

*FILE COPY*

January 4, 2005

United States District Court for
the District of Massachusetts
Attn: Christine Karjel
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
      United States District Court for the District of Massachusetts
      Case No. 1:04CV12300-EFH

Dear Ms. Karjel:

In accordance with Judge Harrington's Order dated November 4, 2004, a copy of which I enclose for your convenient reference, please find this firm's IOLTA check in the amount of $19,272.55, which amount is to be held in a non-interest bearing account pending further order of the Court. Please feel free to call me if you have any questions regarding this matter.

Very truly yours,

Michael C. Fee

MCF/spl
Enclosures
cc:   Mr. Nuri Otus
      Ms. Maureen Cunningham
      Timothy J. Perry, Esq.
Fee:usdc006.doc



# FEE, ROSSE & LANZ, P.C.
*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

MICHAEL C. FEE (mfee@feelaw.com)

January 4, 2005

<u>VIA TELECOPY</u>

Timothy J. Perry, Esq.
Perry, Krumsiek & Wayland, P.A.
Suite 200
114 State Street
Boston, MA 02109

Re: *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
United States District Court for the District of Massachusetts,
Case # 1:04-CV-12300 EFH

Dear Mr. Perry:

Receipt is acknowledged of your letter dated December 29, 2004.

With respect to your threat to file a contempt motion, enclosed please find my clients' reconciliation accounting for the October auction, which shows total AMA earnings of $19,272.55. Judge Harrington's Order of November 4 required my clients to pay to the Court funds that they "[a]re presently earning from their new business entity…". The Order does not require them to pay into Court any other sums, and certainly does not include funds that were collected at auction on behalf of third parties.

If you disagree with our interpretation I suggest that the proper course would be to file a motion for clarification of the Order.

Very truly yours,

Michael C. Fee

MCF/spl
cc:  Mr. Nuri Otus
     Ms. Maureen Cunningham
Fee:tp005.doc

## Beam Reach Expenses/Sales Reconciliation

**Auction Expenses**

| Name | Type | Amount |
|---|---|---|
| BidSpotter Event Fee | Internet Bidding Service | $ 1,500.00 |
| 24/7 Security Services | Auction Security | $ 2,625.00 |
| San Francisco Chronicle | Advertising | $ 2,163.00 |
| SRI Advertising | Advertising Production | $ 100.00 |
| San Jose Mercury News | Advertising | $ 2,493.25 |
| Tom Hayward | Auction Services | $ 1,000.00 |
| Kinkos - Master | Catalog Reproduction | $ 13.06 |
| Kinkos - Catalogs | Catalog Reproduction | $ 151.01 |
| Kinkos - Catalogs | Catalog Reproduction | $ 86.06 |
| Labor | Week Ending 10-29-04 | $ 6,825.00 |
| Labor | Week Ending 11-5-04 | $ 2,625.00 |
| | **Total Prorata Expenses** | **$ 19,581.38** |

**Additional Expenses**

| Name | Type | Amount |
|---|---|---|
| BidSpotter Travel Expenses | Internet Bidding Service | $ 452.46 |
| Budget Truck Rental | Special Garbage Removal | $ 245.89 |
| Orchard Supply | Garbage Bags | $ 32.97 |
| Specialty Solid Waste & Recycling | Garbage Removal | $ 1,979.60 |
| Trash Removal and Property preparation Labor | Week Ending 10-15-04 | $ 8,715.00 |
| Trash Removal and Property preparation Labor | Week Ending 10-22-04 | $ 4,847.50 |
| Hotel Rental | | $ 1,826.86 |
| | **Total Additional Expenses** | **$ 18,100.28** |

**Prorata Calculation**

| | Amount |
|---|---|
| Total Auction Sales | $ 337,325.50 |
| Total Beam Reach Sales | $ 320,330.50 |
| Total Sales Percentage | 94.96% |

**Auction Sales Reconciliation**

| | Amount |
|---|---|
| Total Share of Prorata Expenses | $ 18,594.84 |
| Total Other Expenses | $ 18,100.28 |
| Total Project Expenses | $ 36,695.12 |
| Total Sales | $ 320,330.50 |
| Total Expenses | $ 36,695.12 |
| Total Due | $ 283,635.38 |

**AMA Reconciliation**

| | | |
|---|---|---|
| BeamReach Sales | $ 320,330.50 | |
| Commission Earned | | $ 32,033.05 |
| Other Consignor Sales | 16,995.00 | |
| Commission Earned | | $1,699.50 |
| **Total Commission** | | **$ 33,732.55** |

AMA- BeamReach Auction

## Beam Reach Expenses/Sales Reconciliation

| | | |
|---|---:|---:|
| **Total Proata Expenses** | | |
| Prorata Expenses | | |
| Protate Reimbursed Expenses | $19,581.38 | |
| Prorata unreimbursed Expenses | $18,100.28 | |
| | | $1,481.10 |
| **Other Expenses** | | $ 32,251.45 |
| Website Aidoru | -$1,300.00 | |
| Bidspotter commission | -$2,374.65 | $ 34,626.10 |
| Mileage (Cunningham) | -$473.51 | |
| Mileage (Otus) | -$507.23 | |
| Auction Preview/Day Food | -$131.63 | |
| Email Notification | -$39.00 | |
| Auction Computers set-up | -$150.00 | |
| Total Other Expenses | -$4,976.02 | $ 29,650.08 |
| | | |
| Cunningham Commission Earned | $10,377.53 | |
| **Total AMA Earnings** | | $ 19,272.55 |

AMA- BeamReach Auction