# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICRO SIGNAL RESEARCH, INC.,
    Plaintiff

v.

NURI OTUS and MAUREEN CUNNINGHAM,
    Defendants
CUPERTINO NATIONAL BANK & TRUST,
    Trustee Process Defendant.

CIVIL ACTION NO.:
04-12300-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

January 25, 2005

HARRINGTON, S.D.J.

    Plaintiff's Motion for Contempt is denied; Plaintiff's Motion for an Accounting is denied. The Court shall reconsider the accounting motion if Plaintiff is able to show that the accounting provided by Defendants is insufficient.

    SO ORDERED.

    /s/ Edward F. Harrington
    EDWARD F. HARRINGTON
    United States Senior District Judge