Verizon Business E-Mail

## Print Message                                    Close this window

**From:** "DanE" <de77@rcn.com> [⬚] Block Sender | Block Domain
**Date:** 2004/10/27 Wed AM 02:50:09 CDT
**To:** <tperry@perrylegal.com>
**Subject:** Fw: Asset Management Associates


----- Original Message -----
From: "Nuri Otus and Maureen Cunningham" <amalimited@reply.mb00.net>
To: <de77@rcn.com>
Sent: Monday, October 18, 2004 3:16 PM
Subject: Asset Management Associates


> Nuri Otus and Maureen Cunningham
>
> are pleased to announce the formation of
>
> Asset Management Associates Group Ltd.
>
> Our contact information is:
>
> 840 Burlway Road
> Burlingame, CA 94010
> Phone: (650) 685-0200
> Fax: (650) 685-0201
>
>
> Asset Management Associates is a privately held international specialty
firm offering Capital Recovery, Asset Management and Property Management
Services.
>
> We specialize in purchasing, consigning and remarketing high technology
equipment and inventories, as well as conducting complete facility auctions
within numerous business segments.
>
> Asset Management Associates also offers Appraisal Services which comply
with the requirements of the Uniform Standards of Professional Appraisal
Practice (USPAP).
>
> For Additional information, please call:
>
> (650) 685-0200
>
> or email
>
> Nuri.Otus@amalimited.com
>
> or

Verizon Business E-Mail                                                    Page 2 of 2

```
>
> Maureen.Cunningham@amalimited.com
>
>
>
>
> Remove yourself from future email here:
> http://i.mb00.net/remove?amalimited::1098123223.16910:de77@rcn.com:e
> or reply to this message with the word 'remove' in your email message
subject line.
>
> This message was sent to de77@rcn.com
> X-PMG-Recipient: de77@rcn.com
>
>
>
>
>
> pmguid:3fv.bab1.3af
>
```