# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

MICHAEL C. FEE (mfee@feelaw.com)

January 4, 2005

VIA TELECOPY

Timothy J. Perry, Esq.
Perry, Krumsiek & Wayland, P.A.
Suite 200
114 State Street
Boston, MA 02109

Re: *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
United States District Court for the District of Massachusetts,
Case # 1:04-CV-12300 EFH

Dear Mr. Perry:

Receipt is acknowledged of your letter dated December 29, 2004.

With respect to your threat to file a contempt motion, enclosed please find my clients' reconciliation accounting for the October auction, which shows total AMA earnings of $19,272.55. Judge Harrington's Order of November 4 required my clients to pay to the Court funds that they "[a]re presently earning from their new business entity...". The Order does not require them to pay into Court any other sums, and certainly does not include funds that were collected at auction on behalf of third parties.

If you disagree with our interpretation I suggest that the proper course would be to file a motion for clarification of the Order.

Very truly yours,

Michael C. Fee

MCF/spl
cc: Mr. Nuri Otus
    Ms. Maureen Cunningham
Fee:tp005.doc

## Beam Reach Expenses/Sales Reconciliation

**Auction Expenses**

| Name | Type | Amount |
|---|---|---|
| BidSpotter Event Fee | Internet Bidding Service | $ 1,500.00 |
| 24/7 Security Services | Auction Security | $ 2,625.00 |
| San Francisco Chronicle | Advertising | $ 2,163.00 |
| SRI Advertising | Advertising Production | $ 100.00 |
| San Jose Mercury News | Advertising | $ 2,493.25 |
| Tom Hayward | Auction Services | $ 1,000.00 |
| Kinkos - Master | Catalog Reproduction | $ 13.06 |
| Kinkos - Catalogs | Catalog Reproduction | $ 151.01 |
| Kinkos- Catalogs | Catalog Reproduction | $ 86.06 |
| Labor | Week Ending 10-29-04 | $ 6,825.00 |
| Labor | Week Ending 11-5-04 | $ 2,625.00 |
| | **Total Prorata Expenses** | **$ 19,581.38** |

**Additional Expenses**

| Name | Type | Amount |
|---|---|---|
| BidSpotter Travel Expenses | Internet Bidding Service | $ 452.46 |
| Budget Truck Rental | Special Garbage Removal | $ 245.89 |
| Orchard Supply | Garbage Bags | $ 32.97 |
| Specialty Solid Waste & Recycling | Garbage Removal | $ 1,979.60 |
| Trash Removal and Property preparation Labor | Week Ending 10-15-04 | $ 8,715.00 |
| Trash Removal and Property preparation Labor | Week Ending 10-22-04 | $ 4,847.50 |
| Hotel Rental | | $ 1,826.86 |
| | **Total Additional Expenses** | **$ 18,100.28** |

**Prorata Calculation**

| | |
|---|---|
| Total Auction Sales | $ 337,325.50 |
| Total Beam Reach Sales | $ 320,330.50 |
| Total Sales Percentage | 94.96% |

**Auction Sales Reconciliation**

| | |
|---|---|
| Total Share of Prorata Expenses | $ 18,594.84 |
| Total Other Expenses | $ 18,100.28 |
| Total Project Expenses | $ 36,695.12 |
| Total Sales | $ 320,330.50 |
| Total Expenses | $ 36,695.12 |
| Total Due | $ 283,635.38 |

AMA Reconciliation
| | | |
|---|---|---|
| BeamReach Sales | $ 320,330.50 | |
| Commission Earned | | $ 32,033.05 |
| Other Consignor Sales | 16,995.00 | |
| Commission Earned | | $1,699.50 |
| **Total Commission** | | **$ 33,732.55** |

AMA- BeamReach Auction

### Beam Reach Expenses/Sales Reconciliation

| | | |
|---|---:|---:|
| **Total Proata Expenses** | | |
| Prorata Expenses | $19,581.38 | |
| Protate Reimbursed Expenses | $18,100.28 | |
| Prorata unreimbursed Expenses | | $1,481.10 |
| | | $ 32,251.45 |
| **Other Expenses** | | |
| Website Aidoru | -$1,300.00 | |
| Bidspotter commission | -$2,374.65 | $ 34,626.10 |
| Mileage (Cunningham) | -$473.51 | |
| Mileage (Otus) | -$507.23 | |
| Auction Preview/Day Food | -$131.63 | |
| Email Notification | -$39.00 | |
| Auction Computers set-up | -$150.00 | |
| Total Other Expenses | -$4,976.02 | $ 29,650.08 |
| | | |
| Cunningham Commission Earned | $10,377.53 | |
| | | |
| **Total AMA Earnings** | | $ 19,272.55 |

AMA- BeamReach Auction

Asset Management Associates
BeamReach Auction
Reconciliation
BidSpotter Invoice # 855

| Buyer # | Invoice # | Total Sales | BidSpotter Commission |
|---|---|---|---|
| 5019 | 100057 | $1,210.00 | $36.30 |
| 5025 | 100061 | $2,925.00 | $87.75 |
| 5029 |  | $6,750.00 | $202.50 |
| 5031 | 100071 | $6,000.00 | $180.00 |
| 5037 | 100056 | $27,400.00 | $822.00 |
| 5041 | 100052 | $80.00 | $2.40 |
| 5058 | 100034 | $1,000.00 | $30.00 |
| 5046 | 100060 | $1,550.00 | $46.50 |
| 5055 | 100071 | $800.00 | $24.00 |
| 5070 | 100073 | $12,100.00 | $363.00 |
| 5084 | 100070 | $18,240.00 | $547.20 |
| 5074 | 100045 | $1,100.00 | $33.00 |

**Total**      79,155.00      2,374.65

| | |
|---|---|
| Event Fee | 1,500.00 |
| Payment | -1,500.00 |
| Airfare | 347.46 |
| Parking & Taxi | 60.00 |
| Per Diem | 45.00 |

**Total Due**      **2,827.11**

## HT Computer Auction Reconciliation

| | | | |
|---|---|---|---|
| Total Sales | | 16,995.00 | |
| 10% Commission | | 1,699.50 | |
| Total Due | | 15,295.50 | |
| Less payment | 4-Nov | -10,000.00 | Bank Check 851266120 |
| Less payment | 17-Nov | -5,295.50 | Bill Pay Ref # 010017 |
| <u>Balance</u> | | <u>0.00</u> | |