**Main Identity**

From: "DanE" <de77@rcn.com>
To: <mcunningham@auctionet.com>
Sent: Friday, April 16, 2004 10:31 AM
Attach: Nuri Otus Auctionet et-al frd.doc
Subject: Fw: You have been informed in writting

Ms. Cunningham/Otus,

We will no longer listen to Mr. Otus's stories.
This is to inform you in writting that we will take action against you and your associates.

Sincerely,
Dan Epstein
Micro Signal Research Inc.
617-879-0563