UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

MICRO SIGNAL RESEARCH, INC., )
)
    Plaintiff, )
)
v. )
)
NURI OTUS and MAUREEN CUNNINGHAM, )
)
    Defendants, )
)
and )
)
CUPERTINO NATIONAL BANK & TRUST, )
)
    Trustee Defendant. )
)

### DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3) of the Federal Rules of Civil Procedure for the District Court, defendants Nuri Otus and Maureen Cunningham and their undersigned counsel hereby certify that they have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
NURI OTUS

_____
MAUREEN CUNNINGHAM


/s/ Michael C. Fee
FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO #552796)
Sabrina K. Lanz (BBO #567392)
321 Boston Post Rd.
Sudbury, MA 01776
T: (978) 440-7000
F: (978) 440-7650
www.feelaw.com

Dated: March 16, 2005

CERTIFICATE OF SERVICE

I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first-class mail directed to Timothy J. Perry, Esq., Perry, Krumsiek & Wayland, P.A., Suite 200, 114 State Street, Boston, MA 02109 this 2 day of March, 2005.

_____
Michael C. Fee