FILED
IN CLERK'S OFFICE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 MAR 17 A 11: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

|   |   |
|---|---|
| MICRO SIGNAL RESEARCH, INC. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
|   | ) 04-12300-EFH |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Process Defendant. | ) |

**JOINT STATEMENT OF COUNSEL PURSUANT
TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Plaintiff Micro Signal Research, Inc. ("MSR") and Defendants Nuri Otus ("Otus") and Maureen Cunningham ("Cunningham") hereby submit this Joint Statement in accordance with Fed. R. Civ. P. 26(f) and Local Rule 16.1. Pursuant to a Notice of Scheduling Conference dated January 5, 2005 an initial scheduling conference is currently scheduled to take place on March 22, 2005.

A.   **Proposed Agenda for Scheduling Conference**

After conferring pursuant to Local Rule 16.1, the parties propose that the agenda for the initial scheduling conference include a discussion of the following:

  1.   Proposed discovery plan;

  2.   Proposed schedule for filing of motions; and

  3.   Proposed pre-trial conference date.

B.   **Settlement Proposals**

Plaintiff and defendants have engaged in settlement discussions and have appeared before the First Circuit's Settlement Counsel, Judge Lynch, in regards to the appeal of interlocutory orders in this matter. The parties were unable to resolve the matter through those settlement efforts.

C.   **Joint Statement**

The parties request that the following Proposed Pretrial Schedule control time standards in this matter:

| **Event** | **Date** |
|---|---|
| Close of fact discovery | September 30, 2005 |
| Plaintiff's expert reports, if any | October 15, 2005 |
| Defendants' expert reports, if any | October 31, 2005 |
| Expert discovery deadline | November 15, 2005 |
| Summary judgment deadline | November 30, 2005 |
| Final pre-trial conference | December 15, 2005 |

C.   **Certifications**

The certifications required by Local Rule 16.1(D)(3) will be filed separately by each party prior to the March 22, 2005 Scheduling Conference.

D.  **Magistrate Judge**

The parties, at this time, do not consent to a trial before a U.S. Magistrate Judge.

Respectfully submitted,

| **MICRO SIGNAL RESEARCH, INC.,** | **NURI OTUS and** |
|---|---|
| | **MAUREEN CUNNINGHAM,** |
| By its attorney, | By their attorney, |

_____
Timothy J. Perry (BBO #631397)
PERRY, KRUMSIEK & WAYLAND LLP
114 State Street
Boston, MA 02109
(617) 742-9012
fax (617) 742-9013

SK Lanz by TJP w/onsent
FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO#552796)
Sabrina K. Lanz (BBO#567392)
321 Boston Post Road
Sudbury, MA 01776
(978) 440-7000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon all counsel of record by placing same addressed to said counsel in First Class U.S. Mail, pre-paid.

Dated: March 17, 2005

_____
Timothy J. Perry