UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 MAR 17 P 3: 00

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NURI OTUS and MAUREEN CUNNINGHAM, )<br>)<br>Defendants, )<br>)<br>CUPERTINO NATIONAL BANK & TRUST, )<br>)<br>Trustee Process Defendant. )<br>) | CIVIL ACTION NO.<br>04-12300-EFH |

## PLAINTIFF'S RULE 16.1 (D)(3) CERTIFICATION

Plaintiff Micro Signal Research, Inc. ("Plaintiff") and its undersigned counsel hereby certify as follows:

(a) Plaintiff and its counsel have conferred with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the pending litigation; and

(b) Plaintiff and its counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

PLAINTIFF,

_____
Micro Signal Research, Inc.
By: Daniel Epstein
Its: President

By its attorney,

_____
Timothy J. Perry (BBO#631397)
Perry, Krumsiek & Wayland LLP
114 State Street
Boston, MA 02109
(617) 742-9012
fax (617) 742-9013

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: March 16, 2005

Timothy J. Perry