UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICRO SIGNAL RESEARCH, INC.,
       Plaintiff

                    CIVIL ACTION NO.:
    v.               04-12300-EFH

NURI OTUS, ET AL.,
       Defendants.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


# FINAL PRETRIAL CONFERENCE ORDER

March 22, 2005

HARRINGTON, S.D.J.

  The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 13 on the 5th floor) at 11:00 A.M. on  Thursday, December 15, 2005  .

  SO ORDERED.


                     /s/ Edward F. Harrington
                     EDWARD F. HARRINGTON
                     United States Senior District Judge