UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. </br></br>Plaintiff, </br></br>v. </br></br>NURI OTUS and MAUREEN CUNNINGHAM, </br></br>Defendants, </br></br>CUPERTINO NATIONAL BANK & TRUST, </br></br>Trustee Process Defendant. | CIVIL ACTION NO. </br>04-12300-EFH |

## NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION

Please take notice of the following change in address and contact information for counsel for Plaintiff Micro Signal Research, Inc.:

> Timothy J. Perry
> Preti Flaherty LLP
> 10 High Street, Suite 502
> Boston, MA 02110
>
> Tel. (617) 226-3800
> Fax. (617) 226-3801
> EMAIL: tperry@preti.com

> Respectfully submitted,
> MICRO SIGNAL RESEARCH, INC.,
>
> By its attorney,
>
> _____
> Timothy J. Perry (BBO#631397)
> Preti Flaherty LLP
> 10 High Street, Suite 502
> Boston, MA 02110
> (617) 226-3800
> fax (617) 226-3801

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a true copy of the above document was served upon counsel of record via pre-paid First Class, United States Mail.

Dated: May 4, 2005

_____
Timothy J. Perry