UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |

AFFIDAVIT OF SABRINA K. LANZ

I, Sabrina K. Lanz, depose and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts, and in the United States District Court for the District of Massachusetts. I am a member of the firm of Fee, Rosse & Lanz, P.C. Fee, Rosse & Lanz, P.C. is counsel to defendant Maureen Cunningham ("Ms. Cunningham") in this matter.

2. Attorney Timothy Perry, counsel for Micro Signal Research, Inc. ("MSR"), left a voicemail for me on the afternoon of April 12th stating that he intended to file a motion to dismiss Ms. Cunningham's counterclaim, and asking me to contact him to discuss or narrow the issue in accordance with Local Rule 7.1(A)(2).

3. I returned Attorney Perry's call mid-day on April 13th.

4. During our telephone conversation of April 13, 2005, and in accordance with Local Rule 7.1(A)(2), I offered to file an amended counterclaim and supplement Ms. Cunningham's allegations of ulterior motive to support her claim for abuse of process.

5. During our telephone conversation on April 13, 2005, Attorney Perry stated that he did not believe the filing of any amended counterclaim would be sufficient and indicated that he would proceed with filing of a motion to dismiss.

6. I confirmed my offer to file an Amended Counterclaim in a letter to Attorney Perry dated April 14th sent via fax, a true copy of which is attached hereto as Exhibit A.

7. I later learned that following our telephone conversation on April 13, MSR immediately served the Motion by first class mail. I received the Motion by mail on April 14, 2005.

Signed under the penalties of perjury this 11th day of May, 2005.

/s/ Sabrina K. Lanz
Sabrina K. Lanz

CERTIFICATE OF SERVICE

    I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios & Haley LLP, Suite 200, 114 State Street, Boston, MA 02109, this 11th day of May, 2005.

/s/ Michael C. Fee
Michael C. Fee

affsklmtd

3