321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
*www.feelaw.com*

# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*                                                    SABRINA K. LANZ (*slanz@feelaw.com*)

April 14, 2005

**BY TELECOPY**

Timothy J. Perry, Esq.
Perry, Krumsiek & Wayland, P.A.
Suite 200
114 State Street
Boston, MA 02109

     Re: Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham
       United States District Court, C.A. No. 04-12300

Dear Tim:

    This shall confirm that by voice mail message on April 12, 2005, you informed me that plaintiff Micro Signal Research, Inc. ("MSR") intended to move to dismiss the Counterclaim filed by Maureen Cunningham for failure to sufficiently plead the element of ulterior motive. In accordance with the provisions of Rule 7.1 (A)(2) the Local Rules of the United States District Court for the District of Massachusetts, in a teleconference on April 13, 2005, I attempted in good faith to narrow or resolve the issue by offering to file an amended counterclaim. This shall confirm that you rejected our offer, stating your preference to file a Motion to Dismiss.

                Very truly yours,

                Sabrina K. Lanz

SKL/jbh
Enclosure
cc:  Mr. Nuri Otus
    Ms. Maureen Cunningham
Fee:tp011.doc