# United States Court of Appeals
## For the First Circuit

**MANDATE**

No. 04-2563

MICRO SIGNAL RESEARCH, INC.,

Plaintiff, Appellee,

v.

NURI OTUS and MAUREEN CUNNINGHAM,

Defendants, Appellants.

---

CUPERTINO NATIONAL BANK & TRUST,

Trustee.

---

**JUDGMENT**

Entered: July 19, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The preliminary injunction is affirmed. Insofar as the appeal is from the attachments, the appeal is dismissed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By the Court:

RICHARD CUSHING DONOVAN

Richard Cushing Donovan, Clerk

[cc: Michael C. Fee, Esq., Sabrina K. Lanz, Esq. and Timothy J. Perry, Esq.]