

```
                                                    FILED
                                              IN CLERKS OFFICE
                                                   Bank of America
                                                Legal Order Processing
                                          2005 Mail Stop: NY7-301-02-07
                                                 5701 Horatio Street
                                          U.S. Utica, NY 13502
                                          DISTRICT Fax No. (617) 310-2751
                                               OF MASS.
```

October 18, 2005


Clerk of the Court
Suffolk County District Court
1 Courthouse Way, Suite 2300
Boston, MA 02210



Re:  Micro Signal Research, Inc.
Vs:  Maureen Cunningham


Enclosed is a copy of the trustee's answer with respect to the above mentioned action, please file on our behalf.


Sincerely,

Sandra Allen


cc:  Timothy J. Perry, Esquire

*Commonwealth of Massachusetts*

**FILED**
**IN CLERK'S OFFICE**

*Suffolk, ss*

2005 OCT 21 P 3: 4:

*Civil Action #04-12300 EFH*

**U.S. DISTRICT COURT**
**DISTRICT OF MASS.**

*Micro Signal Research, Inc.*

*Plaintiff(s)*

*vs.*

*Answer of Trustee*
*Bank of America*

*Maureen Cunningham*

*Defendant(s)*

*and*

*Bank of America*

---

*And now the Bank of America, a national banking association summoned as trustee of the defendant(s) in the above-entitled action, appears Sandra Allen authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Bank of America is holding $0.00 in the name of Maureen Cunnigham.*

*Signed under the pains and penalties of perjury.*

Bank of America

By _____ Date: 10/18/05
Sandra Allen
Northeast Legal Order Processing
5701 Horatio Street
Utica, NY 13502