UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

MICRO SIGNAL RESEARCH, INC. , Plaintiff(s)

Case No. 04-12300 EFH

V.

NURI OTUS and MAUREEN CUNNINGHAM , Defendant(s)

CalFed Investments , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Nuri Otus (aka Resat Nuri Otus and/or R. Nuri Otus) of Hillsborough, California , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Micro Signal Research Inc. , of Weston, Massachusetts , whose attorney is Timothy J. Perry, , of 10 High St., Ste. 502, Boston, MA 02110 may recover in an action brought against the said defendant in this Court to the value of $ 210,000.00 (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on October 28, 2004 . This attachment was approved on September 30, 2005 by Harrington, J. , in the amount of $ 210,000.00 .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this 30th day of September, 2005 .

SARAH A. THORNTON
CLERK OF COURT

By: _Sandra C. Holahan_
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

October 6, 2005
I hereby certify and return that on 10/4/2005 at 12:05PM I served a true and attested copy of the Summons to Trustee in this action in the following manner: To wit, by delivering in hand to Yvette Concepcion, Process Clerk, agent at the time of service for CalFed Investments, at CT Corporation, 101 Federal Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff   John Cotter

*Deputy Sheriff*