UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**TRUSTEE WRIT**

MICRO SIGNAL RESEARCH, INC.                            , Plaintiff(s)

Case No. 04-12300 EFH

v.

NURI OTUS and MAUREEN CUNNINGHAM                       , Defendant(s)

Citibank, N.A.                                         , Trustee

### SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods effects or credits, if any, of the defendant Maureen Cunningham of Hillsborough, California                                   , are in your hands or possession at the time of the service of this summons upon you which may be taken on execution issued upon such judgment, if any, as the plaintiff, Micro Signal Research Inc.       of Weston, Massachusetts                    , whose attorney is Timothy J. Perry,                                                  , of 10 High St., Ste. 502, Boston, MA 02110                               may recover in an action brought against the said defendant in this Court to the value of $ 210,000.00                         (the amount authorized). Such goods, effects or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

The complaint in this case was filed on October 28, 2004                  . This attachment was approved on September 30, 2005         by Harrington, J.                , in the amount of $ 210,000.00                         .

If the credits of the said defendant which are in your hands or possession include wages for personal labor or personal services of said defendant, you are hereby notified that an amount not exceeding $125.00 per week of such wages are exempt from this attachment and you are directed to pay over such exempted amount to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If the said credits include a pension payable to said defendant which is not otherwise exempt by law from attachment, you are hereby notified that an amount not exceeding $100.00 for each week which has elapsed since the last preceding payment under such pension was payable to said defendant, and $100.00 per week hereafter, are exempt from this attachment and you are directed to pay over such exempted amounts to said defendant in the same manner and at the same time as each such amount would have been paid if this attachment had not been made.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c.246, Section 28A, $500.00 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust, or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500.00 exemption at any one time.

Dated this  30th   day of September, 2005

SARAH A. THORNTON
CLERK OF COURT

By: *Sandra E. Holohan*
Deputy Clerk

(Trustee Writ- Summons.wpd - 3/7/2005)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. ) | |
| Plaintiff, ) | |
| v. ) | NO.: 04-12300 EFH |
| NURI OTUS and MAUREEN CUNNINGHAM, ) | |
| Defendants, ) | |
| CITIBANK NA, ) | |
| Trustee Process Defendant. ) | |

## GREGORY T. DONOGHUE'S AFFIDAVIT OF SERVICE

I, Gregory T. Donoghue, on oath, do hereby depose and state as follows:

1. I am a licensed attorney in the Commonwealth of Massachusetts and represent the Plaintiff in this matter.
2. The Plaintiff in the above referenced case filed an Ex-Parte motion for trustee process.
3. The Honorable Judge Robert Harrington allowed the motion.
4. A true copy of the Summons to Trustee was served upon Trustee Process Defendant, Citibank NA.
5. Service upon the corporation was made via delivery by the United States Postal Service to a general agent of the corporation.
6. A signature was required, and obtained, for the delivery when it was made by the United States Postal Service.
7. A true copy of the Postal Service's green card showing the company's stamp on the signature line is attached hereto as Exhibit 1.
8. This office received return of service, for the true copy of the summons, before today, November 8, 2005.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8TH DAY OF NOVEMBER 2005.

_____
Gregory T. Donoghue

2