UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.: 0412300-EFH<br>) |
| NURI OTUS and MAUREEN CUNNINGHAM, | )<br>) |
| Defendants, | )<br>) |
| CUPERTINO NATIONAL BANK & TRUST, | )<br>) |
| Trustee Process Defendant. | )<br>) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS I AND VI OF PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Plaintiff hereby moves for summary judgment on Counts I and VI of the Complaint for the reasons set forth in the attached memorandum of law, which is incorporated herein by reference.

**WHEREFORE**, Plaintiff requests that this Honorable Court enter judgment in favor of Plaintiff on Count I in the amount of $210,000 plus costs and interest and in favor of Plaintiff on Count VI in the amount of $210,000 plus costs, interest, treble damages and attorneys fees pursuant to Massachusetts General Laws, Chapter 93A.

Respectfully submitted,

**MICRO SIGNAL RESEARCH, INC.,**

By its attorneys,

_____
Timothy J. Perry (BBO# 631397)
PRETI, FLAHERTY, BELIVEAU
    PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
Dated: November 30, 2005    (617) 226-3800
(617) 226-3801

### CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document to be served this date upon counsel of record by causing same to be placed in the United States Mail, First Class, postage pre-paid.

Dated: November 30, 2005
_____
Timothy J. Perry

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he conferred with defendants' counsel on Monday November 28, 2005 in a good faith attempt to resolve the issues presented in this motion. It was recognized that Defendants would not assent to a motion for summary judgment and the parties agreed to explore alternative resolution to the lawsuit. Undersigned counsel has not received any further input from Defendants' counsel on the issues presented.

Dated: November 30, 2005
_____
Timothy J. Perry