FILED
IN CLERK'S OFFICE

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

2005 NOV 30  P 4: 43

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) ) ) |
| Defendants. | ) ) ) |

## SECOND AFFIDAVIT OF DANIEL EPSTEIN

I, Daniel Epstein, on oath do hereby depose and state as follows:

1. I am the President of Plaintiff Micro Signal Research, Inc. ("Plaintiff" or

"MSR"). I submit this affidavit in support of MSR's motion for summary judgment.

2. Attached hereto as Exhibit 1 is a true copy of the Hearing Transcript of the

motions for preliminary injunction and attachments in this matter.

3. Attached hereto as Exhibit 2 is a true copy of the Answers to

Interrogatories submitted by Defendant Maureen Cunningham in this matter.

4. Attached hereto as Exhibit 3 are true copies of Bank documents provided

via subpoena from Cupertino Bank.

5. Defendant Nuri Otus through counsel has recently represented that he is

on the verge of personal bankruptcy.

6. Nonetheless, Mr. Otus and/or Realm Connect Corporation have apparently

settled two lawsuits in California with allegations of fraud and conversion similar to the

allegations raised in this suit. True copies of relevant pleadings and court dockets from those actions are attached hereto as Exhibit 4.

7.     A true copy of the Decision of the Court of Appeals for the First Circuit regarding Defendants' appeal of this Court's Order for preliminary injunction and attachments is attached hereto as Exhibit 5.

**SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29TH**

**DAY OF NOVEMBER 2005.**

Daniel Epstein
President, Micro Signal Research, Inc.

2