UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

## MOTION OF DEFENDANTS NURI OTUS AND MAUREEN CUNNINGHAM TO MODIFY SCHEDULING ORDER

Defendants Nuri Otus and Maureen Cunningham ("Defendants"), move pursuant to Local Rules 16.1(g) and 7.1, that the Court modify the scheduling order in this matter as follows:

(i) Change the existing November 30, 2005 deadline for filing of summary judgment to January 31, 2006;

(ii) Change the deadline for final pre-trial conference to February 15, 2005.

As grounds for this motion, Mr. Otus and Ms. Cunningham state as follows:

1. By telephone conference on November 28, 2005, counsel for Plaintiff and the undersigned counsel for Defendants had a telephone conference regarding the deadline to file summary judgment motions, and the potential for resolution of the matter without further litigation.

2. The undersigned was not aware and was not informed by opposing counsel that if the parties were not able to resolve the matter within a period of forty-eight hours, opposing counsel would serve a motion for summary judgment. Because this particular settlement dialogue was raised only two days before the summary judgment deadline, the undersigned did not believe that either party would serve a motion for summary judgment by the scheduled deadline of November 30, 2005.

3. After the telephone conference on November 28, 2005, the undersigned requested that his clients provide additional information responsive to Plaintiff's counsel's request.

4. The undersigned prepared a draft Motion to Modify Scheduling Order and Extend Summary Judgment Deadline, and, pursuant to Local Rule 7.1, faxed it to Plaintiff's counsel for comment on November 30, 2005.

5. Plaintiff's counsel did not understand that the motion had not yet been filed, and rather than contacting the undersigned to discuss

the proposed motion, Plaintiff's counsel filed an opposition directly with the Court.

6. In addition, under cover of letter dated November 30, 2005, Plaintiff filed a motion for summary judgment.

7. As a result of the November 28th telephone conference, the undersigned was not aware that Plaintiff's counsel would be filing a motion for summary judgment on November 30, 2005, nor that he would oppose the motion to extend the filing deadlines.

8. To the contrary, the undersigned hoped that the draft motion to extend the deadline would in fact be submitted as a joint motion.

9. It is now apparent that there were a series of miscommunications between counsel regarding the filing of summary judgment motions, and the filing of the motion to extend the deadline for filing of such motions.

10. The undersigned only became aware of the apparent miscommunication upon receipt of the motion for summary judgment, and the opposition to the motion to extend the filing deadline.

11. Ms. Cunningham anticipates filing a cross-motion for summary judgment which, if allowed, would significantly narrow the issues to be resolved at trial with respect to her liability.

12. Defendants further rely upon the Affidavit of Michael C. Fee which has been filed herewith.

Accordingly, Mr. Otus and Ms. Cunningham request that the Court extend

3

the deadline for the filing of summary judgment motions up to and including January 31, 2006, and modify any other scheduling order deadlines as necessary.

        Respectfully submitted,

        NURI OTUS AND MAUREEN CUNNINGHAM,
        By their attorneys,

        /s/ Michael C. Fee
        FEE, ROSSE & LANZ, P.C.
        Michael C. Fee (BBO #552796)
        Sabrina K. Lanz (BBO #567392)
        321 Boston Post Rd.
        Sudbury, MA 01776
        T:  (978) 440-7000
        F:  (978) 440-7650
        www.feelaw.com

Dated:  December 9, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he attempted to confer with Plaintiff's counsel in a good faith effort to resolve the issue presented in this motion by faxing a draft of the motion to plaintiff's counsel of record on November 30, 2005, and was unable to resolve or narrow the issues presented.

        /s/ Michael C. Fee

## CERTIFICATE OF SERVICE

I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by facsimile and first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios & Haley, 10 High Street, Fifth Floor, Boston, MA 02110 this 9th day of December, 2005.

        /s/ Michael C. Fee

mtmsoedd.doc