UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 DEC -1  A 9:40

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION NO.: 0412300-EFH |
| NURI OTUS and MAUREEN CUNNINGHAM, ) | |
| Defendants, ) | |
| CUPERTINO NATIONAL BANK & TRUST, ) | |
| Trustee Process Defendant. ) | |

**OPPOSITION TO DEFENDANTS NURI OTUS AND MAUREEN CUNNINGHAM'S MOTION TO MODIFY SCHEDULING ORDER AND EXTEND SUMMARY JUDGMENT DEADLINE**

Plaintiff vehemently opposes Defendants' motion to modify scheduling order to extend the summary judgment deadline. This motion is another attempt to forestall payment of a debt that Defendants have continued to acknowledge and promised to repay, yet nonetheless continue to evade. The motion should be denied for the following reasons:

(1) **Defendants have refused to cooperate with discovery.** Defendants refused to appear at their noticed depositions in Massachusetts despite the fact that Defendant Cunningham has brought a nefarious counterclaim in this case. The Court should not permit additional time on its scheduling order to these parties who refuse to comply with this Court's Rules. To the extent that the Court would entertain the expansion of the summary judgment schedule for Defendants' convenience, it should

mandate that both Defendants appear at Plaintiff's counsel's office within the next 30 days for their depositions.

(2) **Defendants have plainly defrauded Plaintiff and continuances will prejudice Plaintiff.** In this matter, Plaintiff seeks to recover $210,000 converted by fraud by the Defendants. In the fall of 2003, Defendant Otus, who was then operating a website with his wife they called AuctioNet, convinced Plaintiff to provide $210,000 for a so-called joint venture to buy used equipment to be re-sold by the parties at a profit. Plaintiff wired $210,000 to facilitate the deal. Defendants never purchased the equipment – which Plaintiff found out only when its President traveled to California to view the equipment. At that point, Plaintiff only refrained from going to the authorities or taking other legal action because Defendants, through their attorney, admitted their wrongdoing and promised to re-pay the money.

Communications affirming the debt and promising to make arrangements to repay the money continued from counsel for Defendants from June 2004 through even a representation to *this* Court at the motion for preliminary injunction in this matter. At the motion hearing, Defendants' present counsel stated: **"Your Honor, *they* [the Defendants] acknowledge the existence of the debt, and *they* have made attempts to try and work out arrangements..."**

Nonetheless, Defendants have taken several evasive actions to avoid repayment – including closing out their bank accounts, shutting down their old web site and selling merchandise under new web sites, contesting this Court's pre-judgment security rulings in the First Circuit and in California, and threatening bankruptcy while settling claims with other apparent victims of the same type of scam perpetrated against this Plaintiff.

(3)     **Plaintiff undertook to comply with the scheduling order and timely filed its summary judgment papers.**  Since Plaintiff spent considerable time and effort on complying with the Order, Defendants should not benefit from their failure to comply.

(4)     **Defendant's Counsel Did Not Confer Pursuant to Local Rule 7.1(A)(2).**  Despite the certificate attached to the motion to modify scheduling order, Defendant's counsel did not attempt to confer with undersigned counsel on November 30, 2005 "in a telephone call with counsel." As of the writing of this document, no such call was received.  Undersigned counsel only received a fax at 4:19 p.m. on November 30, 2005 with a message stating: "Please let me know if you have any objection to this".

                                        Respectfully submitted,

                                        MICRO SIGNAL RESEARCH, INC.,

                                        By its attorneys,

                                        _____
                                        Timothy J. Perry (BBO# 631397)
                                        PRETI, FLAHERTY, BELIVEAU
                                            PACHIOS & HALEY LLP
                                        10 High Street, Suite 502
                                        Boston, MA  02110
Dated: November 30, 2005                (617) 226-3800
                                        (617) 226-3801

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document to be served this date upon counsel of record by causing same to be placed in the United States Mail, First Class, postage pre-paid.

Dated: November 30, 2005

_____
Timothy J. Perry