UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

DEFENDANTS' MOTION TO EXTEND TIME FOR FILING OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b), defendants Nuri Otus and Maureen Cunningham hereby move that this Court extend the time for them to file an opposition to Plaintiff's Motion for Summary Judgment on Counts I and VI of Plaintiff's Complaint (the "Motion"), for a period of one (1) week, up to and including December 21, 2005.

As grounds therefor, defendants state as follows:

1. Plaintiff Micro Signal Research, Inc. ("MSR" or "Plaintiff") served the Motion by first class mail on November 30, 2005, and

      defendants' counsel received it on December 2, 2005.

2. Plaintiff's Local Rule 56.1 Statement contains numerous factual allegations which were not contained in, or which are significantly more detailed than prior submissions by the plaintiff, and which require counsel to confer with their clients in order to prepare a response as required by the Local Rules.

3. Counsel have been unable to fully communicate with their clients regarding the necessary affidavits required in support of an opposition to the Motion.  Although counsel has been able to discuss the Motion with defendant Nuri Otus, we have been unable to communicate with Ms. Cunningham, who has been traveling during the past month and is currently unavailable to confer due to a family illness.  Counsel requires one additional week in order to contact Ms. Cunningham and finalize the affidavits.

4. Pursuant to the Local Rules, defendants' opposition to the Motion is currently due to be filed on Wednesday, December 14th.

5. Counsel telephoned plaintiff's counsel to request his assent to this motion, but as of the time of the filing of this motion, had not heard from opposing counsel, and we are informed that he is on trial.

6. Plaintiff will not be prejudiced by the allowance of this motion the requested extension is brief, and no hearing date on the

Motion has been scheduled.

## Conclusion

WHEREFORE, Defendants Nuri Otus and Maureen Cunningham respectfully request that this Court grant a brief, one week extension for filing an opposition to Plaintiff's Motion for Summary Judgment to and including December 21, 2005.

Respectfully submitted,

NURI OTUS AND MAUREEN CUNNINGHAM,
By their attorneys,

/s/ Michael C. Fee
FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO #552796)
Sabrina K. Lanz (BBO #567392)
321 Boston Post Rd.
Sudbury, MA 01776
T: (978) 440-7000
F: (978) 440-7650
www.feelaw.com

Dated: December 13, 2005

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that he attempted to confer with Plaintiff's counsel in a good faith effort to resolve the issue presented in this motion by telephone call to counsel for Plaintiff on December 13, 2005. Plaintiff's counsel was unavailable and as a result the parties were unable to resolve the issue set forth herein.

/s/ Michael C. Fee

### CERTIFICATE OF SERVICE

I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by facsimile and first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios and Haley, LLP, 10 High Street, Fifth Floor, Boston, MA 02110 this 13th day of December, 2005.

/s/ Michael C. Fee