UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 0412300-EFH |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Process Defendant. | ) |

**NOTICE OF APPEARANCE**

Please take notice that Gregory T. Donoghue hereby enters his appearance on behalf of Plaintiff in this matter.

Respectfully submitted,

**MICRO SIGNAL RESEARCH, INC.**,

By its attorneys,

 /s/ Gregory Donoghue
Timothy J. Perry (BBO# 631397)
Gregory T. Donoghue (BBO# 661480)
PRETI, FLAHERTY, BELIVEAU
   PACHIOS & HALEY LLP
10 High Street, Suite 502
Boston, MA  02110
(617) 226-3800
(617) 226-3801

Dated:  December 14, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing document to be served this date upon counsel of record by causing same to be placed in the United States Mail, First Class, postage pre-paid.

Dated: December 14, 2005                    __/s/ Gregory Donoghue_____
                                             Gregory T. Donoghue