UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

MICRO SIGNAL RESEARCH, INC.,

    Plaintiff,

v.

NURI OTUS and MAUREEN CUNNINGHAM,

    Defendants,

and

CUPERTINO NATIONAL BANK & TRUST,

    Trustee Defendant.

### AFFIDAVIT OF MAUREEN CUNNINGHAM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MAUREEN CUNNINGHAM'S CROSS MOTION FOR SUMMARY JUDGMENT

I, Maureen Cunningham, depose and state, based on my personal knowledge and under the penalty of perjury, as follows:

1.   AuctioNet.com, Inc. ("AuctioNet") was incorporated in the State of California in August, 1999. A true copy of California Secretary of State's Certificate of Status confirming this fact is attached to the Affidavit of Nuri Otus ("Otus Affidavit") previously filed in this matter in opposition to Plaintiff's Motion for Temporary Restraining Order as Exhibit 1.

2.   AuctioNet's Articles of Incorporation were amended and restated on

July 20, 2000 in connection with the company's efforts to obtain financing. A true copy of AuctioNet's Amended and Restated Articles of Incorporation are attached to the Otus Affidavit as Exhibit 2.

3. I was a shareholder of AuctioNet. True copies of AuctioNet's records reflecting stock ownership as of June 30, 2001 are attached to the Otus Affidavit as Exhibit 3.

4. I did not exercise pervasive control over the affairs of AuctioNet, rather, the corporation was managed by an active board of directors, consisting of Michaela O'Connor Abrams, Bruce Lange, Chong-Moon Lee and Samuel Lee. True copies of the Agendas for several of AuctioNet's board of directors meetings are attached to the Otus Affidavit as Exhibit 4.

5. In or about July, 2001, AuctioNet merged into Realm Connect Corporation ("Realm"). Realm's business activities consisted of the creation and application of web-based technology, utilized by popular web sites such as AOL, to buy and sell products online. Realm continued the activities of AuctioNet under its corporate umbrella. A true copy of the California Secretary of State's web portal information sheet for Realm is attached to the Otus Affidavit as Exhibit 5.

6. As of June 2001, my husband, Nuri Otus and I owned one hundred percent (100%) of the Series A Preferred stock of Realm. There were also approximately fifty (50) Series B Preferred shareholders, the largest of which

were Chong-Moon Lee and Global Virtual Accelerator, LLC. The total number of issued and outstanding shares in Realm as of June 30, 2001 exceeded 16,000,000, of which my husband and I held approximately 7,500,000 shares, or forty-four percent (44%). True copies of Realm's corporate records reflecting stock ownership in the company as of June 30, 2001 and March 5, 2002 are attached to the Otus Affidavit as Exhibit 6.

7. Notwithstanding my equity interest in Realm, I did not exercise pervasive control over the affairs of the corporation. Rather these matters were managed by an active board of directors consisting of Nuri Otus, Sam Lee, and Chong-Moon Lee. True copies of the Agendas for several of Realm's board of director meetings are attached to the Otus Affidavit as Exhibit 7.

8. Realm Connect Corp. d/b/a AuctioNet consistently maintained corporate formalities, held frequent board meetings and strictly segregated corporate operations from the financial affairs of the shareholders.

9. In or about July, 2004, having failed to successfully market its product and services for several quarters, and having failed to attract sufficient equity investment, Realm ceased to do business.

10. I held the position of Executive Vice President of Marketing and Business Development at Realm Connect Corporation from October 1999 until March 2004, and was not involved in any transactions related to buying or selling assets. I was not the Chief Financial Officer of Realm. Records

reflecting my corporate job title and responsibilities are attached hereto as Exhibit 1.

11. I did not enter into any agreement with Micro Signal Research, Inc. ("MSR") or Daniel Epstein as alleged by plaintiff.

12. I did not communicate with anyone, at any time prior to receipt of a demand letter from MSR in April 2004, regarding the alleged transaction between MSR and AuctioNet.

13. I did not receive any funds from MSR as alleged by plaintiff.

14. I did not have personal control over a bank account at Cupertino National Bank held in the name of Realm Connect Corp d/b/a AuctioNet (the "AuctioNet Account").

15. The AuctioNet Account was not a personal bank account controlled by me. I did not have personal access to any funds held in that account.

16. I never withdrew any funds from the AuctioNet Account or converted funds from that account to my own personal use.

17. I never personally benefited from any funds allegedly wired by MSR to the AuctioNet Account.

18. I was an authorized signer on the AuctioNet Account, and did co-sign a limited number of checks drawn on the AuctioNet Account. None of the checks signed by me related to the alleged agreement between MSR and AuctioNet.

4

19. Any checks drawn on the AuctioNet Account and signed by me were issued for a legitimate business purpose.

20. None of the bank records or documents attached to the Second Affidavit of Daniel Epstein as Exhibit 3 relate to the alleged agreement between MSR and AuctioNet.

21. I never received any communications from MSR or Daniel Epstein until April 6, 2004 when I received a demand letter directed to me, Nuri Otus and Greg Quiroga.

22. In the demand letter there were no allegations that I did or said anything in connection with the transactions or conduct which is the subject of this litigation.

23. At no time did MSR or Mr. Epstein make demand upon me that I return funds allegedly wired by MSR to the AuctioNet Account.

24. I have reviewed Plaintiff's Complaint, the First and Second Affidavit of Daniel Epstein, Plaintiff's Local Rule 56.1 Statement, and the Memorandum in Support of Plaintiff's Motion for Summary Judgment.

25. In Plaintiff's Complaint, and in the First Epstein Affidavit, there are no allegations that I said or did anything relating to the alleged transaction other than "holding myself out as an officer or director of AuctioNet."

26. I did not hold myself out to MSR or Mr. Epstein as an officer or

director of AuctioNet because I never had any communications with him or it, or anyone else relating to the transaction, as erroneously suggested in paragraphs 5, 9, 12 and 17 of Plaintiff's Local Rule 56.1 Statement, and paragraph 3 of the Epstein Affidavit.

27. Plaintiff alleges in Paragraph 3 of its Local Rule 56.1 Statement that I participated in running AuctioNet. I was one of a number of people who ran Realm Connect Corporation d/b/a AuctioNet, however, I had no role or involvement, at any time, in any transactions between AuctioNet and MSR as erroneously suggested in paragraph 3 of Plaintiff's Local Rule 56.1 Statement.

28. I did not represent to MSR that AuctioNet engaged in the business of buying and selling, privately and at auction, used equipment because I did not have any communications with MSR, or Daniel Epstein, or anyone else regarding this alleged transaction, either written or verbal as erroneously suggested in paragraph 4 of Plaintiff's Local Rule 56.1 Statement.

29. AuctioNet was not run as a husband-wife team as alleged in Paragraph 5 of the Local Rule. AuctioNet was managed by an active board of directors, consisting of Michaela O'Connor Abrams, Bruce Lange, Chong-Moon Lee and Samuel Lee.

30. In paragraph 6 of Plaintiff's Local Rule 56.1 Statement, plaintiff states that I did not identify a corporate entity as the entity with which MSR was conducting business. While this may be true, I had no duty to disclose

any such entity to MSR because I was not involved in the transaction between MSR and AuctioNet, and I had no communications with MSR or Mr. Epstein. Furthermore, at all times since the company's inception, AuctioNet maintained a website which displayed all of its corporate information.

31.  I was not a party to any deal or joint business venture with MSR to purchase and later sell equipment, nor did I send or receive any emails relating to any such alleged deal or joint business venture as erroneously suggested in paragraphs 7 and 8 of Plaintiff's Local Rule 56.1 Statement.

32.  I did not provide any list of equipment to MSR or Mr. Epstein as erroneously suggested in paragraph 10 of Plaintiff's Local Rule 56.1 Statement.

33.  I did not send any email to MSR or Mr. Epstein instructing them to wire funds to the AuctioNet Account as erroneously suggested in paragraph 11 of Plaintiff's Local Rule 56.1 Statement.

34.  I never represented to MSR that an agreement to buy the contemplated equipment had been secured and that its cash was held in escrow as erroneously suggested in paragraph 16 of Plaintiff's Local Rule 56.1 Statement.

35.  Neither MSR nor Mr. Epstein ever requested, at any time, that I provide an accounting of money allegedly paid by MSR to the AuctioNet Account, nor did MSR or Mr. Epstein demand that I return MSR's money as erroneously

suggested in paragraphs 18 and 19 of Plaintiff's Local Rule 56.1 Statement.

36. I never provided any excuses to MSR or Mr. Epstein regarding any failure to return MSR's money as erroneously suggested in paragraph 21 of Plaintiff's Local Rule 56.1 Statement.

37. Neither MSR nor Mr. Epstein ever requested that I provide any information regarding the location of equipment held in Pleasanton, California as erroneously suggested in paragraph 22 of Plaintiff's Local Rule 56.1 Statement.

38. I did not provide any inaccurate information to MSR or Mr. Epstein regarding the location of equipment in Pleasanton, California, or the names of contact persons in California or Texas as erroneously suggested in paragraph 24 of Plaintiff's Local Rule 56.1 Statement.

39. I never acknowledged that I owed MSR or Mr. Epstein $210,000.00 as erroneously suggested in paragraph 31 of Plaintiff's Local Rule 56.1 Statement.

40. I never assured MSR or Mr. Epstein that I would pay the amount of $210,000.00, nor did I authorize my counsel to make any such representation on my behalf as erroneously suggested in paragraphs 47 and 51 of Plaintiff's Local Rule 56.1 Statement.

41. I never personally placed an advertisement on "Craig's List" for purchase of equipment as erroneously suggested in paragraphs 47 and 51 of

Plaintiff's Local Rule 56.1 statement.

42. In my responses to interrogatories, I stated that I was never involved with any transactions relating to buying or selling assets for AuctioNet. As an authorized signer on AuctioNet's bank account, I occasionally co-signed checks. The checks co-signed by me as suggested in paragraph 52 of plaintiff's Local Rule 56.1 Statement represent payments to clients that hired AuctioNet to conduct auctions on their behalf. Co-signatures are routinely required in such transactions to ensure security, but at no time was I involved in the process of buying and selling assets. I have not made any misrepresentations under oath as erroneously suggested in paragraphs 52 of Plaintiff's Local Rule 56.1 Statement.

43. To the extent there are any other allegations that I said or did anything relating to the alleged transaction between MSR and AuctioNet, they are false.

44. I do not now, and at no time have I admitted that I owe any debt to MSR or Mr. Epstein, or authorized anyone to make any such statement or admission on my behalf.

Signed under the pains and penalties of perjury this 20 day of December, 2005.

_____
MAUREEN CUNNINGHAM

10

## CERTIFICATE OF SERVICE

I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios and Haley, LLP, 10 High Street, Fifth Floor, Boston, MA 02110 this 21st day of December, 2005.

/s/ Michael C. Fee

*affmc.doc*

EXHIBIT

1

Case 1:04-cv-12300-EFH    Document 59    Filed 12/21/2005    Page 12 of 15

AuctioNet - Management Team or our auctions
Case 1:04-cv-12300-EFH   Document 59   Filed 12/21/2005   Page 13 of 15
Page 1 of 3

[management team banner]

Home > Corporate Information > Management Team

go to the auction

home

manage_team

## Management Team

### R. Nuri Otus, CEO and Co-Founder

Since its inception in 1999, Nuri Otus, has built AuctioNet, Inc. into one of the most powerful auction and bidding technology companies on the Net today. He is focused on driving strategic development and as well as other mission critical and revenue generating initiatives for the AuctioNet, Inc.

A 13-year auction veteran, Otus co-founded the company to deliver the power of auctions to the Internet, and since, has grown the company into the recognized leader and innovator in the dynamic pricing marketplace.

His vision is to create a global meta-market exchange, which creates opportunity to enhance, expand, and build efficiencies along with liquidity in both horizontal and vertical markets. Simply stated, he is committed to creating the dynamic pricing infrastructure to power dynamic pricing exchanges.

Before founding AuctioNet, Otus was the Founder, CEO and Chief Auctioneer of Emerald Asset Management, LLC, which in less than four years, became one of the world's largest industrial auctioneers. Otus has represented Apple Computer, IBM, Sony, Sun Microsystems, many financial institutions and the United States Bankruptcy Court during his career as an Auction Professional. Otus has appeared on CNN, in Computer Reseller News, Business 2.0 Magazine, Time Magazine and numerous newspapers as a recognized auction industry expert.
Otus' professional experience includes roles as Senior Vice President at Great American Group and Regional Vice President at DoveBid.com (formerly known as Dove Brothers).

### Randy Niemeyer, Chief Financial Officer

It is imperative to have an expert as CFO and we have that in Randy Niemeyer. He is responsible for the company's overall financial strategy, accounting practices, and leads the VP's and Directors of Human Resources, Legal, Administrative and Customer Service Operations.

Instrumental in the day-to-day operations, Niemeyer plays a key role in developing and executing the company's financial fitness plan including developing financial management and reporting systems, negotiating marquee partnerships, and developing relationships with investors and the financial community.

Most recently, Niemeyer was Chief Financial Officer of Una Mas Restaurants, Inc. where he managed the financial, legal and administrative functions of a chain of 48 company-owned restaurants in Northern California and Oregon. As a senior member of the management team, Niemeyer created the strategic plan, raised capital and managed all financial aspects of the company including a merger with a major competitor which enabled the Company to achieve a 1200% sales increase over five years and a growth in restaurant count form 2 restaurants to 48.
Prior Niemeyer served as the Chief Financial Officer of a licensed apparel manufacturer and distributor where he managed the acquisition and recapitalization of the company on behalf of a publicly traded Hong Kong based company. Prior to that, he spent eight years in senior management positions in Real Estate Management, Financing, and Acquisitions for private and publicly traded real estate organizations, including founding his own firm.

Niemeyer has also worked for Deloitte Haskins & Sells as a certified public accountant.

### Arsenio Santos, Chief Technical Officer

Arsenio Santos' Information Systems management and engineering background give him the experience to guide and support the growth of the systems behind AuctioNet. Under Santo's direction, the company has developed an enterprise-class auction offering and is driving new and innovative products to drive revenues for our partners and AuctioNet.

Santos has worked with several professional service organizations guiding programmers in the construction of enterprise-class solutions.

Most recently, he was Director of Technology at Zefer, where he worked with emerging Internet companies and Fortune 1000 corporations. Before joining Zefer, Arsenio led software development and project teams at Just in Time Solutions, in both professional services and product development capacities. Arsenio also served as Software Development Manager, and later as Chief Technology Officer at NetGuide Live. Recent client engagements include companies such as Hewlett-Packard, Bank of America and Fair Isaac.

Arsenio holds degrees in computer science and music from Columbia University.

### Maureen Cunningham, Executive Vice President and Co-Founder

Maureen's vision of creating the technological platform to power the world's largest aggregation of auction services has become a reality. She has played a pivitol role by building successful and profitable strategic alliances and oversees many aspects of Business Development, Partner Implementation and Partner Development to a high level of client satisfaction and innovations for driving results for partners and suppliers.

Under her direction, AuctioNet has established over 400 network partners, more than 300 supplier relationships, and has formed strategic partnership with Oracle, ZDNet, and PurchasePro. Maureen brings a wide range experience to AuctioNet.com having served as Executive Vice President for Emerald Asset Management where her role included securing key liquidation projects, overall planning, implementation, as well as marketing and promotion of each project. Prior experience includes managing the business operations and marketing programs for the Strategic Research Division of FIND/SVP, an international consulting organization, Vice President of Sales for Millennium Computer, and Asset Recovery Manager for JWP/BusinessLand, where she successfully liquidated over $40 million

in inventory.

Maureen is a Member of the National Association of Female Executives, a Member of the San Carlos Chamber of Commerce and serves on the Advisory Board of bigjobboard.com. Ms. Cunningham studied fashion at the Parsons School of Design.

### Mike Rouser, Vice President, Product Group

Mike Rouser joined AuctioNet.com as a sales management professional with over ten years of experience in a wide variety of business environments in both Fortune 1000 and start-up companies. He has worked for several computer manufacturer organizations in sales and sales management. Mike's background includes the design and implementation of business plans to direct the sales process for distributor, reseller and corporate business markets. Additionally, he has experience in the technical support arena; identifying critical pre and post sales support requirements and managing the implementation of effective maintenance solutions for those requirements. These experiences position Mike to develop AuctioNet.com's vendor strategy as the company takes a leadership position in the online auction market space.

Before joining AuctioNet.com, Mike was Director of Channel Sales Engineering for Hitachi Data Systems and was responsible for developing and managing the pre Sales Engineering Team that support Hitachi's channel sales of mid range and high end storage products. Prior to that, Mike managed the Corporate Sales Team at Hitachi PC Corporation, a start up subsidiary of Hitachi Limited, and was responsible for $60M in annual revenues.

Before joining Hitachi, Mike spent six years at IBM in various sales and sales management positions in both large account roles and as a representative of IBM's PC Company. He also served eight years in the US Navy as an Airborne Communications Officer and Mission Commander of EC-130 Communications Aircraft.

Mike received his BS in Engineering from the United States Naval Academy.

### Victoria Coon, Vice President, Human Resources

Vikki brings over eight years of experience in Human Resources and Employee Benefits to guide and support the development of AuctioNet.com's people and organization. Her mission is to recruit and retain talented employees, build HR infrastructure from the ground up, and maximize our employee benefits. Vikki is especially skilled in employee relations, nurturing career growth, and providing guidance to our department heads in managing their direct reports.

Previously, she was Director of Human Resources at Grapevine, Inc., an Internet marketing strategy and web design agency. Her tenure in Employee Benefits includes benefits consulting with Marsh & McLennan Cos. (originally Sedgwick Noble Lowndes), and underwriting, marketing and provider relations with Aetna US Healthcare. Her previous career as President and Board Member of a government-contracted research company rounds out the valuable expertise Vikki brings to AuctioNet.com.

Vikki holds a degree in psychology from the University of California at Berkeley.

## Board of Directors

### Michela O'Connor Abrams - President, Business Division, Business 2.0 - Imagine Media, Inc.

Michela has held executive positions at IDG, Ziff-Davis and McGraw-Hill. Most recently, she served as President and CEO of ComputerWorld. Prior to IDG, she was chief operating officer of ZD Events, which produces industry-leading expositions and conferences such as Comdex, Seybold and Networld +Interop.

She also served several years as a publisher and group vice president at McGraw-Hill. Michela also sits on The Board of Directors of Bow Street Software.

### Bruce M. Lange - Senior Vice President, Treasurer & Head of Worldwide Real Estate, Oracle Corporation.

Bruce joined Oracle Corporation in 1990 after the Company experienced difficulty managing its growth and financing the requirements of a company as it grew from 5,000 employees to 40,000.

More recently, in addition to his day to day responsibilities which include investing $8 billion, hedging $2 billion of foreign exchange and managing real estate and facilities for 40,000 employees, he took Oracle Japan (a subsidiary of Oracle Corporation) public on the Japanese OTC market at a $75 billion valuation, and subsequently sold 10% in a secondary offering for $7.5 billion.

Before joining Oracle Corporation Bruce held executive positions at Transamerica and Security Pacific before the merger with Bank of America.

### Chong-Moon Lee - Chairman and CEO of AmBex Venture Group, LLC, and Founder and Chairman Emeritus of Diamond Multimedia Systems, Inc.

Chong-Moon Lee (CM) founded Diamond Computer Systems, Inc. in 1982. By 1994, the company evolved into Diamond Multimedia Systems, Inc. The company achieved the No. 1 ranking in revenue and market share for PC graphics accelerator product in America (by IDC Computer Industry report, 1995). As the sole founder, it took 13 years of struggles to take the company to its Initial Public Offering. Diamond Multimedia was ranked 17th and 18th fastest growing privately held company in America for 1993 and 1994 on the Inc. business magazine's 500 list, and as the 8th fastest growing company in Silicon Valley by the Business Journal of San Jose in 1993. Diamond Multimedia Systems, Inc. went through Initial Public Offering in April of 1995. Its revenue in 1995 was $468 million and $598 million in 1996. CM served as both Chairman and CEO until the end of 1994. Today, CM serves as the Chairman Emeritus and still remains as one of the three largest shareholders of the company. CM's new challenge is to develop the best technology in IT industry with the America's best team, as the name AmBex indicates.

### Samuel S. Lee - Managing Partner of Bluehawk Venture Partners and a Partner of Global Virtual Accelerator.

Sam currently acts as President of Alta Healthcare System and a Venture Partner and Board Advisor of venture capital firm Kline Hawkes & Co., where he was previously a General Partner. he has served as a Board member, worked with the Boards, and invested in AboveNet Communications (ABOV purchased by MFNX), Alta Healthcare

System, Biex, Certus Corporation, and Sensor Systems for Kline Hawkes, who has also invested in GoTo.com (GOTO), Activate.Net (purchased by CMGI), Transoft (purchased by HP), and Micronet (purchased by AMC). Mr. Lee also serves a Board member on other privately-held companies, including iiCaptain.com, FrontierStore.com, Lightsocket.com, and DigitalPipe. Previously, he performed private equity investments, mergers & acquisitions, management buyouts, and leverage financing for various corporations for healthcare and technology corporations. Additionally, he was the CEO and founder of SFS, Inc., a software and services company focused in the healthcare financial sector, with clients such as Columbia, Tenet, and HealthSouth. Prior to that, he served as senior management consultant with Andersen Consulting, in the Advanced Systems Group, and in information systems development-software engineering and database and network architecture-for IBM, GTE, and Applied Automation Techniques, a venture-backed enterprise/ execution startup, software company.

### R. Nuri Otus - CEO of AuctioNet

Since its inception in 1999, Nuri Otus, has built AuctioNet, Inc. into one of the most powerful auction and bidding technology companies on the Net today. He is focused on driving strategic development and as well as other mission critical and revenue generating initiatives for the AuctioNet, Inc.

A 13-year auction veteran, Otus co-founded the company to deliver the power of auctions to the Internet, and since, has grown the company into the recognized leader and innovator in the dynamic pricing marketplace.

His vision is to create a global meta-market exchange, which creates opportunity to enhance, expand, and build efficiencies along with liquidity in both horizontal and vertical markets. Simply stated, he is committed to creating the dynamic pricing infrastructure to power dynamic pricing exchanges.

Before founding AuctioNet, Otus was the Founder, CEO and Chief Auctioneer of Emerald Asset Management, LLC, which in less than four years, became one of the world's largest industrial auctioneers. Otus has represented Apple Computer, IBM, Sony, Sun Microsystems, many financial institutions and the United States Bankruptcy Court during his career as an Auction Professional. Otus has appeared on CNN, in Computer Reseller News, Business 2.0 Magazine, Time Magazine and numerous newspapers as a recognized auction industry expert.

Otus' professional experience includes roles as Senior Vice President at Great American Group and Regional Vice President at DoveBid.com (formerly known as Dove Brothers).