UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

MICRO SIGNAL RESEARCH, INC., )
)
    Plaintiff, )
)
v. )
)
NURI OTUS and MAUREEN CUNNINGHAM, )
)
    Defendants, )
)
and )
)
CUPERTINO NATIONAL BANK & TRUST, )
)
    Trustee Defendant. )
)

<u>AFFIDAVIT OF MICHAEL C. FEE IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

I, Michael C. Fee, depose and state on personal knowledge as follows:

1.    I am an attorney licensed to practice in the Commonwealth of Massachusetts, and in the United States District Court for the District of Massachusetts. I am a member of the firm of Fee, Rosse & Lanz, P.C. Fee, Rosse & Lanz, P.C. is counsel to defendants Nuri Otus and Maureen Cunningham (collectively, "defendants") in this matter.

2. On November 5, 2005 I attended a hearing on Plaintiff's Motion for Preliminary Injunction (the "Motion") against defendants Nuri Otus and Maureen Cunningham.

3. At the hearing, plaintiff's counsel, Attorney Tim Perry ("Attorney Perry"), presented argument on the Motion.

4. After Attorney Perry completed his presentation at oral argument, the Court demanded of me "Why don't you pay the man?"

5. I began to explain that defendants acknowledge the existence of the corporate debt owed by Realm Connect Corporation, d/b/a AuctioNet to the plaintiff in this matter, and although it is a corporate debt, prior to the litigation the defendants attempted to resolve the matter with plaintiff.

6. When I attempted to articulate the defendants' defenses, the Court consistently interrupted, interjecting "Then why don't you pay [the plaintiff]?", "Why don't you pay them the money?", "Why don't they come up with the money?", "Never mind settle the matter. Why don't they come up with the money?", and finally, "When are they going to come up with the money?" A true copy of the transcript is attached hereto as Exhibit 1.

7. At the conclusion of this colloquy, I asked the Court if I may be heard, a request which the Court denied. As a result, I was not allowed to present defendants' defenses, and the statement that appears on the record which plaintiff cites in paragraph 51 of its Local Rule 56.1 Statement, is

incomplete, and does not accurately reflect defendants' position, or my argument on their behalf.

8.  Defendants deny any individual liability for the corporate debt owed by AuctioNet, and had I been permitted to complete my argument on their behalf, I would have presented their defenses at the hearing on November 5, 2003.

9.  In the context of settlement discussions, I discussed with plaintiff's counsel the various methods by which MSR's claims might be treated both in a bankruptcy and outside of bankruptcy proceedings. At no time did I indicate that Mr. Otus "is on the verge of bankruptcy" as erroneously suggested in paragraph 53 of plaintiff's Local Rule 56.1 Statement.

Signed under the penalties of perjury this 21st day of December, 2005.

/s/ Michael C. Fee
Michael C. Fee

CERTIFICATE OF SERVICE

I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by facsimile and first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios & Haley, 10 High Street, Fifth Floor, Boston, MA 02110 this 21st day of December, 2005.

/s/ Michael C. Fee

**EXHIBIT 1**

1

```
 1                UNITED STATES DISTRICT COURT FOR
                    THE DISTRICT OF MASSACHUSETTS
 2

 3

 4  MICRO SIGNAL RESEARCH, INC.,           )
                                           )
 5          Plaintiff,                     )
                                           )
 6  vs.                                    ) Civil Action
                                           ) No. 04-12300-EFH
 7                                         )
    NURI OTUS and MAUREEN CUNNINGHAM,      )
 8                                         )
            Defendants.                    )
 9

10

11      TRANSCRIPT OF MOTION FOR TEMPORARY RESTRAINING ORDER

12

13        BEFORE THE HONORABLE EDWARD F. HARRINGTON
             UNITED STATES SENIOR DISTRICT JUDGE
14

15               United States District Court
              John J. Moakley U.S. Courthouse
16                  1 Courthouse Way
              Boston, Massachusetts  02210
17                 November 4, 2004
                      2:00 p.m.
18
                                                    COPY
19                      * * * *

20

21
                   SHELLY M. KILLIAN, CM
22                 Official Court Reporter
              John J. Moakley U.S. Courthouse
23            1 Courthouse Way, Room 3510
                   Boston, MA  02210
24                  (617) 737-7117

25
```

2

```
 1  APPEARANCES:

 2  For the Plaintiff:

 3  Timothy J. Perry, Esq.
    Perry, Krumsiek & Wayland P.A.
 4  114 State Street, Suite 200
    Boston, Massachusetts  02109
 5  (617) 742-9012

 6  For the Defendants:

 7  Michael C. Fee, Esq.
    Fee, Rosse & Lanz, P.C.
 8  321 Boston Post Road
    Sudbury, Massachusetts  01776
 9  (978) 440-7000

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    P R O C E E D I N G S
 2              (The following proceedings were held in open court
 3    before the Honorable Edward F. Harrington, United States Senior
 4    District Judge, United States District Court, District of
 5    Massachusetts, at the John J. Moakley United States Courthouse,
 6    1 Courthouse Way, Boston, Massachusetts, on November 4, 2004.)
 7              THE CLERK:  All rise for the Honorable Court.
 8    Court is in session.  You may be seated.  Civil Action
 9    04-12300, Micro Signal versus N. Otis, et al.
10              THE COURT:  I'll hear from the plaintiffs.
11              MR. PERRY:  Thank you, your Honor.  My name is
12    Timothy Perry.  I represent the plaintiff, Daniel Epstein, who
13    is the president of Micro Signal Research, Inc.  He's here in
14    the courtroom today, your Honor.
15              Basically what brings us here today, your Honor, is
16    a string of broken promises by Mr. Otus and his wife, Maureen
17    Cunningham, who are the named defendants in this suit, over the
18    past year.  And what happened was, in essence, Mr. Epstein and
19    his company were swindled in this case to the tune of
20    $210,000.
21              In the fall of 2003, your Honor, Mr. Epstein, his
22    company, who had done some business with this man Nuri Otus in
23    the past, who basically ran an auction web sight called
24    AuctioNet.com at the time, your Honor, he was this in the
25    business of buying used equipment and selling it on the
```

1  internet and otherwise at auction to make a profit.
2  Mr. Epstein's company had done that from Mr. Otus' entities in
3  the past. And Mr. Otus said I have located a lot of equipment,
4  used equipment in Texas, and it's an opportunity for the two of
5  us to form a joint venture, I need some cash up front but it's
6  an opportunity for us to form a joint venture, purchase this
7  equipment. And then Mr. Otus and his wife as auctioneers would
8  auction that equipment and split the profits.
9      Mr. Epstein's company in the Fall of 2003 based
10 upon these representations, and they're contained in a series
11 of e-mails I've attached to Mr. Epstein's affidavit, your
12 Honor, sent the $210,000 to Mr. Otus. At the time they were
13 called AuctioNet. As I said, he sent it to their bank out in
14 California.
15     Over the next three or four months, Mr. Otus began
16 to duck Micro Signal Research, Mr. Epstein. He couldn't
17 produce evidence that he had purchased the equipment, certainly
18 had never sold the equipment. And then, in fact, when
19 Mr. Epstein told Mr. Otus I have some purchasers for portions
20 of the equipment, I need those portions so I could resell them
21 at a good price, he couldn't produce any of the equipment.
22     In the end, Mr. Epstein, concerned about his
23 investment in this so-called joint venture, flew out to
24 California where the equipment was supposed to be kept. He was
25 shocked to learn, first of all, he had been given a wrong

1  address.  He showed up at an office complex, and there was no
2  one there.  Then, you know, fortuitously he drove around the
3  block and saw the company that was supposed to handle the
4  equipment.  It was called Data Return.  He entered it and again
5  was shocked to find out nobody knew what he was he was talking
6  about.
7         The people at Data Return said Mr. Otus never
8  bought that equipment, it's in Texas.  And so they -- I'm
9  sorry, it had been purchased by somebody else.  This was
10 several months of Mr. Otus saying we have the equipment, it's
11 going to be resold.  So he called the people in Texas and they
12 said, yeah, we sold that to somebody else months ago.  And so
13 Mr. Epstein said that's it, I'm going to the authorities, I'm
14 going to go to the District Attorney or the U.S. Attorney, my
15 money's been stolen.
16         At that point Mr. Otus and his counsel, and this is
17 about March, April or May of 2004, began a campaign of saying
18 refrain from doing that, we admit we made a mistake, we never
19 purchased the equipment, we owe you the money.  We have a
20 series of letters attached to the affidavit acknowledging
21 that --
22         THE COURT:  Let me ask you, according to the
23 argument -- 200 what is it?
24         MR. PERRY:  210 plus interest.
25         THE COURT:  Why don't you pay the man?

```
 1             MR. FEE:  Well, your Honor, the company does
 2   acknowledge the existence of the debt.  AuctioNet --
 3             THE COURT:  Then why don't they pay him?
 4             MR. FEE:  This company hasn't been sued, your
 5   Honor.  The suit has been brought against the individual
 6   shareholders.
 7             THE COURT:  Who owns the company?
 8             MR. FEE:  AuctioNet is owned by a variety of
 9   shareholders, two of whom are my clients.  And although my
10   brother stated an excellent case --
11             THE COURT:  Let me ask you, why haven't you sued
12   the corporation?
13             MR. PERRY:  Your Honor, there was never a
14   corporation.  And indeed --
15             THE COURT:  I thought during the course of your
16   argument you mentioned they were operating under some name.
17             MR. PERRY:  They had a web site, your Honor.  We
18   found out that it was never incorporated.  But even more
19   importantly, your Honor, until today, I never knew and we never
20   knew the last six months they acknowledged the debt
21   individually.  And, in fact, they said they were going to pay
22   us.  These are their attorney's letters, Mr. Otus' letters.
23   They were going to repay us $250,000 for our troubles -- again,
24   all attached to this affidavit -- individually by --
25             THE COURT:  The two main defendants, what is their
```

```
 1   relationship to this company or noncompany?
 2           MR. PERRY:  They're husband-and-wife team, your
 3   Honor.
 4           THE COURT:  How much do they own of the company, if
 5   there is a company?
 6           MR. PERRY:  They admit it's 100 percent here.  It's
 7   the first I've ever heard --
 8           THE COURT:  Why don't you pay them the money?
 9           MR. FEE:  Forty-four percent, your Honor.
10           THE COURT:  Were they ducking behind this corporate
11   veil?
12           MR. FEE:  Negative, your Honor.  That's not what's
13   happening.
14           THE COURT:  Why don't they come up with the money?
15   He just indicated that he sent you $210,000.  Is that what it
16   is?
17           MR. PERRY:  Yes.
18           THE COURT:  And you've been stalling him for eight
19   months.  Why don't they pay him?
20           MR. FEE:  Well, first of all, your Honor, I --
21           THE COURT:  I'm not talking to you.  I'm talking
22   about your clients.
23           MR. FEE:  Well, my clients have made numerous
24   efforts to try and settling the matter.
25           THE COURT:  Never mind settle the matter.  Why
```

```
 1   don't they come up with the money?
 2              MR. FEE:  Your Honor, they acknowledge the
 3   existence of the debt, and they have made attempts to try and
 4   work out arrangements whereby --
 5              THE COURT:  When are they going to come up with the
 6   money?
 7              MR. FEE:  I don't know the answer to that, your
 8   Honor.
 9              THE COURT:  Anything further?
10              MR. PERRY:  I just have one thing, your Honor.  If
11   you look at --
12              THE COURT:  Have you gone to the authorities?
13              MR. PERRY:  Not yet.  We were trying to --
14              THE COURT:  Let me tell you, you should.  You
15   should.  This looks like a fraud or a scam.
16              MR. PERRY:  It is.
17              THE COURT:  And these people should be arrested.
18              MR. PERRY:  I agree, your Honor.  Because the
19   affidavit of this gentleman --
20              THE COURT:  They should be arrested.
21              MR. PERRY:  I agree.  The affidavit of this
22   gentleman filed with the Court today, your Honor, he -- where
23   the first time he raises the corporate veil, after telling us
24   he was going to refinance his home -- he and his wife were
25   going to refinance their home and repay us, he sent us -- he
```

1  had the gall to send us the refinance documents saying, oh,
2  it's coming, it's coming.
3            He raises this corporate veil for the first time
4  today saying they don't really have this company. We have an
5  e-mail that we received last week where he and his wife say
6  this company is -- we just opened up under a new entity, it's
7  my wife and I. Nothing about a corporation or anything like
8  that. And he has the gall to say in his affidavit to you here
9  today, your Honor, that somehow there's this extensive
10 corporation.
11           THE COURT: Who signed the affidavit?
12           MR. PERRY: Mr. Otus.
13           THE COURT: Let me tell you, this money isn't paid
14 for, if this man doesn't receive his money fast, I'll send this
15 matter to the U.S. Attorney to tell him to initiate a
16 perjury -- has this been filed in the Court, the affidavit?
17           MR. PERRY: I think he filed it today, your Honor.
18           MR. FEE: The affidavit's been filed, your Honor.
19           THE COURT: Let me tell you, I'll go to the U.S.
20 Attorney and tell him to open up a criminal investigation on
21 the charge of perjury.
22           MR. FEE: Your Honor, if I may --
23           THE COURT: I don't want to hear any more. Let me
24 tell you, when people take that type of money and don't pay
25 back and then file an affidavit, they better do it.

```
1              THE CLERK:  All rise.  Court is adjourned.
2          (Adjourned at 2:12 p.m.)
3
4                         - - - - - - -
5                          CERTIFICATION
6          I certify that the foregoing is a correct
7   transcript of the record of proceedings in the above-entitled
8   matter to the best of my skill and ability.
9
10
11
12   _____        _____
13   Shelly M. Killian                       Date
14   Official Court Reporter
```

*signature:* Shelly M. Killian    *date:* 11/18/04