UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. </br></br>Plaintiff, </br></br>v. </br></br>NURI OTUS and MAUREEN CUNNINGHAM, </br></br>Defendants, </br></br>CUPERTINO NATIONAL BANK & TRUST, </br></br>Trustee Process Defendant. | CIVIL ACTION NO. </br>04-12300-EFH |

**NOTICE OF DEPOSITION**
**TO DEFENDANT MAUREEN CUNNINGHAM**

TO:
Michael C. Fee, Esq.
Sabrina K. Lanz, Esq.
321 Boston Post Road
Sudbury, MA  01776

PLEASE TAKE NOTICE that, at 10:00 a.m. on Friday, June 3, 2005, at the offices of Preti Flaherty, 10 High Street, Suite 502, Boston, MA  02110, Plaintiff Micro Signal Research, Inc., by its attorneys, will take the deposition of Defendant Maureen Cunningham pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, upon oral examination before a notary public or other officer authorized by law to administer oaths  The oral examination will continue from day-to-day until completed.  You are invited to attend and cross-examine.

Respectfully submitted,

**MICRO SIGNAL RESEARCH, INC.**,

By its attorney,

_____
Timothy J. Perry (BBO #631397)
PRETI FLAHERTY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801


CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by placing same addressed to said counsel in First Class U.S. Mail, pre-paid.

Dated: May 12, 2005

_____
Timothy J. Perry