321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
*www.feelaw.com*

# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

SABRINA K. LANZ (*slanz@feelaw.com*)

May 20, 2005

**Via Telecopy and First Class Mail**

Timothy J. Perry, Esq.
Preti, Flaherty, Beliveau, Pachios & Haley LLP
Suite 200
114 State Street
Boston, MA 02109

    Re: *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
       United States District Court, C.A. No. 04-12300

Dear Tim:

    Receipt is acknowledged of your Notice of Deposition to Maureen Cunningham. Please be advised that Ms. Cunningham is not available on June 3, 2005. However, she can be available for a deposition at your offices on any of the following dates: June 28th, 29th or 30th. Please contact me as soon as possible to confirm which date is convenient. Thank you.

                         Very truly yours,

                         Sabrina K. Lanz

SKL/jbh
cc: Mr. Nuri Otus
    Ms. Maureen Cunningham
Fee:tp015.doc