321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

SABRINA K. LANZ *(slanz@feelaw.com)*

June 2, 2005

VIA FAX

Timothy J. Perry, Esq.
Preti, Flaherty, Beliveau, Pachios & Haley LLP
10 High Street, Suite 502
Boston, MA 02110

    Re: *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
        United States District Court, C.A. No. 04-12300

Dear Tim:

    Receipt is acknowledged of your letter dated May 25, 2005. We have reviewed Plaintiff's interrogatories and document requests, and it will not be possible for defendants to respond to all of your requests prior to June 30. If you insist on receipt of all responses from Mr. Otus and Ms. Cunningham in advance of Ms. Cunningham's deposition, we propose rescheduling the deposition until such time as defendants are able to fully respond. In the alternative, if you would like to contact me to narrow some of your requests, it is possible that one or both of the defendants may be able to respond by June 30, so that we may go forward with Ms. Cunningham's deposition as currently scheduled. Please let me know how you wish to proceed.

                      Very truly yours,

                      Sabrina K. Lanz

SKL/jbh
cc:    Ms. Maureen Cunningham
        Mr. Nuri Otus
Fee:tp017.doc

321 BOSTON POST ROAD
SUDBURY, MA 01776
(978) 440-7000
FAX: (978) 440-7650
www.fcclaw.com

## FEE, ROSSE & LANZ, P.C.
*Attorneys at Law*

## FAX TRANSMITTAL COVER SHEET

Date: **June 2, 2005**   # of Pages to Follow: **1**   Time: **12:30 PM**

Upon Receipt Please Deliver Immediately to:

Name:   **Timothy J. Perry**

FAX #:   **617-742-9013**

Sent By:   **Sabrina K. Lanz**

Original:   Will follow by mail ☐   Will follow by courier ☐   Will not follow ☐

Message:

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (978) 440-7000 so that we can arrange for retrieval of the documents at no cost to you. If the transmission is incomplete or illegible, please call us at the above number. Thank you.