**PretiFlaherty**

TIMOTHY J. PERRY
tperry@preti.com

June 3, 2005

**VIA FACSIMILE/US MAIL**
Michael C. Fee, Esq.
Sabrina K. Lanz, Esq.
321 Boston Post Road
Sudbury, MA  01776

Re:    <u>Micro Signal Research, Inc. v. Otus et al.</u>

Dear Mr. Fee and Ms. Lanz:

This letter confirms my conversation today in which Ms. Lanz and I agreed to confer on Monday, June 6, 2005 at 2:30 p.m. in order to attempt to narrow any disputes regarding outstanding discovery to your clients. In the meantime, it is my position that responses to the document requests and interrogatories remain due no later than June 15, 2005. I have also reserved June 30, 2005 as Ms. Cunningham's deposition date and would like to keep that date due to my client's concern with the defendants' evasive tactics and the counterclaim Ms. Cunningham has raised in this matter. As a result, I enclose a Re-Notice of Deposition for Ms. Cunningham.

Please call me with any questions. I thank you in advance for your anticipated cooperation and look forward to speaking with you on Monday.

Very truly yours,

Timothy J. Perry

**Preti Flaherty Beliveau Pachios & Haley** LLP    Augusta · Bath · Boston · Concord · Portland
10 High Street, Fifth Floor  Boston, Massachusetts 02110    617.226.3800   617.226.3801 FAX    www.preti.com

PRET FLAHERTY LLP
10 HIGH STREET, SUITE 502
BOSTON, MA 02110
(617) 742 – 9012
facsimile (617) 742 – 9013

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Michael Fee, Esq. and Sabrina Lanz, Esq. | Timothy J. Perry |
| COMPANY: | DATE: 6/3/2005 |
| FAX NUMBER: 978-440-7650 | TOTAL NO. OF PAGES INCLUDING COVER: |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☒ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

```
                                    ****************
                                    *** TX REPORT ***
                                    ****************

JOB NO.                      0205
ST. TIME                     06/03 12:39
PGS.                         4
SEND DOCUMENT NAME

TX/RX INCOMPLETE             -----
TRANSACTION OK               919784407650
ERROR                        -----
```

# PRET FLAHERTY LLP
### 10 HIGH STREET, SUITE 502
### BOSTON, MA 02110
### (617) 742 - 9012
### facsimile (617) 742 - 9013

---

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Michael Fee, Esq. and Sabrina Lanz, Esq. | Timothy J. Perry |
| **COMPANY:** | **DATE:** 6/3/2005 |
| **FAX NUMBER:** 978-440-7650 | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| **PHONE NUMBER:** | **SENDER'S REFERENCE NUMBER:** |
| **RE:** | **YOUR REFERENCE NUMBER:** |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☒ PLEASE REPLY    ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NURI OTUS and MAUREEN CUNNINGHAM, )<br>)<br>Defendants, )<br>)<br>CUPERTINO NATIONAL BANK & TRUST, )<br>)<br>Trustee Process Defendant. )<br>) | CIVIL ACTION NO.<br>04-12300-EFH |

### RE-NOTICE OF DEPOSITION
### OF DEFENDANT MAUREEN CUNNINGHAM

TO:
Michael C. Fee, Esq.
Sabrina K. Lanz, Esq.
321 Boston Post Road
Sudbury, MA 01776

PLEASE TAKE NOTICE that, at 10:00 a.m. on Thursday, June 30, 2005, at the offices of Preti Flaherty, 10 High Street, Suite 502, Boston, MA 02110, Plaintiff Micro Signal Research, Inc., by its attorneys, will take the deposition of Defendant Maureen Cunningham pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, upon oral examination before a notary public or other officer authorized by law to administer oaths. The oral examination will continue from day-to-day until completed. You are invited to attend and cross-examine.

1

Respectfully submitted,

**MICRO SIGNAL RESEARCH, INC.**,

By its attorney,

_____
Timothy J. Perry (BBO #631397)
PRETI FLAHERTY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by placing same addressed to said counsel in First Class U.S. Mail, pre-paid.

Dated: June 3, 2005

_____
Timothy J. Perry

2