# FEE, ROSSE & LANZ, P.C.
Attorneys at Law

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

MICHAEL C. FEE (mfee@feelaw.com)

June 6, 2005

VIA FAX

Timothy J. Perry, Esq.
Preti, Flaherty, Beliveau, Pachios & Haley LLP
10 High Street, Suite 502
Boston, MA 02110

Re: *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
United States District Court, C.A. No. 04-12300

Dear Tim:

It is my understanding that you had a conference this afternoon with Ms. Lanz in an effort to narrow the areas of disagreement regarding the scope of our responses to discovery requests. As you may recall, we had agreed to produce Ms. Cunningham for a deposition on June 30, 2005. As you also know, Ms. Cunningham lives in California and was traveling to the East Coast on unrelated matters and agreed to rearrange her schedule to appear in Boston for a deposition on that date. It now appears from the tenor of your discussion with Ms. Lanz that there will be outstanding discovery issues, specifically disagreements regarding the scope of our responses to your interrogatories and document requests, which will require resolution by motion practice.

I want to inform you that, notwithstanding our prior agreement to produce Ms. Cunningham on June 30, in the event we are unable to come to some resolution of the discovery disputes prior to the scheduled deposition, we will move for a protective order. As I believe Ms. Lanz explained to you, it is not our desire to unduly delay or prolong the deposition of Ms. Cunningham. However, given the fact that she lives in California, and has agreed to travel for this deposition, we believe it is the most cost effective use of everyone's time to ensure that all of the discovery issues are resolved prior to the deposition, and that we can be in a position to conclude the deposition in a single day. We are, of course, willing to reschedule the deposition to any mutually agreeable date following resolution of the discovery issues.

Very truly yours,

Michael C. Fee

SKL/jbh
cc: Sabrina K. Lanz, Esq.
    Ms. Maureen Cunningham
Fee:tp018.doc

321 BOSTON POST ROAD
SUDBURY, MA 01776
(978) 440-7000
FAX: (978) 440-7650
www.feelaw.com

# FEE, ROSSE & LANZ, P.C.
*Attorneys at Law*

## FAX TRANSMITTAL COVER SHEET

Date: **June 6, 2005**     # of Pages to Follow: **1**          Time: **5:51 PM**

Upon Receipt Please Deliver Immediately to:

Name:      **Tim Perry**

FAX #:     **617-742-9013**

Sent By:   **Michael C. Fee**

Original:  Will follow by mail ☐    Will follow by courier ☐    Will not follow ☐

Message:

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (978) 440-7000 so that we can arrange for retrieval of the documents at no cost to you. If the transmission is incomplete or illegible, please call us at the above number. Thank you.