UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NURI OTUS and MAUREEN CUNNINGHAM, )<br>)<br>Defendants, )<br>)<br>CUPERTINO NATIONAL BANK & TRUST, )<br>)<br>Trustee Process Defendant. )<br>) | CIVIL ACTION NO.<br>04-12300-EFH |

**NOTICE OF DEPOSITION**
**OF DEFENDANT NURI OTUS**

TO:
Michael C. Fee, Esq.
Sabrina K. Lanz, Esq.
321 Boston Post Road
Sudbury, MA 01776

PLEASE TAKE NOTICE that, at 10:00 a.m. on Friday, September 30, 2005, at the offices of Preti Flaherty, 10 High Street, Suite 502, Boston, MA 02110, Plaintiff Micro Signal Research, Inc., by its attorneys, will take the deposition of Defendant Nuri Otus pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, upon oral examination before a notary public or other officer authorized by law to administer oaths. The oral examination will continue from day-to-day until completed. You are invited to attend and cross-examine.

Respectfully submitted,

**MICRO SIGNAL RESEARCH, INC.,**

By its attorney,

Timothy J. Perry (BBO #631397)
PRETI FLAHERTY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by facsimile and by placing same addressed to said counsel in First Class U.S. Mail, pre-paid.

Dated: September 21, 2005

Timothy J. Perry

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC.<br><br>Plaintiff,<br><br>v.<br><br>NURI OTUS and MAUREEN CUNNINGHAM,<br><br>Defendants,<br><br>CUPERTINO NATIONAL BANK & TRUST,<br><br>Trustee Process Defendant. | CIVIL ACTION NO.<br>04-12300-EFH |

### RE-NOTICE OF DEPOSITION
### OF DEFENDANT MAUREEN CUNNINGHAM

TO:
Michael C. Fee, Esq.
Sabrina K. Lanz, Esq.
321 Boston Post Road
Sudbury, MA 01776

PLEASE TAKE NOTICE that, at 10:00 a.m. on Thursday, September 29, 2005, at the offices of Preti Flaherty, 10 High Street, Suite 502, Boston, MA 02110, Plaintiff Micro Signal Research, Inc., by its attorneys, will take the deposition of Defendant Maureen Cunningham pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, upon oral examination before a notary public or other officer authorized by law to administer oaths. The oral examination will continue from day-to-day until completed. You are invited to attend and cross-examine.

1

Respectfully submitted,

**MICRO SIGNAL RESEARCH, INC.,**

By its attorney,

---

Timothy J. Perry (BBO #631397)
PRETI FLAHERTY LLP
10 High Street, Suite 502
Boston, MA 02110
(617) 226-3800
fax (617) 226-3801

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon all counsel of record by facsimile and by placing same addressed to said counsel in First Class U.S. Mail, pre-paid.

Dated: September 21, 2005

Timothy J. Perry

2