**FEE, ROSSE & LANZ, P.C.**
*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
(978) 440-7000
FAX: (978) 440-7650
www.feelaw.com

## FAX TRANSMITTAL COVER SHEET

Date: **October 13, 2005**      # of Pages to Follow: **1**      Time: **4:31 PM**

Upon Receipt Please Deliver Immediately to:

Name:      **Timothy J. Perry**

FAX #:     **(617) 226-3801**

Sent By:   **Michael C. Fee**

Original:  Will follow by mail ☐    Will follow by courier ☐    Will not follow ☐

Message:

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (978) 440-7000 so that we can arrange for retrieval of the documents at no cost to you. If the transmission is incomplete or illegible, please call us at the above number. Thank you.

# FEE, ROSSE & LANZ, P.C.
*Attorneys at Law*

321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
www.feelaw.com

SABRINA K. LANZ (slanz@feelaw.com)

October 13, 2005

<u>VIA FAX</u>

Timothy J. Perry, Esq.
Preti, Flaherty, Beliveau, Pachios & Haley LLP
10 High Street, Suite 502
Boston, MA 02110

Re: *Micro Signal Research, Inc. v. Nuri Otus and Maureen Cunningham*
United States District Court, C.A. No. 04-12300
Demand for Service of Motion

Dear Mr. Perry:

I have left two voicemail messages for you, on September 23, and October 4, asking you to contact me so that we could discuss deposition scheduling. You have failed to return either of these calls. Please be advised that if you wish to depose our clients, you will have to do so in California. Neither Mr. Otus nor Ms. Cunningham has any travel plans to the East Coast scheduled at this time, and will not be here for any reason in the foreseeable future. If you would like to depose Mr. Otus or Ms. Cunningham in California, please provide me with a list of convenient dates, and I will check their availability. Thank you.

Very truly yours,

Sabrina K. Lanz

MCF/spl
cc: Mr. Nuri Otus
    Ms. Maureen Cunningham
Fee:tp024.doc