UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

|  |  |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION TESTIMONY

Pursuant to Fed. R. Civ. P. 6(b), defendants Nuri Otus and Maureen Cunningham hereby move that this Court extend the time for them to file an opposition to Plaintiff's Motion to Compel Deposition Testimony ("Motion") up to and including March 1, 2006.

As grounds therefor, defendants state as follows:

1. According to the case docket, plaintiff Micro Signal Research, Inc. ("MSR" or "Plaintiff") filed the Motion on January 27, 2006.

2. Plaintiff did not serve a copy on counsel for the defendants, and,

    defendants' counsel did not learn of the Motion until February 15, 2006 when Sandra Holahan, Clerk to the Honorable Judge Harrington notified them by telephone.

3. Defendants' counsel did not receive electronic notice of the filing of the Motion, although the Court docket system indicates that notice was sent to Attorney Michael C. Fee.

4. Defendants' counsel intend to oppose the Motion, and request that they be provided with two weeks to submit such opposition.

5. Defendants' counsel is leaving the country on a long-planned family vacation on February 17, 2006 and will not return to the office until February 27, 2006.

6. Plaintiff will not be prejudiced by the allowance of this motion the requested extension is brief, and no hearing date on the Motion has been scheduled.

7. Plaintiff's counsel assented to this motion in a telephone conference on February 15, 2006.

## Conclusion

WHEREFORE, Defendants Nuri Otus and Maureen Cunningham respectfully request that this Court grant an extension for filing an opposition to Plaintiff's Motion to Compel Deposition Testimony to and including March 1, 2006.

                      Respectfully submitted,

                      NURI OTUS AND MAUREEN CUNNINGHAM,
                      By their attorneys,

                      /s/ Michael C. Fee
                      FEE, ROSSE & LANZ, P.C.
                      Michael C. Fee (BBO #552796)
                      Sabrina K. Lanz (BBO #567392)
                      321 Boston Post Rd.
                      Sudbury, MA 01776
                      T:  (978) 440-7000
                      F:  (978) 440-7650
                      www.feelaw.com

ASSENTED TO:        /s/ Timothy J. Perry
                      Timothy J. Perry, Esq.
                      Preti, Flaherty, Beliveau,
                      Pachios & Haley LLP
                      10 High Street, Suite 502
                      Boston, MA 02110
                      T:  (617) 226-3800
                      F:  (617) 226-3801

## LOCAL RULE 7.1(A)(2) CERTIFICATE

     Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that she conferred with Plaintiff's counsel in a good faith effort to resolve the issue presented in this motion by telephone call to counsel for Plaintiff on February 15, 2006, and that Plaintiff's counsel assented to the requested extension.

                      /s/ Sabrina K. Lanz

## CERTIFICATE OF SERVICE

     I, Sabrina K. Lanz, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by facsimile and first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios and Haley, LLP, 10 High Street, Fifth Floor, Boston, MA 02110 this 16th day of February, 2006.

                      /s/ Sabrina K. Lanz

Motextendtimeoppmotcompel.doc

4