UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

<u>AFFIDAVIT OF SABRINA K. LANZ IN SUPPORT OF ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL DEPOSITION TESTIMONY</u>

I, Sabrina K. Lanz, depose and state as follows:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts, and in the United States District Court for the District of Massachusetts. I am a member of the firm of Fee, Rosse & Lanz, P.C. Fee, Rosse & Lanz, P.C. is counsel to defendants Nuri Otus and Maureen Cunningham (collectively, "Defendants") in this matter.

2. By telephone call on February 15, 2006, from Sandra Holahan, Clerk to the Honorable Judge Harrington, I learned, for the first time, that counsel for the plaintiff filed a Motion to Compel Deposition Testimony ("Motion").

3. Although Ms. Holahan informed me that electronic notice of the Motion was sent to Attorney Michael C. Fee, lead counsel to defendants in this matter, no such notice was ever received by any attorney in our office.

4. Plaintiff's counsel did not forward a courtesy copy of the Motion by mail, and defendants' counsel read the Motion for the first time on February 15, 2006.

5. Attorney Fee is scheduled to depart on Friday, February 17, 2006 for a long-scheduled family vacation out of the country and will not return until February 27th.

6. I am also scheduled to be out of state from Friday, February 17th until Wednesday, February 22, 2006.

7. By telephone call on February 15, 2006, I requested that plaintiff's counsel assent to the requested extension.

8. Plaintiff's counsel did assent to the requested extension of time until March 1, 2006.

Signed under the penalties of perjury this 16th day of February, 2006.

/s/ Sabrina K. Lanz
Sabrina K. Lanz

## CERTIFICATE OF SERVICE

    I, Sabrina K. Lanz, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios & Haley, 10 High Street, Fifth Floor, Boston, MA 02110 this 16th day of February, 2006.

                                       /s/ Sabrina K. Lanz

affsklmotextendtime.doc