UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

DEFENDANTS' MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

Pursuant to Fed. R. Civ. P. 6(b), defendants Nuri Otus ("Mr. Otus") and Maureen Cunningham ("Ms. Cunningham") (collectively, "defendants") hereby move that this Court enter the proposed Confidentiality and Protective Order as an Order of the Court.

As grounds therefore, the defendants state as follows:

1. Plaintiff Micro Signal Research, Inc. ("MSR" or "plaintiff") served interrogatories and requests for production of documents to Mr. Otus and Ms. Cunningham.

2. In her written responses to the document requests, Ms. Cunningham

stated that responsive documents "contain highly confidential material which will not be produced until the parties sign a mutually acceptable Confidentiality Agreement which must be entered as an Order of the Court."

3. Due to the highly sensitive and proprietary nature of responses to the document requests and interrogatories, Mr. Otus has not yet been able to respond to plaintiff's discovery requests.

4. In addition, defendants expect that at such time as they may be deposed, plaintiff's counsel is likely to inquire into areas where complete responses would require the defendants to divulge highly sensitive and proprietary information.

5. As a result, defendants' counsel a proposed Confidentiality Stipulation of Protective Order, and by letter dated June 30, 2005, provided it to plaintiff's counsel and requested that he comment thereon, or agree to a joint motion that it enter as an Order of the Court.

6. By letter dated December 14, 2005, defendants' counsel again stated that defendants would not produce responsive documents until the Protective Order was entered as an Order of the Court, and requested that plaintiff's counsel advise if he had any comments on the draft Protective Order.

7. Finally, by letter dated January 26, 2006, defendants' counsel

informed plaintiff's counsel that if he did not agree to the Confidentiality Stipulation by January 30, counsel would file a motion with the Court seeking to have it entered as an Order.

8. As of the time of the filing of this motion, defendants' counsel has not responded to or commented on the draft of the Confidentiality Order.

9. A proposed Confidentiality and Protective Order is attached hereto.

## Conclusion

WHEREFORE, defendants Nuri Otus and Maureen Cunningham respectfully request that this Court enter as an Order of the Court the proposed Confidentiality and Protective Order attached hereto.

> Respectfully submitted,
>
> NURI OTUS AND MAUREEN CUNNINGHAM,
> By their attorneys,
>
> /s/ Michael C. Fee
> FEE, ROSSE & LANZ, P.C.
> Michael C. Fee (BBO #552796)
> Sabrina K. Lanz (BBO #567392)
> 321 Boston Post Rd.
> Sudbury, MA 01776
> T: (978) 440-7000
> F: (978) 440-7650
> www.feelaw.com

Dated: March 1, 2006

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel certifies that she attempted to confer with Plaintiff's counsel in a good faith effort to resolve the issue presented in this motion by letters to counsel dated June 30, 2005, December 14, 2005 and January 26, 2006.  Plaintiff's counsel did not respond.

/s/ Sabrina K. Lanz

## CERTIFICATE OF SERVICE

I, Michael C. Fee, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios & Haley, 10 High Street, Fifth Floor, Boston, MA 02110 this 1st day of March, 2006.

/s/ Michael C. Fee

Motenterconfidorder.doc