UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

## ASSENTED TO MOTION TO CONTINUE TRIAL

Defendants Nuri Otus and Maureen Cunningham ("defendants") hereby move this Court to continue trial from October 16, 2006 to December 4, 2006. Plaintiff assents to this Motion.

As grounds for this motion, the parties state as follows:

1.     Counsel for defendants, Attorney Michael Fee, is scheduled to be out of the country from October 12 through October 17, 2006.

2.     Counsel for both parties have attempted to agree on mutually convenient dates in October and November, but as a result of trial schedules and other client commitments, have been unable to identify any alternative

dates in October or November on which all counsel and parties are available.

3.  December 4, 2006 is the first date which is mutually convenient for all counsel and parties.

4.  Plaintiff assents to this Motion.

Wherefore, defendants Nuri Otus and Maureen Cunningham hereby move that this Court grant a continuance and reschedule the trial currently scheduled for October 16, 2006 to December 4, 2006 or a date thereafter.

/s/ Michael C. Fee
FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO #552796)
321 Boston Post Rd.
Sudbury, MA 01776
T:  (978) 440-7000
F:  (978) 440-7650
www.feelaw.com

ASSENTED TO:

/s/ Timothy J. Perry
Timothy J. Perry, Esq.
Preti, Flaherty, Beliveau, Pachios & Haley LLP
10 High Street, Suite 502
Boston, MA 02110
T:  (617) 226-3800
F:  (617) 226-3801

Dated:  August 3, 2006

CERTIFICATE OF SERVICE

    I, Sabrina K. Lanz, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios and Haley, LLP, 10 High Street, Fifth Floor, Boston, MA 02110 this 3rd day of August, 2006.

                                          /s/ Sabrina K. Lanz
                                          Sabrina K. Lanz

motconttrial.doc