UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| Defendants, | ) |
| and | ) |
| CUPERTINO NATIONAL BANK & TRUST, | ) |
| Trustee Defendant. | ) |

ASSENTED TO MOTION TO CONTINUE TRIAL

Defendants Nuri Otus and Maureen Cunningham ("defendants") hereby move this Court to continue trial from December 11, 2006 to January 15, 2007, 2007. Plaintiff assents to this Motion.

As grounds for this motion, the parties state as follows:

1.   Defendant Nuri Otus has been notified that he will be called as a witness in the matter of United States of America v. Christopher Benyo, et al., (U.S.D.C. Eastern District of Virginia, Case No. 1:05CR12) on December 11, 2006. True copies of the first two pages of the indictment, and of that portion of the indictment which explains AuctioNet's role in the case, are attached hereto as Exhibit 1. A true copy of the entire 49 page indictment

may be found at http://www.usdoj.gov/dag/cftf/chargingdocs/aolindictment.pdf.

2. Although the trial subpoena issued to Mr. Otus states that he is to appear to testify on October 16, 2006, by letter dated November 7, 2006, Assistant United States Attorney Timothy D. Belevetz ("Attorney Belevetz) notified Mr. Otus that his appearance would be rescheduled to another date. True copies of the trial subpoena issued to Mr. Otus and Attorney Belevetz's letter are attached hereto as Exhibit 2.

3. By email dated November 8, 2006, notified Mr. Otus that he would be called to testify at trial on December 11, 2006. A true copy of Attorney Belevetz's email is attached hereto as Exhibit 3.

4. Mr. Otus will testify regarding a software integration/licensing agreement entered into between AuctioNet and PurchasePro.com. At times, Mr. Otus and Ms. Cunningham worked on a daily with PurchasePro and AOL for the purpose of the integration. Mr. Otus and Ms. Cunningham had significant interaction with a number of individuals already serving time in federal prison in this matter.

5. Mr. Otus and Ms. Cunningham have each been deposed by the Department of Justice, and the Federal Bureau of Investigations, in San Francisco and Washington, DC. They both appeared before the Grand Jury in Washington, DC.

6. Counsel for both parties have attempted to agree on mutually convenient dates in January and February, but as a result of trial schedules and other client commitments, have been unable to identify any alternative

dates in October or November on which all counsel and parties are available.

7.   January 15, 2007 is the first date which is mutually convenient for all counsel and parties.

8.   Plaintiff assents to this Motion.

Wherefore, defendants Nuri Otus and Maureen Cunningham hereby move that this Court grant a continuance and reschedule the trial currently scheduled for December 11, 2006 to January 15, 2007.

/s/ Michael C. Fee
FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO #552796)
321 Boston Post Rd.
Sudbury, MA 01776
T:  (978) 440-7000
F:  (978) 440-7650
www.feelaw.com

ASSENTED TO:

/s/ Timothy J. Perry
Timothy J. Perry, Esq.
Preti, Flaherty, Beliveau,
Pachios & Haley LLP
10 High Street, Suite 502
Boston, MA 02110
T:  (617) 226-3800
F:  (617) 226-3801

Dated:  November 13, 2006

CERTIFICATE OF SERVICE

    I, Sabrina K. Lanz, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios and Haley, LLP, 10 High Street, Fifth Floor, Boston, MA 02110 this 13th day of November, 2006.

                                     /s/ Sabrina K. Lanz
                                     Sabrina K. Lanz

Motconttrial2.doc

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:05CR12 |
| | ) | |
| v. | ) | Count 1: Conspiracy |
| | ) | (18 U.S.C. Section 371) |
| 1) CHRISTOPHER J. BENYO, | ) | |
| 2) CHARLES E. JOHNSON, JR. | ) | Counts 2-3: Securities Fraud |
| 3) JOSEPH MICHAEL KENNEDY, | ) | (15 U.S.C. Sections 78j(b) and 78ff; Title 17 |
| 4) JOHN P. TULI, | ) | C.F.R. Sections 240.10b-5) |
| 5) KENT D. WAKEFORD, and | ) | |
| 6) SCOTT E. WIEGAND, | ) | Counts 4-5: False Statements to Auditors |
| | ) | (15 U.S.C. Sections 78m(b)(1) and 78ff; |
| Defendants. | ) | Title 17 C.F.R. Section 240.13b2-2) |

Counts 6-27: Wire Fraud
(18 U.S.C. Sections 1343 and 1346)

Count 28: Obstruction
(18 U.S.C. Section 1512)

Counts 29-31: False Statements
(18 U.S.C. Section 1001)

Forfeiture Notice
(18 U.S.C. Section 981)

Sentencing Factors
(18 U.S.C. Sections 3551 *et seq.*)

January 2005 Term – Alexandria

**INDICTMENT**

1

**EXHIBIT**
1

THE GRAND JURY CHARGES THAT:

At all times relevant to this Indictment:

### INTRODUCTORY ALLEGATIONS

I. **RELEVANT PERSONS AND ENTITIES**

    A. **PurchasePro.com**

    1. PurchasePro.com, Inc. ("PurchasePro") was a Nevada corporation headquartered in Las Vegas, Nevada. Among other things, PurchasePro engaged in the sale of Internet procurement software and services, including "marketplace licenses" designed to enable cost-efficient business-to-business or "B2B" transactions over the Internet.

    2. PurchasePro was an Internet "start-up" company that became publicly owned in or about September 1999 after PurchasePro conducted its initial public offering. PurchasePro's shares traded on the National Market of the National Association of Securities Dealers Automated Quotations System ("NASDAQ") and were purchased and sold by individuals and entities throughout the United States, including in the Eastern District of Virginia. As of December 2000, PurchasePro had a total market capitalization that exceeded $1.2 billion based on the number and value of publicly traded stock shares.

    3. On or about September 12, 2002, PurchasePro filed for federal bankruptcy protection.

    B. **AOL and Time Warner**

    4. Prior to January 11, 2001, America Online, Inc. ("AOL") was a Delaware corporation headquartered in Dulles, Virginia in the Eastern District of Virginia. Among other things, AOL engaged in the sale of Internet subscriptions and advertising and provided interactive services, web brands, Internet technologies, and electronic commerce services.

    5. Time Warner Inc., ("Time Warner") was a Delaware corporation based in New York, New York. Among other things, Time Warner engaged in the sale of broadcast and print media products.

### *The $9 Million Bulk Subscriptions Amendment*

25.     In or about the first days of April 2001, JOHNSON threatened to stop payment on the $12.2 million check unless WAKEFORD and others at AOL agreed to execute the $9 million Amended Bulk Subscriptions Agreement, which was necessary for PurchasePro to reach its $42 million quarterly revenue projection. On or about April 5, 2001, JOHNSON, WAKEFORD and others caused AOL to execute the $9 million amendment.

### *The AuctioNet Statement of Work*

26.     In or about the last days of March 2001 and early April 2001, JOHNSON, WAKEFORD, WIEGAND, TULI, KENNEDY and BENYO created and caused others to create a fraudulent $3.65 million contract known as the AuctioNet Statement of Work.

27.     The AuctioNet Statement of Work required AOL to pay PurchasePro approximately $3.65 million for integration work allegedly performed by PurchasePro in the first quarter of 2001. JOHNSON, WAKEFORD, WIEGAND, TULI, KENNEDY and BENYO knew that the work necessary to support AOL's payment of approximately $3.65 million had not been completed in the first quarter of 2001 and that PurchasePro employees were still drafting the Statement of Work, which defined the work necessary for the integration and the $3.65 million payment, after the close of the first quarter and during the first week of April 2001. Nevertheless, the conspirators fraudulently back-dated and caused the Statement of Work to be back-dated to February 5, 2001 to give the false appearances that the integration project had been ongoing for nearly two months, when it had not.

28.     The conspirators and others falsely and fraudulently represented and demonstrated to PurchasePro's outside auditors that PurchasePro had completed the full integration work by March 31, 2001, in that:

    a.     KENNEDY and BENYO created and caused others to create an Internet link to support the false and fraudulent representation to PurchasePro's outside auditors that PurchasePro had completed the full integration work called for by the Statement of Work by March 31, 2001; and

16

       b.     WAKEFORD, TULI and others made and caused others to make false confirmations to PurchasePro's outside auditors that the work under the Statement of Work had been completed by PurchasePro and accepted by AOL as of March 31, 2001.

29.     The conspirators utilized the fraudulent AuctioNet Statement of Work, for which the AOL signature had been cut-and-pasted, as part of the scheme to deceive the auditors in April 2001.

30.     Based on these fraudulent arrangements, the conspirators and others falsely told and caused others to tell PurchasePro's outside auditors and Board of Directors that PurchasePro had met its first quarter 2001 revenue target of $42 million.

**B.     PurchasePro's Public Statements**

31.     On April 26, 2001, after PurchasePro's auditors discovered and rejected some of the fraudulent revenue, JOHNSON, WIEGAND, BENYO and others publicly announced that PurchasePro had generated approximately $29.8 million in first quarter revenue. The $9 million for the back-dated Bulk Subscriptions Agreement, the $3.65 million for the fraudulent and back-dated Statement of Work and millions for marketplace license sales with secret side deals and back-dated documents were included in the $29.8 million revenue figure.

32.     On May 29, 2001, after PurchasePro's auditors discovered and rejected additional fraudulent revenue including fraudulent revenue that was included in the April 26th announcement, PurchasePro filed its quarterly SEC report on Form 10-Q for the quarterly period ending March 31, 2001, reporting quarterly revenues totaling approximately $16.02 million. The Form 10-Q still included revenue for marketplace license sales with secret side deals and back-dated documents.

**C.     Payments to the Defendants**

33.     In early April 2001, WIEGAND and others caused PurchasePro to make the payments to JOHNSON, WIEGAND, BENYO, KENNEDY and others.



# U.S. Department of Justice

*United States Attorney*
*Eastern District of Virginia*

CHUCK ROSENBERG
UNITED STATES ATTORNEY

2100 Jamieson Avenue
Alexandria, Virginia 22314

703/299-3700
FAX: 703/299-3981

November 7, 2006

Nuri Otus

Re: United States v. Christopher Benyo, et al
Crim. No. 1:05CR12

Dear Mr. Otus:

You have been subpoenaed by the United States as a witness in the above-mentioned matter. Although the subpoena reflects an appearance date of October 16, 2006, I will contact you to discuss scheduling.

For those witnesses who live outside the Alexandria, Virginia metropolitan area, our Victim/Witness Unit of the United States Attorney's Office, consisting of Karen Spinks, F'Andra Pearson-Barrow and Crystal Griego, are available to assist you with travel arrangements and to arrange your hotel accommodations in the Alexandria area. The United States will pay the cost of a round trip coach airfare, as well as the cost of your hotel accommodations up to certain dollar limits. See Notice to Witnesses.

As to any question you might have other than travel arrangements, you should feel free to call Assistant U.S. Attorney Timothy D. Belevetz at 703-299-3819.

Sincerely,

Chuck Rosenberg
United States Attorney

By: *[signature]*
Timothy D. Belevetz
Assistant U.S. Attorney

**EXHIBIT 2**

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

__EASTERN__ DISTRICT OF __VIRGINIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Christopher Benyo, et al | SUBPOENA IN A<br>CRIMINAL CASE<br><br>CASE NUMBER: 1:05CR12 |

TO:   Nuri Otus

☒ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE<br><br>**UNITED STATES DISTRICT COURT**<br>401 Courthouse Square<br>Alexandria, Virginia 22314 | COURTROOM<br>Judge Kelley |
|---|---|
| | DATE AND TIME<br>October 16, 2006<br>10:00 a.m. |

☐ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br><br>**FERNANDO GALINDO, ACTING CLERK OF THE COURT**<br><br>(By) Deputy Clerk | DATE<br><br>July 20, 2006 |
|---|---|

ATTORNEY'S NAME, ADDRESS and PHONE NUMBER:
Adam A. Reeves, Trial Attorney
2100 Jamieson Avenue, Alexandria, Virginia 22314     (703) 299-3700

**Sabrina K. Lanz**
_____

| | |
|---|---|
| **From:** | "Belevetz, Timothy D. (USAVAE)" <Timothy.D.Belevetz@usdoj.gov> |
| **To:** | <nuri.otus@amalimited.com> |
| **Cc:** | <slanz@feelaw.com>; <mfee@feelaw.com>; "Reeves, Adam (USAVAE)" <Adam.Reeves2@usdoj.gov> |
| **Sent:** | Wednesday, November 08, 2006 1:11 PM |
| **Subject:** | United States v. Christopher J. Benyo et al. (Case no. 1:05cr12) |

Nuri -- Per our earlier conversation, this will confirm that although the subpoena you have received in connection with the matter referenced above reflects an appearance date of October 16, 2006, we have scheduled you to testify on December 11, 2006.

- Tim Belevetz


Timothy D. Belevetz
Assistant U.S. Attorney
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA  22314
Tel:  (703) 299-3819
Fax:  (703) 299-3981
timothy.d.belevetz@usdoj.gov

**EXHIBIT 3**

11/9/2006