# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICRO SIGNAL RESEARCH, INC.,
    Plaintiff

    v.            CIVIL ACTION NO.:
                   04-12300-EFH
NURI OTUS, ET AL.,
    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SETTLEMENT ORDER OF DISMISSAL

April 10, 2007

HARRINGTON, S.D.J.

  The Court having been advised by counsel for the plaintiff that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

  SO ORDERED.

                  /s/ Edward F. Harrington
                  EDWARD F. HARRINGTON
                  United States Senior District Judge