UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

MICRO SIGNAL RESEARCH, INC.,            )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )
                                        )
NURI OTUS and MAUREEN CUNNINGHAM,       )
                                        )
    Defendants,                         )
                                        )
and                                     )
                                        )
CUPERTINO NATIONAL BANK & TRUST,        )
                                        )
    Trustee Defendant.                  )

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT, OR, ALTERNATIVELY, FOR IMMEDIATE ASSIGNMENT OF TRIAL DATE

Defendants Nuri Otus ("Mr. Otus") and Maureen Cunningham ("Ms. Cunningham")(collectively, "defendants") hereby oppose Plaintiff's Motion to Enforce Settlement Agreement or, Alternatively, for Immediate Assignment of Trial Date.

A.  The Parties Have Not Reached Agreement on All Material Terms of the Proposed Settlement.

The parties have attempted in good faith to negotiate a settlement in this matter. However, contrary to the facts asserted by plaintiff's counsel, the inclusion of a confidentiality clause prohibiting plaintiff, and its president Daniel Epstein, from

discussing the underlying allegations in this case is a material term upon which the parties have not reached agreement.

On April 24, 2007, defendants' counsel forwarded draft documents to plaintiff's counsel which included a confidentiality clause. By email dated April 25, 2007, plaintiff's counsel responded, indicating that his client would not agree to the requested language. By return e-mail, dated April 25, 20076, defendant's counsel explicitly informed plaintiff's counsel that the confidentiality language was a material provision of the agreement. True copies of these emails, which were curiously omitted from plaintiff's motion, are attached hereto.

Accordingly, the parties have not reached agreement on the terms of the settlement. There is no agreement which the Court may enforce, or require the parties to perform under.[1]

Under the circumstances, defendants respectfully request that the Court schedule a pretrial conference so that counsel may either utilize the Court's expertise in resolving this ministerial dispute, or schedule the matter for trial.

---

[1] Parenthetically, defendants note that plaintiff's Local Rule 7.1 Certification is false. Over the course of the past two weeks both parties have circulated versions of a confidentiality clause. During a telephone conversation between counsel on May 7, 2007, defendants' counsel, Sabrina Lanz, requested clarification regarding which version plaintiff was insisting upon, and upon confirmation from plaintiff's counsel, promised to discuss the issue with her client and report back. Plaintiff's counsel at no time mentioned that he was contemplating filing a motion to enforce an agreement without any such language.

Respectfully submitted,
NURI OTUS and MAUREEN CUNNINGHAM,
By their attorneys,

/s/ Michael C. Fee
FEE, ROSSE & LANZ, P.C.
Michael C. Fee (BBO #552796)
Sabrina K. Lanz (BBO #567392)
321 Boston Post Rd.
Sudbury, MA 01776
T: (978) 440-7000
F: (978) 440-7650
www.feelaw.com

Dated: May 10, 2007

## CERTIFICATE OF SERVICE

I, Sabrina K. Lanz, hereby certify that a true copy of the foregoing document was served upon all counsel of record, by first class mail directed to Timothy J. Perry, Esq., Preti, Flaherty, Beliveau, Pachios & Haley LLP, 10 High Street, Suite 502, this 10th day of May, 2007.

/s/ Sabrina K. Lanz
Sabrina K. Lanz

oppmotionenforce.doc

## Sabrina K. Lanz

**From:** "Michael C. Fee" <mfee@feelaw.com>
**To:** "Perry, Timothy" <TPerry@preti.com>
**Cc:** "Sabrina Lanz" <slanz@feelaw.com>
**Sent:** Wednesday, April 25, 2007 1:24 PM
**Subject:** Re: Settlement documents

Tim, You and I talked about this piece early on. This is a very important issue for us. Dan has gone to great lengths to publicize this matter within the equipment community and we want it to cease. I don't know any other way to ensure that Dan will quit the character assassination.

----- Original Message -----
From: Perry, Timothy
To: Michael C. Fee
Sent: Wednesday, April 25, 2007 12:14 PM
Subject: RE: Settlement documents

My client won't agree to a confidentiality provision. He doesn't want continued obligations from him to Nuri. Let me know if there is another way around that issue from your perspective. Thanks. \\
Tim

-----Original Message-----
From: Michael C. Fee [mailto:mfee@feelaw.com]
Sent: Tuesday, April 24, 2007 3:57 PM
To: Perry, Timothy
Cc: Sabrina Lanz
Subject: Settlement documents

Tim,

Client has not yet reviewed so we must reserve the right to make further comments.

Michael C. Fee
Fee, Rosse & Lanz, P.C.
321 Boston Post Rd.
Sudbury, MA 01776
Tel. (978) 440-7000
Fax (978) 440-7650
www.feelaw.com

This e-mail message is from the law firm of Fee, Rosse & Lanz, P.C., and contains information that is confidential and may be privileged. The information is intended to be disclosed solely to the addressee(s). If you have received this email in error, please immediatley notify us and delete the message from your system.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with the requirements imposed by the IRS, we hereby notify you that any discussion of federal tax issues in this email is not intended or written to be used, and cannot be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed herein.

---

In accordance with Internal Revenue Service Circular 230, we hereby advise you that if this e-mail or any attachment hereto contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer by the Internal Revenue Service.

This E-Mail may contain information that is privileged, confidential and / or exempt from discovery or disclosure under applicable law. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege. If you are not the intended recipient of this communication, and have received it in error, please do not distribute it and notify me immediately by email at TPerry@preti.com or via telephone at 617-226-3800 and delete the original message. Unless expressly stated in this e-mail, nothing in this message or any attachment should be construed as a digital or electronic signature or as a legal opinion.

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.463 / Virus Database: 269.6.0/775 - Release Date: 4/24/2007 5:43 PM