## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICRO SIGNAL RESEARCH, INC.,
           Plaintiff

        v.                                  CIVIL ACTION NO.:
                                           04-12300-EFH

NURI OTUS and MAUREEN CUNNINGHAM,
           Defendants

CUPERTINO NATIONAL BANK & TRUST,
           Trustee Process Defendant

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

May 14, 2007

HARRINGTON, S.D.J.

      The above-entitled case is hereby scheduled for Trial **Tuesday, May 29, 2007**, at 9:00 A.M., in Courtroom No. 13 on the 5th Floor.

      SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge