# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 0412300-EFH |
| ) | |
| NURI OTUS and MAUREEN CUNNINGHAM, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| CUPERTINO NATIONAL BANK & TRUST, ) | |
| ) | |
| Trustee Process Defendant. ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please note the withdrawal of my appearance on behalf of Plaintiff, Micro Signal Research, Inc. in the above captioned matter.

Respectfully submitted,

MICRO SIGNAL RESEARCH

By its attorney,

/s/ Gregory Donoghue
Gregory T. Donoghue (BBO#661480)
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
1 Beacon Street, Suit 3400
Boston, MA  02108
TEL (617) 226-3800
FAX (617) 226-3801

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served upon counsel of record via electronic transmission through the ECF Program.

Dated: May 22, 2007                                /s/ Gregory Donoghue
                                                             Gregory T. Donoghue