UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICRO SIGNAL RESEARCH, INC.,
          Plaintiff

v.

NURI OTUS and MAUREEN CUNNINGHAM,
          Defendants

CUPERTINO NATIONAL BANK & TRUST,
          Trustee Process Defendant

CIVIL ACTION NO.:
04-12300-EFH

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REVISED TRIAL ORDER

May 23, 2007

HARRINGTON, S.D.J.

    The above-entitled case is hereby rescheduled for Trial **Monday, June 25, 2007**, at 9:00 A.M., in Courtroom No. 13 on the 5th Floor.

    SO ORDERED.

                               /s/ Edward F. Harrington
                               EDWARD F. HARRINGTON
                               United States Senior District Judge