UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

Case # 1:04-CV-12300-EFH

| | |
|---|---|
| MICRO SIGNAL RESEARCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NURI OTUS and MAUREEN CUNNINGHAM, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Now come the parties to the above-referenced matter and pursuant to

Fed. R. Civ. P. 41(a)(1) and (c), stipulate that all claims, defenses and

counterclaims asserted in this action are hereby dismissed with prejudice,

without costs, and with all rights of appeal waived.

PLAINTIFF

MICRO SIGNAL RESEARCH, INC.,
By its attorney

/s/ Timothy J. Perry
Timothy J. Perry, Esq.
Perry, Krumsiek & Jack LLP
One McKinley Sq.
Boston, MA 02109
T:  (617) 720-4300
F:  (617) 720-4310

AND                                        DEFENDANTS

                                           NURI OTUS AND MAUREEN CUNNINGHAM,
                                           By their attorneys

                                           /s/ Michael C. Fee
                                           FEE, ROSSE & LANZ, P.C.
                                           Michael C. Fee (BBO #552796)
                                           Sabrina K. Lanz (BBO#567392)
                                           321 Boston Post Rd.
                                           Sudbury, MA 01776
                                           T: (978) 440-7000
                                           F: (978) 440-7650
                                           www.feelaw.com

Dated: June 27, 2007
sod.doc